5506 Dodge Dr.
Fay NC 28303

Attn: Clerk of Court
P.O. Box 25670
Raleigh NC 27611

RECEIVED
NOV 17 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

