IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-585-D

GILBERT BRYAN,           )
                         )
        Plaintiff,       )
                         )
    v.                   )           ORDER
                         )
EXPERIAN INFORMATION     )
SOLUTIONS, INC.,         )
                         )
        Defendant.       )

The court has considered plaintiff's motion to strike [D.E. 12] under the governing standard. The court DENIES plaintiff's motion to strike [D.E. 12].

SO ORDERED. This **8** day of December, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge