# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF NORTH CAROLINA

GILBERT BRYAN )
)
Plaintiff )
)
v. )
) Case No. 5:25-cv-00585
)
Experian Information Solutions, Inc., )
)
Defendant )
)
)

## PLAINTIFF'S FILING IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
(Pursuant to Fed. R. Civ. P. 56)

This filing consists of the following documents, submitted
contemporaneously in support of Plaintiff's Motion for Partial
Summary Judgment on liability under 15 U.S.C. § 1681i(a)(7):

1. Plaintiff's Motion for Partial Summary Judgment

2. Plaintiff's Statement of Undisputed Material Facts

3. Plaintiff's Exhibit List

4. Exhibits A–G, including:
   • Experian dispute result notices
   • CFPB dispute documentation
   • Plaintiff's Method of Verification request
   • Proof of delivery
   • Correspondence from Defendant's counsel

This filing is limited in scope to the statutory issue identified
in the Motion and does not seek adjudication of damages, willfulness,
or any other claims not expressly raised therein.

Respectfully submitted,

DATED: February 9, 2026

Gilbert Bryan
Plaintiff, Pro Se
5506 Dodge Drive
Fayetteville, NC 28314
gbryan115@gmail.com
(910) 257-7828