L. Bryan
5506 Dodg Drive
Fay. NC 28303



**RECEIVED**

FEB 12 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Attn: Clerk of Court
P.O. Box 25670
Raleigh. NC 27611

