IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GILBERT BRYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 5:25-cv-00585 |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Michael C. Peretz, pursuant to Local Civil Rule 5.2(e), and respectfully moves to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") (the "Motion"). In support of this Motion, and pursuant to the applicable requirements of Local Civil Rule 5.2(e), the undersigned counsel states as follows:

1. Experian's last known mailing address is as follows:

   Experian Information Solutions, Inc.

   475 Anton Boulevard,

   Costa Mesa, California 92626

2. At this time, the parties are briefing motions for summary judgment. This Motion will not impact the timing of Experian's filing(s).

3. Experian, through in-house Litigation Counsel, has informed the undersigned's law firm that Experian consents to the motion.

4. There is good cause for this motion because (i) Experian has been informed of the Motion and consents; (ii) Experian will continue to be represented in this matter by Kyle Driggers of the law firm Troutman Pepper Locke LLP; and (iii) no delay or

prejudice will result to any party as a result of Michael C. Peretz's withdrawal as counsel of record for Experian.

WHEREFORE, the undersigned respectfully requests that, for good cause shown, this Court issue an order permitting Michael C. Peretz's withdrawal as counsel of record for Experian.

Respectfully submitted this the 13th day of February 2026.

        s/*Michael C. Peretz*
        Michael C. Peretz (N.C. Bar No. 56682)
        Kyle Driggers, Esq. (N.C. Bar. No. 62334)
        Troutman Pepper Locke LLP
        301 South College Street, Floor 34
        Charlotte, North Carolina 28202
        michael.peretz@troutman.com
        kyle.driggers@troutman.com

# CERTIFICATE OF SERVICE

   I certify that on February 13, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via regular mail upon:

Gilbert Bryan
5506 Dodge Drive
Fayetteville, NC 28303
*Pro Se Plaintiff*

                  */s/Michael C. Peretz*
                  Michael C. Peretz