# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| **GILBERT BRYAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | Civil Action No. 5:25-cv-585<br><br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

Having reviewed, attorney Michael C. Peretz's motion to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned litigation (the "Motion"), this Court finds that there is good cause for the Motion, as Experian has consented to the Motion, Experian will remain represented by counsel, and withdrawal will not cause prejudice or delay to any party.

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**. Mr. Peretz is hereby terminated as counsel in this proceeding.

DATED: _____          By: _____

325513638v1