IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GILBERT BRYAN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 5:25-cv-585-D |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Defendant Experian Information Solutions, Inc. ("Ocwen"), by and through its undersigned counsel, and pursuant to Rules 56 of the Federal Rules of Civil Procedure, moves for summary judgment on all counts of the Complaint (ECF No. 1) filed by Plaintiff Gilbert Bryan ("Plaintiff"). Summary judgment should be entered in favor of Experian and against Plaintiff on all counts of the Complaint for the following reasons:

1. Summary judgment in favor of Experian is warranted. Plaintiff has produced no evidence into the record to establish that any of his Disputed Accounts were reported incorrectly by Experian, thus failing to meet the essential element for claims under FCRA.

2. Plaintiff has produced no evidence that Experian failed to maintain reasonable procedures to ensure the accuracy of its reporting. To the contrary, Experian has produced evidence that each and every one of these "Disputed Accounts" was verified by the original creditor or furnisher.

3. Further, Plaintiff has produced no evidence of damages. At best, Plaintiff offers vague, unsupported allegations that are insufficient to create a genuine issue of fact.

4. Finally, Plaintiff's claims based on alleged violations of the U.S. Bankruptcy Code fail as Plaintiff has not filed bankruptcy; Experian is a credit reporting agency, not a debt collector, and not engaged in debt collection; and, Experian is not a governmental agency subject to the prohibitions of 11 U.S.C. § 525(a).

5. There is no genuine issue as to the material facts relevant to these claims, and Plaintiff is not entitled to any relief sought in the counts of her Complaint.

In further support of this Motion, Experian submits the accompanying Memorandum in Support of its Motion for Summary Judgment and Statement of Undisputed Material Facts.

WHEREFORE, Defendant Experian Information Solutions, LLC, respectfully requests that this Court grant its Motion for Summary Judgment and dismiss with prejudice all counts of the Plaintiff's Complaint.

Dated: February 17, 2026          Respectfully Submitted,

/s/ R. Kyle Driggers
R. Kyle Driggers (N.C. Bar No. 62334)
TROUTMAN PEPPER LOCKE LLP
305 Church at N. Hills St., #1200
Raleigh, NC 27609
Telephone: 919-835-4145
Email: kyle.driggers@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

       I certify that on February 17, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via regular mail upon:

Gilbert Bryan
5506 Dodge Drive
Fayetteville, NC 28303
*Pro Se Plaintiff*

                                              */s/ R. Kyle Driggers*
                                              R. Kyle Driggers