# EXHIBIT B

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0032-9597-78** for **Dec 13, 2024**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

JPMCB CARD
▬▬▬▬▬▬▬▬▬
PLEASE REFER TO YOUR CREDIT REPORT

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Still pending

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025
**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025
**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025
**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025
**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**Dispute Results** (Continued)

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** ███████ Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER BANK** ███████ Projected completion date: Jan 07, 2025

**JPMCB CARD** ███████ Projected completion date: Jan 07, 2025

**NAVY FEDERAL CR UNION** ███████ Projected completion date: Jan 07, 2025

**US BANK - RECOVERY** Projected completion date: Jan 07, 2025

**U.S. BANK** Projected completion date: Jan 07, 2025

**US BANK** ███████ Projected completion date: Jan 07, 2025

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

**Dispute Results** (Continued)

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **OK** | Current / Terms met | **150** | Past due 150 Days | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Past due 30 Days | **180** | Past due 180 Days | **R** | Repossession | **C** | Collection |
| **60** | Past due 60 Days | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Past due 120 Days | **F** | Foreclosure | **G** | Claim filed with government | **ND** | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

## BARCLAYS BANK DELAWARE Partial Acct # ██████████

PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

**Status (May 2024)** Account charged off. $1,857 written off. $2,696 past due as of Dec 2024.

**Date opened**
Jul 2021

**Address ID #**
0620859593

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$2,000

**High Balance**
$2,696

**Recent Balance**
$2,696 as of Dec 2024

This account is scheduled to continue on record until Aug 2030.

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Comment:**
Account closed at credit grantor's request.

Payment history: Aug 2021 - Dec 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

## Comment History

Account closed at credit grantor's request.| Nov 2024 - Jul 2024
Completed investigation of FCRA dispute - consumer disagrees.| Nov 2024 - Jun 2024| Apr 2024

| | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,590 | $2,491 | $2,401 | $1,869 | $2,245 | $2,079 | $1,988 |
| Date Payment Received | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 12.13.23 | 08.13.23 | 10.13.23 | 09.13.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $124 | $114 | $124 | $72 | $117 | $111 | $70 | $70 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $429 | No Data | $70 | $70 |

**Your Potentially Negative Account Activity (Continued)**

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,007 | $1,924 | $1,946 | $2,027 | $2,008 | $1,990 | $2,055 | $1,628 | $767 |
| Date Payment Received | 08.13.23 | 07.13.23 | 06.13.23 | 05.13.23 | 04.13.23 | 03.13.23 | 02.13.23 | 01.13.23 | 12.16.22 |
| Scheduled Payment Amount | $67 | $70 | $109 | $70 | $66 | $66 | $60 | $49 | $27 |
| Actual Amount Paid | $67 | $70 | $132 | $136 | $65 | $133 | $60 | $99 | $311 |

Between Dec 2022 and Nov 2024, your credit limit/high balance was $2,000

---

**DISCOVER BANK** Partial Acct # ███████████

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off. $9,908 written off. $9,908 past due as of Nov 2024.

**Date opened**
Mar 2018

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$8,000

**High Balance**
$9,923

**Recent Balance**
$9,908 as of Nov 2024

This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher



| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 | $266 | $254 | $485 | $240 | $240 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,197 | $7,266 | $7,410 | $7,097 | $7,006 | $4,544 | $3,799 | $3,244 | $1,104 |
| Date Payment Received | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 | 04.11.23 | 03.12.23 | 02.12.23 | 01.11.23 | 12.11.22 |
| Scheduled Payment Amount | $241 | $213 | $218 | $209 | $206 | $134 | $112 | $96 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Dec 2022 and Oct 2024, your credit limit/high balance was $8,000

---

**JPMCB CARD** Partial Acct # ██████████

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Nov 2024.

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$16,600

**High Balance**
$19,847

**Recent Balance**
$19,847 as of Nov 2024

This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Nov 2024.



**Comment History**
Account closed at credit grantor's request.| Oct 2024
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 | $643 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 | $16,464 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 | 12.23.22 |
| Scheduled Payment Amount | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 | $539 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $16,600*

---

### NAVY FEDERAL CR UNION Partial Acct # ▮▮▮▮▮▮▮▮

PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (Apr 2024)** Account charged off. $25,495 written off. $25,495 past due as of Nov 2024.

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$24,000

**High Balance**
$25,495

**Recent Balance**
$25,495 as of Nov 2024

This account is scheduled to continue on record until Jul 2030.

**Comment:**
Account closed at credit grantor's request.

Payment history: Sep 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024 - May 2024

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,475 | $25,095 | $24,715 | $24,335 |
| Date Payment Received | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $255 | $275 | $631 | $628 | $603 | $598 | $579 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $650 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $24,209 | $22,413 | $21,788 | $20,549 | $19,354 | $18,916 | $17,209 | $15,859 | $15,409 |
| Date Payment Received | 08.02.23 | 07.11.23 | 06.09.23 | 05.09.23 | 04.07.23 | 03.07.23 | 02.07.23 | 01.06.23 | 12.07.22 |
| Scheduled Payment Amount | $546 | $525 | $493 | $473 | $379 | $345 | $318 | $309 | $298 |
| Actual Amount Paid | $1,400 | $1,100 | $493 | $480 | $379 | $345 | $318 | $309 | $298 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $24,000*

---

### US BANK Partial Acct # ▮▮▮▮▮▮▮▮

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Nov 2024.

**Date opened**
Aug 2020

**Address ID #**
0620859593

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$15,000

**High Balance**
$16,587

**Recent Balance**
$16,587 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Comment:**
Account closed at credit grantor's request.

Payment history: Aug 2020 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

**Your Potentially Negative Account Activity (Continued)**

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 | $10,587 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 | 12.22.22 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $282 | $288 | $276 | $290 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 | $269 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $15,000*

---

## USAA FEDERAL SAVINGS BK Partial Acct # ▮▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Nov 2024.

**Date opened** Aug 2021
**Address ID #** 0620859593
**Type** Auto Loan
**Responsibility** Individual

**Terms** 60 Months
**Monthly payment** Not reported
**Credit limit or original amount** $9,050
**High Balance** Not reported

**Recent Balance** $5,865 as of Nov 2024

This account is scheduled to continue on record until May 2030.

Payment history: Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $168 | No Data | $168 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $508 | No Data | No Data | $125 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,949 | $6,091 | $6,073 | $6,438 | $6,399 | $6,729 | $6,688 | $7,010 | $6,985 |
| Date Payment Received | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 | 04.10.23 | 02.07.23 | 02.07.23 | 12.27.22 | 12.27.22 |
| Scheduled Payment Amount | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 |
| Actual Amount Paid | $170 | No Data | $400 | No Data | $344 | No Data | $336 | No Data | $168 |

*The original amount of this account was $9,050*

---

## USAA FEDERAL SAVINGS BK Partial Acct # ▮▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Nov 2024.

**Date opened** Oct 2021
**Address ID #** 0620859593
**Type** Auto Loan
**Responsibility** Individual

**Terms** 60 Months
**Monthly payment** Not reported
**Credit limit or original amount** $9,000
**High Balance** Not reported

**Recent Balance** $5,460 as of Nov 2024

This account is scheduled to continue on record until May 2030.

This item was updated from our processing of your dispute in Mar 2022.

Payment history: Oct 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $6,203 | $6,177 | $6,144 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $170 | $170 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $1,217 | No Data | No Data | $170 | No Data |

**Dispute Results** (Continued)

**Your Potentially Negative Account Activity (Continued)**

|  | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $6,119 | $6,432 | $6,392 | $6,720 | $6,678 | $7,013 | $7,157 | $7,105 | $7,429 |
| Date Payment Received | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 | 04.07.23 | 03.02.23 | 01.10.23 | 01.10.23 | 11.03.22 |
| Scheduled Payment Amount | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 |
| Actual Amount Paid | $340 | No Data | $340 | No Data | $348 | $170 | No Data | $340 | No Data |

*The original amount of this account was $9,000*

#  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # ▉▉▉▉▉    **Status (Feb 2023)** Paid, Closed/Never late.
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

| **Type** Unsecured | **Date opened** Nov 2022 | **Address ID #** 0620859593 | **Credit limit or original amount** $522 | **Recent Balance** Not reported | **Responsibility** Individual |
|---|---|---|---|---|---|
| **Terms** 3 Months | **Monthly payment** Not reported | **High Balance** Not reported | | | This account is scheduled to continue on record until Feb 2033. |

|  | Jan23 |
|---|---|
| Account Balance | $348 |
| Date Payment Received | 12.21.22 |
| Scheduled Payment Amount | $174 |
| Actual Amount Paid | $174 |

*The original amount of this account was $522*

---

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ▉▉▉▉▉▉▉    **Status (Aug 2020)** Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| **Type** Auto Loan | **Date opened** Jul 2017 | **Address ID #** 0620859593 | **Credit limit or original amount** $13,950 | **Recent Balance** Not reported | **Responsibility** Individual |
|---|---|---|---|---|---|
| **Terms** 67 Months | **Monthly payment** Not reported | **High Balance** Not reported | | **Comment:** Affected by natural or declared disaster. | This account is scheduled to continue on record until Aug 2030. |

---

**CBNA** Partial Acct # ▉▉▉▉▉▉    **Status (Sep 2022)** Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| **Type** Credit card | **Date opened** Feb 2012 | **Address ID #** 0804605369 | **Credit limit or original amount** $20,000 | **Recent Balance** Not reported | **Responsibility** Authorized user |
|---|---|---|---|---|---|
| **Terms** Not reported | **Monthly payment** $338 | **High Balance** $15,089 | | | |

---

**NAVY FEDERAL CR UNION** Partial Acct # ▉▉▉▉▉▉▉    **Status (Mar 2022)** Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| **Type** Auto Loan | **Date opened** Aug 2020 | **Address ID #** 0620859593 | **Credit limit or original amount** $8,026 | **Recent Balance** Not reported | **Responsibility** Individual |
|---|---|---|---|---|---|
| **Terms** 37 Months | **Monthly payment** Not reported | **High Balance** Not reported | | | This account is scheduled to continue on record until Mar 2032. |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110                                    **Nov 12, 2023**
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Dec 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 12.06.2024 |

BARCLAYS BANK DELAWARE 100 SOUTH WEST AVE WILMINGTON DE 19801 (866) 283 6635 **INQUIRY DATES:** 01.10.2024 |

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 12.12.2024 | 12.02.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.26.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.09.2024 | 05.08.2024 | 05.06.2024 | 05.05.2024 | 05.01.2024 | 04.30.2024 | 04.25.2024 | 04.24.2024 | 04.21.2024 | 04.20.2024 | 04.18.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.03.2024 | 04.01.2024 | 03.30.2024 | 03.29.2024 | 03.24.2024 | 03.23.2024 | 03.19.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.03.2024 | 03.01.2024 | 02.28.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.18.2024 | 02.16.2024 | 02.14.2024 | 02.13.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.04.2024 | 02.02.2024 | 02.01.2024 | 01.30.2024 | 01.29.2024 | 01.25.2024 | 01.24.2024 | 01.20.2024 | 01.18.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 | 05.29.2024 | 05.25.2024 | 05.22.2024 | 05.18.2024 | 05.15.2024 | 05.11.2024 | 05.08.2024 | 05.04.2024 | 05.01.2024 | 04.27.2024 | 04.24.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.10.2024 | 04.06.2024 | 04.03.2024 | 03.30.2024 | 03.27.2024 | 03.23.2024 | 03.20.2024 | 03.16.2024 | 03.13.2024 | 03.09.2024 | 03.06.2024 | 03.02.2024 | 02.28.2024 | 02.24.2024 | 02.21.2024 | 02.17.2024 | 02.14.2024 | 02.10.2024 | 02.07.2024 | 02.03.2024 | 01.31.2024 | 01.27.2024 | 01.24.2024 | 01.20.2024 | 01.17.2024 | 01.13.2024 | 01.10.2024 | 01.06.2024 | 01.03.2024 | 12.30.2023 | 12.27.2023 | 12.23.2023 | 12.20.2023 | 12.16.2023 | 12.13.2023 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 12.30.2023 | 12.29.2023 |

DISCOVER FINANCIAL SVCS 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 12.06.2024 |

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 |
11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 |
08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 |
05.09.2024 | 05.02.2024 | 04.25.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 | 02.22.2024 | 02.15.2024 | 02.08.2024 | 02.01.2024 |
01.25.2024 | 01.18.2024 | 01.11.2024 | 01.04.2024 | 12.28.2023 | 12.21.2023 | 12.14.2023 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 |
07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 06.01.2024 | 05.17.2024 | 05.08.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.06.2024 | 03.20.2024 | 03.18.2024 | 03.13.2024 | 03.09.2024 |
03.08.2024 | 03.03.2024 | 02.27.2024 | 02.21.2024 | 02.17.2024 | 02.13.2024 | 02.10.2024 | 02.08.2024 | 02.08.2024 | 01.29.2024 | 01.20.2024 | 01.19.2024 | 01.17.2024 | 01.13.2024 | 01.11.2024 | 01.10.2024 |
01.09.2024 | 01.04.2024 | 01.03.2024 | 12.28.2023 | 12.20.2023 | 12.19.2023 | 12.14.2023 |

---

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 11.07.2024 | 11.03.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 06.03.2024 | 06.02.2024 |
06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 |
05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 |
05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 |
04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 |
04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 |
03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 |
03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.21.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 |
02.17.2024 | 02.16.2024 | 02.15.2024 | 02.14.2024 | 02.13.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.08.2024 | 02.07.2024 | 02.06.2024 | 02.05.2024 | 02.04.2024 | 02.03.2024 |
02.02.2024 | 02.01.2024 | 01.31.2024 | 01.30.2024 | 01.29.2024 | 01.28.2024 | 01.27.2024 | 01.26.2024 | 01.25.2024 | 01.24.2024 | 01.23.2024 | 01.22.2024 | 01.21.2024 | 01.20.2024 | 01.19.2024 |
01.18.2024 | 01.17.2024 | 01.16.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.08.2024 | 01.07.2024 | 01.06.2024 | 01.05.2024 | 01.04.2024 |
01.03.2024 | 01.02.2024 | 01.01.2024 | 12.31.2023 | 12.30.2023 | 12.29.2023 | 12.28.2023 | 12.27.2023 | 12.26.2023 | 12.25.2023 | 12.24.2023 | 12.23.2023 | 12.22.2023 | 12.21.2023 | 12.20.2023 |
12.19.2023 | 12.18.2023 | 12.17.2023 | 12.16.2023 | 12.15.2023 | 12.14.2023 | 12.13.2023 |

---

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 11.23.2024 | 10.23.2024 |
09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 | 05.23.2024 | 04.23.2024 | 03.23.2024 | 02.23.2024 | 01.23.2024 | 12.23.2023 |

---

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.28.2024 |

---

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.10.2024 |

---

PROGRESSIVE INSURANCE PO BOX 6807 CLEVELAND OH 44101 (800) 776 4737 **INQUIRY DATES:** 12.30.2023 | 12.29.2023 |

---

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 **INQUIRY DATES:** 10.09.2024 |

---

TRANSUNION INTERACTIVE I 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 **INQUIRY DATES:** 03.18.2024 |

---

TRANSWORLD SYSTEMS INC 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 **INQUIRY DATES:** 06.04.2024 |

---

US BANK - RECOVERY 9321 OLIVE BLVD SAINT LOUIS MO 63132 (314) 996 0560 **INQUIRY DATES:** 01.31.2024 |

---

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 11.01.2024 |

---

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

**Dispute Results** (Continued)

**Your Personal Information** (Continued)

 Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GIL BRYAN | Name ID #:16484 |
| GIL BRYAN BRYAN | Name ID #:14741 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |
| GILBRYAN BRYAN | Name ID #:5998 |

## ADDRESSES

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Multifamily |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

## SOCIAL SECURITY NUMBER VARIATIONS

None

## YEAR OF BIRTH

1964

## SPOUSE OR CO-APPLICANT

ALICIA

## FORMER OR CURRENT EMPLOYERS

ASSET FINDER PROS LLC; SELF EMPLOYED