# EXHIBIT J

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0392-5481-94** for **Jul 25, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

This information is provided in response to your dispute(s) regarding inquiries shown on your personal credit report.

Experian is required by federal law to keep a record of all companies that have requested your credit information and to display the names of the requesting companies to you. Experian generates the information listed in the inquiry section from its own business records, which it has verified as accurate. The requesting companies do not place inquiries on consumers' credit reports. Some companies may be listed in the inquiry section under a parent, subsidiary, or other operating name that is different than the name you are familiar with.

Only companies who have certified to Experian that they have a permissible purpose under the Fair Credit Reporting Act may receive credit information about a consumer. Permissible purpose exists when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Other examples of permissible purpose include your current creditors monitoring your accounts; other creditors wanting to offer you preapproved credit; an employer who wishes to extend an offer of employment; a potential investor assessing the risk of a current credit obligation; an end user completing your mortgage loan application; and insurance underwriting (auto or home). Your explicit permission is not always necessary for the company to have a permissible purpose.

Inquiries displayed to you under the heading "Credit Applications/Hard Inquiries" may affect your credit score. The inquiries displayed to you under the heading "Consumer Report Views/Soft Inquiries" do not affect your credit score. Inquiries may remain on your credit report for up to 25 months.

If you believe certain inquiries on your credit report were generated as a result of identity theft, please contact Experian by phone at 800 583 4080 or in writing at Experian, PO Box 9701, Allen, Texas, 75103, and provide specific information about the identity theft as it relates to the disputed inquiries.

Each time a consumer credit reporting agency accesses your personal credit report to send you a copy or to process your disputes, the name of the consumer credit reporting agency will appear as an inquiry on your personal credit report. These requests may remain on file for at least one year, except for employment inquiries that may remain on your personal credit report for at least two years. They display only to you and not to credit grantors, potential credit grantors or employers who request your information.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

# Dispute Results (Continued)

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

# Here are your results

# Credit items

**US BANK** ▮▮▮▮▮▮▮▮▮ Outcome: Processed - This item was either updated or deleted. Please review your report for the details.

**JPMCB CARD** ▮▮▮▮▮▮▮▮▮ Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**USAA FEDERAL SAVINGS B** ▮▮▮▮▮▮▮ Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**USAA FEDERAL SAVINGS B** ▮▮▮▮▮▮▮ Outcome: Updated - Information on this item has been updated. Please review your report for the details.

**DISCOVER CARD** ▮▮▮▮▮▮▮▮▮ Outcome: Processed - This item was either updated or deleted. Please review your report for the details.

## Before Dispute

**US BANK** Partial Acct # ▮▮▮▮▮▮▮▮▮
PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Jun 2025.

| Date opened | Terms | Recent Balance |
|---|---|---|
| Aug 2020 | Not reported | $16,587 as of Jun 2025 |
| **Address ID #** | **Monthly payment** | This account is scheduled to continue on record until May 2030. |
| 0620859593 | Not reported | **Comment:** Account closed at credit grantor's request. This item remained unchanged from our processing of your dispute in May 2025. |
| **Type** | **Credit limit or original amount** | |
| Credit Card | $15,000 | |
| **Responsibility** | **High Balance** | |
| Individual | $16,587 | |



Payment history: Aug 2020 - Jun 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |     |
| 2024 | ND  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2023 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 60  | 90  | 120 | 150 |
| 2022 | 2022 In Good Standing ||||||||||||
| 2021 | 2021 In Good Standing ||||||||||||
| 2020 |     |     |     |     |     |     |     | OK  | OK  | OK  | OK  | OK  |

**Comment History**
Account closed at credit grantor's request.| May 2025 - Feb 2024| Dec 2023 - Oct 2023

|                          | May25   | Apr25   | Mar25   | Feb25   | Jan25   | Dec24   | Nov24   | Oct24   | Sep24   | Aug24   | Jul24   | Jun24   | May24   | Apr24   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| **Account Balance**      | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 |
| **Date Payment Received**| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23|
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| **Actual Amount Paid**   | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Mar24   | Feb24   | Dec23   | Nov23   | Oct23   | Sep23   | Aug23   | Jul23   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|
| **Account Balance**      | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 |
| **Date Payment Received**| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 08.22.23| 07.24.23|
| **Scheduled Payment Amount** | No Data | No Data | $471 | $483 | $460 | $460 | $400 | $387 |
| **Actual Amount Paid**   | No Data | No Data | No Data | No Data | No Data | No Data | $387 | $371 |

*Between Jul 2023 and May 2025, your credit limit/high balance was $15,000*

# Dispute Results (Continued)

## Before Dispute

**JPMCB CARD** Partial Acct # ███████████
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Jun 2025.

**Date opened**
Jul 2021
**Address ID #**
0055025770
**Type**
Credit Card
**Responsibility**
Individual

**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$16,600
**High Balance**
$19,847

**Recent Balance**
$19,847 as of Jun 2025
This account is scheduled to continue on record until Apr 2030.
**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Mar 2025.

**Payment history:** Aug 2021 - Jun 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |     |
| 2024 | 180 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2023 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 30  | 60  | 90  | 120 | 150 |
| 2022 | 2022 In Good Standing |||||||||||||
| 2021 |     |     |     |     |     |     |     | OK  | OK  | OK  | OK  | OK  |

**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

|                          | May25   | Mar25   | Feb25   | Jan25   | Dec24   | Nov24   | Oct24   | Sep24   | Aug24   | Jul24   | Jun24   | May24   | Apr24   | Mar24   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received    | 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23|
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Feb24   | Jan24   | Dec23   | Nov23   | Oct23   | Sep23   | Aug23   | Jul23   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 |
| Date Payment Received    | 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23| 06.23.23|
| Scheduled Payment Amount | No Data | $668    | $677    | $675    | $645    | $643    | $627    | $580    |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2023 and May 2025, your credit limit/high balance was $16,600*

## Before Dispute

**USAA FEDERAL SAVINGS BK** Partial Acct # ███████████
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Jun 2025.

**Date opened**
Oct 2021
**Address ID #**
0620859593
**Type**
Auto Loan
**Responsibility**
Individual

**Terms**
60 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$9,000
**High Balance**
Not reported

**Recent Balance**
$5,460 as of Jun 2025
This account is scheduled to continue on record until May 2030.
This item remained unchanged from our processing of your dispute in May 2025.

**Payment history:** Dec 2021 - Jun 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |     |
| 2024 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2023 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 30  | 60  | R   | CO  |
| 2022 | 2022 In Good Standing |||||||||||||
| 2021 |     |     |     |     |     |     |     |     |     |     |     | OK  |

|                          | Apr25   | Mar25   | Feb25   | Jan25   | Dec24   | Nov24   | Oct24   | Sep24   | Aug24   | Jul24   | Jun24   | May24   | Apr24   | Mar24   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  | $5,460  |
| Date Payment Received    | 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24| 01.02.24|
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Feb24   | Jan24   | Dec23   | Nov23   | Oct23   | Sep23   | Aug23   | Jul23   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $5,460  | $5,460  | $6,677  | $6,203  | $6,177  | $6,144  | $6,119  | $6,432  |
| Date Payment Received    | 01.02.24| 01.02.24| 08.30.23| 08.30.23| 08.30.23| 08.30.23| 08.30.23| 06.07.23|
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $170    | $170    | $170    | $170    |
| Actual Amount Paid       | No Data | $1,217  | No Data | No Data | No Data | No Data | $340    | No Data |

*The original amount of this account was $9,000*

## Dispute Results (Continued)

### Before Dispute

**USAA FEDERAL SAVINGS BK** Partial Acct # ███  
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Jun 2025.

| | | | |
|---|---|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months | **Recent Balance** $5,865 as of Jun 2025 | |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2030. | |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 | This item remained unchanged from our processing of your dispute in May 2025. | |
| **Responsibility** Individual | **High Balance** Not reported | | |

**Payment history:** Aug 2021 - Jun 2025

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing |||||||||||| 
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 | $5,949 | $6,091 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 | 08.08.23 | 06.25.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $168 | $168 | $168 | $168 |
| Actual Amount Paid | No Data | No Data | $508 | No Data | No Data | $125 | $170 | No Data |

The original amount of this account was $9,050

### After Dispute

**USAA FEDERAL SAVINGS BK** Partial Acct # ███  
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Aug 2021)** Repossession. $6,374 written off. $5,865 past due as of Aug 2021.

| | | | |
|---|---|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months | **Recent Balance** $0 as of Aug 2021 | |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until Jun 2026. | |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 | This item was updated from our processing of your dispute in Jul 2025. | |
| **Responsibility** Individual | **High Balance** Not reported | | |

**Payment history:** Jul 2018 - Aug 2021

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | R | | | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R |
| 2018 | | | | | | | OK | OK | OK | OK | OK | OK |

### Before Dispute

# Dispute Results (Continued)

## DISCOVER CARD Partial Acct # [REDACTED]
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (May 2024)** Account charged off. $9,908 written off. $9,907 past due as of Jul 2025.

**Date opened**
Mar 2018

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$8,000

**High Balance**
$9,923

**Recent Balance**
$9,907 as of Jul 2025
This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in May 2025.

**Payment history:** Aug 2018 - Jul 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |
| 2024 | 60  | 90  | 120 | 150 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2023 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 30  |
| 2022 | 2022 In Good Standing ||||||||||||
| 2021 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | ND  |
| 2020 | 2020 In Good Standing ||||||||||||
| 2019 | 2019 In Good Standing ||||||||||||
| 2018 |     |     |     |     |     |     |     | OK  | OK  | OK  | OK  | OK  |

|                          | Jun25   | May25   | Apr25   | Feb25   | Jan25   | Jan25   | Nov24   | Oct24   | Sep24   | Aug24   | Jul24   | Jun24   | May24   | Apr24   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $9,907  | $9,907  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,908  | $9,655  |
| Date Payment Received    | 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23|
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284    |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Mar24   | Feb24   | Jan24   | Dec23   | Nov23   | Oct23   | Sep23   | Aug23   | Jul23   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $9,386  | $9,138  | $8,882  | $8,631  | $8,393  | $8,165  | $8,192  | $8,197  | $7,266  |
| Date Payment Received    | 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 10.11.23| 08.22.23| 08.11.23| 07.11.23|
| Scheduled Payment Amount | $275    | $272    | $266    | $254    | $485    | $240    | $240    | $241    | $213    |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2023 and Jun 2025, your credit limit/high balance was $8,000*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| OK Current / Terms met | 150 Past due 150 Days | VS Voluntarily surrendered | D Defaulted on contract |
| 30 Past due 30 Days | 180 Past due 180 Days | R Repossession | C Collection |
| 60 Past due 60 Days | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| 90 Past due 90 Days | FS Foreclosure proceedings started | IC Insurance claim | CLS Closed |
| 120 Past due 120 Days | F Foreclosure | G Claim filed with government | ND No data for this period |

# Dispute Results (Continued)

##  Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

### JPMCB CARD Partial Acct # ███████
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Jun 2025.

| | |
|---|---|
| **Date opened** Jul 2021 | **Terms** Not reported |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Type** Credit Card | **Credit limit or original amount** $16,600 |
| **Responsibility** Individual | **High Balance** $19,847 |

**Recent Balance** $19,847 as of Jun 2025

This account is scheduled to continue on record until Apr 2030.

**Comment:** Account closed at credit grantor's request.

This item remained unchanged from our processing of your dispute in Jul 2025.



Payment history: Aug 2021 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing ||||||||||||
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | May25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | $668 | $677 | $675 | $645 | $643 | $627 | $580 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Jul 2023 and May 2025, your credit limit/high balance was $16,600

### USAA FEDERAL SAVINGS BK Partial Acct # ███████
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Aug 2021)** Repossession. $6,374 written off. $5,865 past due as of Aug 2021.

| | |
|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $0 as of Aug 2021

This account is scheduled to continue on record until Jun 2026.

This item was updated from our processing of your dispute in Jul 2025.



Payment history: Jul 2018 - Aug 2021

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | R | | | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R |
| 2018 | | | | | | | | OK | OK | OK | OK | OK | OK |

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

### USAA FEDERAL SAVINGS BK Partial Acct # ███

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Jun 2025.

**Date opened**
Oct 2021

**Address ID #**
0620859593

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,000

**High Balance**
Not reported

**Recent Balance**
$5,460 as of Jun 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in Jul 2025.

**Payment history:** Dec 2021 - Jun 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |     |
| 2024 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2023 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 30  | 60  | R   | CO  |
| 2022 | 2022 In Good Standing |||||||||||| 
| 2021 |     |     |     |     |     |     |     |     |     |     |     | OK  |

|                          | Apr25    | Mar25    | Feb25    | Jan25    | Dec24    | Nov24    | Oct24    | Sep24    | Aug24    | Jul24    | Jun24    | May24    | Apr24    | Mar24    |
|--------------------------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| Account Balance          | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   | $5,460   |
| Date Payment Received    | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  |
| Actual Amount Paid       | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  |

|                          | Feb24    | Jan24    | Dec23    | Nov23    | Oct23    | Sep23    | Aug23    | Jul23    |
|--------------------------|----------|----------|----------|----------|----------|----------|----------|----------|
| Account Balance          | $5,460   | $5,460   | $6,677   | $6,203   | $6,177   | $6,144   | $6,119   | $6,432   |
| Date Payment Received    | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 |
| Scheduled Payment Amount | No Data  | No Data  | No Data  | No Data  | $170     | $170     | $170     | $170     |
| Actual Amount Paid       | No Data  | $1,217   | No Data  | No Data  | No Data  | No Data  | $340     | No Data  |

*The original amount of this account was $9,000*



# Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

### AFFIRM INC Partial Acct # ███

650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (Feb 2023)** Paid, Closed/Never late.

**Type**
Unsecured

**Terms**
3 Months

**Date opened**
Nov 2022

**Monthly payment**
Not reported

**Address ID #**
0620859593

**High Balance**
Not reported

**Credit limit or original amount**
$522

**Recent Balance**
Not reported

**Responsibility**
Individual

This account is scheduled to continue on record until Feb 2033.

### AMERICAN CREDIT ACCEPTAN Partial Acct # ███

961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

**Status (Aug 2020)** Paid, Closed/Never late.

**Type**
Auto Loan

**Terms**
67 Months

**Date opened**
Jul 2017

**Monthly payment**
Not reported

**Address ID #**
0620859593

**High Balance**
Not reported

**Credit limit or original amount**
$13,950

**Recent Balance**
Not reported

**Comment:**
Affected by natural or declared disaster.

**Responsibility**
Individual

This account is scheduled to continue on record until Aug 2030.

# Dispute Results (Continued)

## Your Positive Account Activity (Continued)

**CBNA** Partial Acct # ███████████████     Status (Sep 2022) Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| Not reported | $338 | $15,089 | | | |

**NAVY FEDERAL CR UNION** Partial Acct # ███████████████     Status (Mar 2022) Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | This account is scheduled to continue on record until Mar 2032. |
| 37 Months | Not reported | Not reported | | Completed investigation of FCRA dispute - consumer disagrees. | |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**700CR/RICK HENDRICK TOYO** 1969 SKIBO RD FAYETTEVILLE NC 28314 (910) 868 5071                                    Jul 05, 2025
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**ALLY FINANCIAL** 200 RENAISSANCE CTR DETROIT MI 48243 **No phone # available**                                    Jul 05, 2025
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**CONSUMER PORTFOLIO SERVICES** 19500 JAMBOREE RD # FLOORS IRVINE CA 92612 (888) 469 4520                            Jul 05, 2025
**REASON:** Sales Contract.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**GLOBAL LENDING SERVICES** 3399 PEACHTREE RD NE STE 400 ATLANTA GA 30326 (866) 464 0269                             Jul 05, 2025
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**SANTANDER CONSUMER USA** 1601 ELM ST. SUITE 800 DALLAS TX 75201 (866) 222 4227                                     Jul 05, 2025
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 07.08.2025 |

CAP ONE NA PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **INQUIRY DATES:** 05.15.2025 |

CAPITAL ONE AUTO FINANCE 7941 PRESTON RD PLANO TX 75024 **No phone # available** **INQUIRY DATES:** 07.05.2025 |

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 07.04.2025 | 04.30.2025 | 03.23.2025 | 03.12.2025 | 02.22.2025 | 12.12.2024 | 12.02.2024 |

CREDIT CONTROL, LLC 5757 PHANTOM DR STE 330 HAZELWOOD MO 63042 (314) 442 7400 **INQUIRY DATES:** 05.27.2025 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 07.25.2025 | 07.24.2025 | 07.23.2025 | 07.22.2025 | 07.21.2025 | 07.19.2025 | 07.18.2025 | 07.17.2025 | 07.15.2025 | 07.14.2025 | 07.10.2025 | 07.09.2025 | 07.08.2025 | 07.07.2025 | 07.06.2025 | 07.05.2025 | 07.04.2025 | 07.02.2025 | 07.01.2025 | 06.29.2025 | 06.28.2025 | 06.24.2025 | 06.22.2025 | 06.21.2025 | 06.17.2025 | 06.16.2025 | 06.13.2025 | 06.12.2025 | 06.11.2025 | 06.10.2025 | 06.08.2025 | 06.07.2025 | 06.03.2025 | 06.02.2025 | 06.01.2025 | 05.31.2025 | 05.30.2025 | 05.29.2025 | 05.28.2025 | 05.27.2025 | 05.25.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.21.2025 | 05.17.2025 | 05.16.2025 | 05.15.2025 | 05.12.2025 | 05.09.2025 | 05.08.2025 | 05.07.2025 | 05.06.2025 | 05.02.2025 | 05.01.2025 | 04.29.2025 | 04.27.2025 | 04.25.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.19.2025 | 04.18.2025 | 04.17.2025 | 04.16.2025 | 04.15.2025 | 04.14.2025 | 04.11.2025 | 04.10.2025 | 04.09.2025 | 04.08.2025 | 04.06.2025 | 04.04.2025 | 04.01.2025 | 03.31.2025 | 03.30.2025 | 03.29.2025 | 03.26.2025 | 03.25.2025 | 03.24.2025 | 03.20.2025 | 03.17.2025 | 03.15.2025 | 03.14.2025 | 03.13.2025 | 03.11.2025 | 03.08.2025 | 03.07.2025 | 03.06.2025 | 03.05.2025 | 03.01.2025 | 02.25.2025 | 02.24.2025 | 02.23.2025 | 02.22.2025 | 02.19.2025 | 02.09.2025 | 02.08.2025 | 02.07.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.25.2025 | 01.24.2025 | 01.23.2025 | 01.22.2025 | 01.19.2025 | 01.18.2025 | 01.10.2025 | 01.09.2025 | 01.08.2025 | 01.07.2025 | 01.06.2025 | 01.05.2025 | 01.04.2025 | 01.03.2025 | 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 07.16.2025 | 07.12.2025 | 07.09.2025 | 07.05.2025 | 07.02.2025 | 06.29.2025 | 06.25.2025 | 06.21.2025 | 06.18.2025 | 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.22.2025 | 03.19.2025 | 03.15.2025 | 03.12.2025 | 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 07.05.2025 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 07.05.2025 |

DISCOVER 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 07.07.2025 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 07.25.2025 | 07.24.2025 | 07.17.2025 | 07.16.2025 | 07.10.2025 | 07.05.2025 | 07.03.2025 | 06.26.2025 | 06.23.2025 | 06.20.2025 | 06.19.2025 | 06.16.2025 | 06.12.2025 | 06.05.2025 | 06.01.2025 | 05.29.2025 | 05.26.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.20.2025 | 05.15.2025 | 05.11.2025 | 05.08.2025 | 05.01.2025 | 04.30.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.17.2025 | 04.14.2025 | 04.10.2025 | 04.03.2025 | 03.30.2025 | 03.27.2025 | 03.23.2025 | 03.20.2025 | 03.16.2025 | 03.13.2025 | 03.06.2025 | 02.27.2025 | 02.22.2025 | 02.20.2025 | 02.13.2025 | 02.06.2025 | 01.30.2025 | 01.23.2025 | 01.16.2025 | 01.09.2025 | 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 07.05.2025 | 05.22.2025 | 04.09.2025 | 01.07.2025 | 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 07.03.2025 | 04.14.2025 | 03.30.2025 | 03.16.2025 | 11.07.2024 | 11.03.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

# Dispute Results (Continued)

## Who Has Viewed Your Consumer Information (Continued)

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 07.23.2025 | 06.23.2025 | 05.23.2025 | 04.23.2025 | 03.23.2025 | 02.23.2025 | 01.23.2025 | 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 |

**ODE/700CREDIT LLC** 26555 NORTHWESTERN HWY # 301 SOUTHFIELD MI 48033 **No phone # available** **INQUIRY DATES:** 07.05.2025 |

**SANTANDER CONSUMER USA** 1601 ELM ST. SUITE 800 DALLAS TX 75201 (866) 222 4227 **INQUIRY DATES:** 07.05.2025 |

**THE GOLDMAN SACHS GROUPI** 200 WEST ST NEW YORK NY 10282 **No phone # available** **INQUIRY DATES:** 03.18.2025 |

**USAA FEDERAL SAVINGS BK** PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 07.01.2025 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |

## ADDRESSES

| Address | Geo Code / Address ID |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |

## Dispute Results (Continued)

## Your Personal Information (Continued)

| | |
|---|---|
| 2921 CALLIOPE WAY | Geo Code: 0-5401010-183-6640 |
| RALEIGH NC 27616-6051 | Address ID #: 0355860395 Address Type: Multifamily |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1964

**SPOUSE OR CO-APPLICANT**

ALICIA

**FORMER OR CURRENT EMPLOYERS**

ASSET FINDER PROS LLC; SELF EMPLOYED

**Notification of Rights for North Carolina Consumers**

You have a right to bring a civil action against someone who violates your rights under the credit reporting laws. The action can be brought against a consumer reporting agency or a user of your credit report.

THIS PAGE INTENTIONALLY LEFT BLANK