# EXHIBIT M

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | |
|---|---|---|---|---|---|
| RUN DATE: | 08/28/2025 | ACDV Response: | DOCUMENT VIEWED: | Y | 3742066120003 |
| RUN TIME: | 06:22:57 | Auto Response: | | | |
| SUBCODE: | 3153084 | ACCOUNT# SUBSCRIBER: USAA Federal Savings Bank | | | |

| DISPUTE REASON: | 106 - Disputes present/previous Account Status, History. Verify accordingly. CFPB COMPLAINT RCVD | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 05/20/2025 |
| | | | Date Due: | 06/05/2025 |
| REMARKS: | | | Resp Date: | 05/23/2025 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | **06/05/2025** |
| Name: | GILBERT BRYAN | | Name Flag: | |
| SSN: DOB: | -2328    1964 | | Second Name: | |
| Curr Address: | 5506 DODGE DR | | Curr Addr Flag: | |
| | FAYETTEVILLE NC | | Prev Addr Flag: | |
| ZIP: | 28303 | | SSN Flag: | |
| Prev Addr 1: | | | DOB Flag: | |
| Prev Addr 2: | | | Authorized Verifier: | Chad Hamilton |
| Account Name: | | | Phone: | |
| RESPONSE: | **01 - Account information accurate as of date reported. No changes.** | | DF Contact Phone #: | (800) 531-8722 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | CHARGE OFF/ REPO | | |
| Act Status/Rating: | | | | | |
| Payment Rating: | | | | | |
| CII: | ECOA: | | | 1 | |
| Balance: | Balance Date: | | 5,865 | 04/30/2025 | |
| Amt Past Due: | | | 5,865 | | |
| Orig Delinq Date: | | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | | | 9,050 | | |
| Charge Off Amt: | | | 6,374 | | |
| Sch Monthly Pay: | Act Pay: | | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | 12/19/2023 | | |
| Open Date: | Closed Date: | | 08/23/2021 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | | | | | |
| Type: Terms: | Freq: | | 00 | 060 M | |
| Original Creditor: | | | | | |
| Special Payment/Date/Amt: | | | | | |

| Response History Grid: | | | | | | | | | | | | | On File History Grid: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2025 | | | | | | | | | | | | | 2025 | | | | | | | | | | | L | L |
| 2024 | | | | | | | | | | | | | 2024 | L | L | L | L | L | L | L | L | L | L | L | L |
| 2023 | | | | | | | | | | | | | 2023 | L | L | K | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | | | | | | | | | | | | | 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | | | | | | | | | | | | | 2021 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 2020 | | | | | | | | | | | | | 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |

Case 5:25-cv-00585-D-RN    Document 25-14    Filed 02/17/26    Page 2 of 2

file:///C:/Users/thompssd/Documents/ECF - Downloads/Gilbert/Ex. M - USAAxx3196 52025-52325 -ACDVLT_3742066120_003_06052025_001_True....		1/1