# EXHIBIT N

| | | | | |
|---|---|---|---|---|
| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: 1 | |
| RUN DATE: | 08/28/2025 | ACDV Response: | DOCUMENT VIEWED: Y | 3742066120004 |
| RUN TIME: | 06:22:57 | Auto Response: | | |
| SUBCODE: | 3153084 | ACCOUNT# SUBSCRIBER: USAA Federal Savings Bank | | |

| | | | |
|---|---|---|---|
| DISPUTE REASON: | 106 - Disputes present/previous Account Status, History. Verify accordingly. CFPB COMPLAINT RCVD | Office: | 1 |
| | | Date Sent: | 05/20/2025 |
| | | Date Due: | 06/05/2025 |
| REMARKS: | | Resp Date: | 05/23/2025 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | |
| | | | DNR Date: 06/05/2025 |
| Name: | GILBERT BRYAN | | Name Flag: |
| SSN: DOB: | ▇▇▇-2328  ▇▇ 1964 | | Second Name: |
| Curr Address: | 5506 DODGE DR | | Curr Addr Flag: |
| | FAYETTEVILLE NC | | Prev Addr Flag: |
| ZIP: | 28303 | | SSN Flag: |
| Prev Addr 1: | | | DOB Flag: |
| Prev Addr 2: | | | Authorized Verifier: Mercedes Carvajal |
| Account Name: | | | Phone: |
| RESPONSE: | 01 - Account information accurate as of date reported. No changes. | | DF Contact Phone #: (800) 531-8722 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Cumm Status: | | CHARGE OFF/ REPO | | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: ECOA: | | | 1 | |
| Balance: Balance Date: | | 5,460 | 04/30/2025 | |
| Amt Past Due: | | 5,460 | | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | | | |
| High Credit Balance: | | 9,000 | | |
| Charge Off Amt: | | 6,677 | | |
| Sch Monthly Pay: Act Pay: | | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | 01/02/2024 | | |
| Open Date: Closed Date: | | 10/26/2021 | | |
| Spec Comm Code: | | | | |
| Cons Compl Code: | | | | |
| Type: Terms: Freq: | | 00 | 060 M | |
| Original Creditor: | | | | |
| Special Payment/Date/Amt: | | | | |

Response History Grid:

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

On File History Grid:

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | L | L |
| 2024 | L | L | L | L | L | L | L | L | L | L | L | L |
| 2023 | L | L | K | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | 0 | 0 | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

Case 5:25-cv-00585-D-RN    Document 25-15    Filed 02/17/26    Page 2 of 2