IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GILBERT BRYAN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 5:25-cv-585-D |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Rule 56.1(4) of the Local Rules of the U.S. District Court for the Eastern District of North Carolina, provides the following appendix containing the evidence to cite to and relief upon in Experian's Statement of Material Facts filed contemporaneously with its Memorandum of Law in Opposition of Plaintiff's Motion for Summary Judgment.

Exhibit A: Declaration of Christina Hamilton in Support of Experian's Motion for Summary Judgment.

Dated: February 24, 2026

Respectfully Submitted,

*/s/ R. Kyle Driggers*
R. Kyle Driggers (N.C. Bar No. 62334)
TROUTMAN PEPPER LOCKE LLP
305 Church at N. Hills St., #1200
Raleigh, NC 27609
Telephone: 919-835-4145
Email: kyle.driggers@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

       I certify that on February 24, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via regular mail upon:

Gilbert Bryan
5506 Dodge Drive
Fayetteville, NC 28303
*Pro Se Plaintiff*

                                                          */s/ R. Kyle Driggers*
                                                          R. Kyle Driggers