# EXHIBIT A

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

GILBERT BRYAN,

                Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
                Defendant.

Civil Action No. 5:25-cv-00585

---

**DECLARATION OF CHRISTINA HAMILTON IN SUPPORT OF EXPERIAN
INFORMATION SOLUTIONS, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES Christina Hamilton, who declares under penalty of perjury, as follows:

1.    I am over the age of eighteen and make this declaration in support of Experian Information Solutions, Inc.'s ("Experian") Motion for Summary Judgment. I am employed by Experian as a Senior Litigation Analyst and in that capacity regularly work with the business records of Experian and testify on its behalf. These business records are recorded contemporaneously at the time of their creation and stored in the ordinary course of business. I make this declaration after a review of these business records.

2.    Experian is a consumer reporting agency as defined by the FCRA and maintains credit files for millions of consumers.

3.    Plaintiff is a consumer as defined by the FCRA.

4.    Experian maintains procedures to assure maximum possible accuracy of the information it reports on consumers consistent with the requirements of the FCRA.

5.    Experian, like the other major credit reporting agencies ("CRAs"), regularly receives consumer credit information from various sources ("data furnishers") around the country. Experian only allows entities whom it thoroughly vets to contribute consumer credit information in accordance with strict contractual obligations, mentioned again below for emphasis.

6.    The process by which Experian receives, sorts, and stores information is largely electronic.

7.    Experian monitors every monthly submission by every data furnisher to assure that no information violates the prescriptions of the FCRA or the industry standards applicable to their data.

8.    Data furnishers are contracted and pledge to make every effort to report only accurate information and adhere to the FCRA sections applicable to their reporting.

9.    Experian also thoroughly credentials every data furnisher and its data before and after it is permitted to transmit information for inclusion in the credit reporting database. Experian has systemic processes which alert it if a data furnisher's monthly submission exceeds expected thresholds or alters from its trended and usual reporting patterns.

10.   These include banks, credit unions, automobile dealers, student loan providers and others (these sources are known as "furnishers" within the credit reporting industry and under the FCRA).

11.   Section 1681i of the FCRA requires Experian to reinvestigate information disputed by a consumer. Experian maintains procedures to ensure that its reinvestigations are reasonable and consistent with the requirements of the FCRA.

12.   The exhibits attached to Plaintiff's Complaint demonstrate that, on or about December 9, 2024, May 12, 2025, and in June 2025, Plaintiff, Gilbert Bryan ("Plaintiff"),

communicated with Experian regarding disputes involving specific tradelines, an alleged bankruptcy discharge, alleged IRS Forms 1099-C, and an identity theft affidavit.

13. The following disputed accounts are referenced in Plaintiff's complaint:

a. JPMBC Card ending in 5485.

b. USAA Federal Savings Bk ending in 4916.

c. USAA Federal Savings Bk ending in 0710.

14. In Plaintiff's Complaint and the documents attached thereto, Plaintiff claimed that the accounts were being reported inaccurately based on, among other things, a bankruptcy discharge and identity theft.

15. The December 9, 2024 dispute is specific to the JPMBC Card tradeline.

16. The May 12, 2025 dispute specifically requests deletion of certain tradelines based on Plaintiff's alleged bankruptcy and alleged 1099-C forms.

17. The June 2025 dispute references Experian's alleged failure to respond to the May 12, 2025 dispute.

18. Plaintiff made a request for method of verification ("MOV") on or about July 5, 2025.

19. Generally, when a consumer contacts Experian to dispute the accuracy of an account on the consumer's credit file, Experian will first consider and review all relevant information provided by the consumer. If the consumer provides supporting documentation with the dispute, Experian reviews the documentation to determine whether it can be authenticated and whether it is sufficient on its face to delete or update the account as requested by the consumer. If the supporting documentation is not sufficient to delete or update the account as requested, Experian initiates its reinvestigation via an electronically transmitted Automated Consumer Dispute Verification form ("ACDV") to the source, or

furnisher, of the disputed information. Once the reinvestigation is complete, Experian sends a notice and summary of the results to the consumer. Experian internally refers to that notice and summary as a Consumer Disclosure Final ("CDF").

20.    In response to an ACDV, the furnisher will either verify the account as reported, instruct Experian to modify any information regarding the account, or delete the disputed information if it is found to be inaccurate. When data furnishers respond to an ACDV or CDV, they certify to Experian that they have (i) reviewed all information, correspondence, and documents forwarded by Experian, and (ii) confirmed the accuracy of the information contained in the data furnisher's response. Experian then reviews the data furnisher's ACDV or CDV response in accordance with Experian's own policies and procedures, and afterward updates its reporting accordingly.

21.    A true and correct copy of the December 9, 2024 dispute response is attached hereto as **Exhibit A**.

22.    A true and correct copy of the December 13, 2024 dispute response is attached hereto as **Exhibit B**.

23.    A true and correct copy of the December 30, 2024 dispute response is attached hereto as **Exhibit C**.

24.    A true and correct copy of the January 2, 2025 dispute response is attached hereto as **Exhibit D**.

25.    A true and correct copy of the January 6, 2025 dispute response is attached hereto as **Exhibit E**.

26.    A true and correct copy of the May 29, 2025 dispute response is attached hereto as **Exhibit F**.

27. A true and correct copy of the June 20, 2025 dispute response is attached hereto as **Exhibit G**.

28. A true and correct copy of the June 20, 2025 letter sent from Experian to Plaintiff requesting additional information to respond to Plaintiff's dispute and a true and correct copy of the June 20, 2025 dispute results are attached hereto as composite **Exhibit H**.

29. A true and correct copy of the July 17, 2025 dispute response is attached hereto as **Exhibit I**.

30. A true and correct copy of the July 25, 2025 dispute response is attached hereto as **Exhibit J**.

31. True and correct copies of the communications from Experian to Plaintiff regarding identity theft, dated December 9, 2024, December 13, 2024, April 9, 2025, and July 17, 2025, are attached hereto as composite **Exhibit K**.

32. Also on December 13, 2024, Experian sent an ACDV to the furnisher of the disputed JPMBC Card account. A true and correct copy of those ACDVs is attached hereto as composite **Exhibit L** ("**Exhibit L**").

33. The furnisher verified the accuracy of the reporting information to Experian on December 18, 2024. See **Exhibit L**.

34. On March 24, 2025, Experian also sent an ACDV to the furnisher of the disputed JPMBC Card account. A true and correct copy of that ACDV is attached hereto as **Exhibit L**.

35. The furnisher verified the accuracy of the reporting information to Experian on March 28, 2025. See **Exhibit L**.

36. On July 17, 2025, Experian also sent an ACDV to the furnisher of the disputed JPMBC Card account. A true and correct copy of that ACDV is attached hereto as **Exhibit L**.

37. The furnisher verified the accuracy of the reporting information to Experian on July 25, 2025. See **Exhibit L**.

38. On May 20, 2025, Experian sent an ACDV to the furnisher for USAA Federal Savings Bk ########4916. A true and correct copy of that ACDV is attached hereto as composite **Exhibit M**.

39. The furnisher verified the accuracy of the reporting information to Experian on May 23, 2025. See **Exhibit M**.

40. Also on May 20, 2025, Experian sent an ACDV to the furnisher for USAA Federal Savings Bk ######0710 A true and correct copy of that ACDV is attached hereto as **Exhibit N**.

41. The furnisher verified the accuracy of the reporting information to Experian on May 23, 2025. See **Exhibit N**.

42. Experian provided responses to Plaintiff's MOV requests on March 24, 2025, May 20, 2025, and July 17, 2025. The letters in response to Plaintiff's MOV requests are attached as composite **Exhibit O**. Additionally, Exhibits **A, B, C, D, E, F, G, H, I, and J** contain responses to Plaintiff's MOV requests.

43. On or about December 5, 2024, Plaintiff filed a dispute with the Consumer Financial Protection Bureau in which he identified five accounts as the result of identity theft:

44. Plaintiff submitted an Identity Theft Report ("ITR") on or about July 11, 2025, which identified only one account as fraudulent. That account was an LVNV account that is not referenced by Plaintiff in this litigation.

45. Within four business days of receipt, Experian blocked that LVNV account and informed Plaintiff of that action on July 17, 2025. The letter memorializing the deletion of the

tradeline is attached as **Exhibit I**.


FURTHER DECLARANT SAYETH NOT.


Dated: February 13, 2026

*Christina Hamilton*

Experian Information Solutions, Inc.

Its:   Senior Litigation Analyst

# EXHIBIT A

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0157-0078-68** for **Dec 09, 2024**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

In response to your recent request, we are sending you dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results who indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Record of requests for your credit history

| | |
|---|---|
| **AMERICAN EXPRESS** ▇▇▇▇ | Outcome: Deleted |
| **AMERICAN EXPRESS** ▇▇▇▇ | Outcome: Deleted |
| **AMERICAN EXPRESS** ▇▇▇▇ | Outcome: Deleted |
| **AMERICAN EXPRESS** ▇▇▇▇ | Outcome: Deleted |
| **AMERICAN EXPRESS** ▇▇▇▇ | Outcome: Deleted |
| **NAVY FEDERAL CR UNION** ▇▇▇ | Outcome: Deleted |
| **AMERICAN EXPRESS** ▇▇ | Outcome: Deleted |
| **THE GOLDMAN SACHS GROUPI** ▇▇▇ | Outcome: Deleted |

**Dispute Results** (Continued)

AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
NAVY FEDERAL CR UNION ███████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI █████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI █████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI █████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI █████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI █████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI █████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted
AMERICAN EXPRESS █████████ Outcome: Deleted

**Dispute Results** (Continued)

THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS █████4 Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
NAVY FEDERAL CREDIT UNIO ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
NAVY FEDERAL CR UNION ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
NAVY FEDERAL CR UNION ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted
AMERICAN EXPRESS ██████ Outcome: Deleted

**Dispute Results** (Continued)

NAVY FEDERAL CR UNION ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
NAVY FEDERAL CREDIT UNIO ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
AMERICAN EXPRESS ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ███████ Outcome: Deleted
AMERICAN EXPRESS 2 ███████ Outcome: Deleted

**Dispute Results** (Continued)

AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
THE GOLDMAN SACHS GROUPI ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
PENDRICK CAPITAL PARTNER ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
AMERICAN EXPRESS ████████ Outcome: Deleted
PENDRICK CAPITAL PARTNER ████████ Outcome: Deleted

0010762223
GILBERT BRYAN Report # **0157-0078-68** for **12/09/2024**

**Dispute Results** (Continued)

| | |
|---|---|
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **THE GOLDMAN SACHS GROUPI** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |
| **AMERICAN EXPRESS** ████████ | Outcome: Deleted |

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available} of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current / Terms met | **150** | Past due 150 Days | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Past due 30 Days | **180** | Past due 180 Days | **R** | Repossession | **C** | Collection |
| **60** | Past due 60 Days | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Past due 120 Days | **F** | Foreclosure | **G** | Claim filed with government | **ND** | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.



## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

---

**BARCLAYS BANK DELAWARE** Partial Acct #

PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

**Status (May 2024)** Account charged off.
$1,857 written off. $2,696 past due as of
Dec 2024.

| **Date opened** Jul 2021 | **Terms** Not reported | **Recent Balance** $2,696 as of Dec 2024 |
|---|---|---|
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until Aug 2030. |
| **Type** Credit Card | **Credit limit or original amount** $2,000 | **Comment** Completed investigation of FCRA dispute - consumer disagrees. |
| **Responsibility** Individual | **High Balance** $2,696 | **Comment:** Account closed at credit grantor's request. |

Payment history: Aug 2021 - Dec 2024



**Comment History**

Account closed at credit grantor's request.| Nov 2024 - Jul 2024

Completed investigation of FCRA dispute - consumer disagrees.| Nov 2024 - Jun 2024| Apr 2024

| | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,590 | $2,491 | $2,401 | $1,869 | $2,245 | $2,079 | $1,988 |
| Date Payment Received | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 12.13.23 | 08.13.23 | 10.13.23 | 09.13.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $124 | $114 | $124 | $72 | $117 | $111 | $70 | $70 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $429 | No Data | $70 | $70 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,007 | $1,924 | $1,946 | $2,027 | $2,008 | $1,990 | $2,055 | $1,628 | $767 |
| Date Payment Received | 08.13.23 | 07.13.23 | 06.13.23 | 05.13.23 | 04.13.23 | 03.13.23 | 02.13.23 | 01.13.23 | 12.16.22 |
| Scheduled Payment Amount | $67 | $70 | $109 | $70 | $65 | $66 | $60 | $49 | $27 |
| Actual Amount Paid | $67 | $70 | $132 | $136 | $65 | $133 | $60 | $99 | $311 |

*Between Dec 2022 and Nov 2024, your credit limit/high balance was $2,000*

---

**DISCOVER BANK** Partial Acct #

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off.
$9,908 written off. $9,908 past due as of
Nov 2024.

| **Date opened** Mar 2018 | **Terms** Not reported | **Recent Balance** $9,908 as of Nov 2024 |
|---|---|---|
| **Address ID #** 0055025770 | **Monthly payment** Not reported | This account is scheduled to continue on record until Aug 2030. |
| **Type** Credit card | **Credit limit or original amount** $8,000 | **Comment** Account previously in dispute - investigation complete, reported by data furnisher |
| **Responsibility** Individual | **High Balance** $9,923 | |

Payment history: Mar 2018 - Nov 2024



| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 | $266 | $254 | $485 | $240 | $240 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,197 | $7,266 | $7,410 | $7,097 | $7,006 | $4,544 | $3,799 | $3,244 | $1,104 |
| Date Payment Received | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 | 04.11.23 | 03.12.23 | 02.12.23 | 01.11.23 | 12.11.22 |
| Scheduled Payment Amount | $241 | $213 | $218 | $209 | $206 | $134 | $112 | $96 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2022 and Oct 2024, your credit limit/balance was $8,000*

---

### JPMCB CARD Partial Acct #

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Jul 2021 | **Terms** Not reported |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Type** Credit Card | **Credit limit or original amount** $16,600 |
| **Responsibility** Individual | **High Balance** $19,847 |

**Recent Balance** $19,847 as of Nov 2024

This account is scheduled to continue on record until Apr 2030.

**Comment:** Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Nov 2024.

**Payment history:** Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**

Account closed at credit grantor's request.| Oct 2024
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 | $643 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 | $16,464 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 | 12.23.22 |
| Scheduled Payment Amount | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 | $539 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $16,600*

---

### NAVY FEDERAL CR UNION Partial Acct #

PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (Apr 2024)** Account charged off. $25,495 written off. $25,495 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Jul 2021 | **Terms** Not reported |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $24,000 |
| **Responsibility** Individual | **High Balance** $25,495 |

**Recent Balance** $25,495 as of Nov 2024

This account is scheduled to continue on record until Jul 2030.

**Comment:** Account closed at credit grantor's request.

**Payment history:** Sep 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | OK | OK | OK | OK |

**Comment History**

Account closed at credit grantor's request.| Oct 2024 - May 2024



# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,095 | $24,715 | $24,335 |
| Date Payment Received | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $255 | $275 | $631 | $628 | $603 | $598 | $579 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $650 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $24,209 | $22,413 | $21,788 | $20,549 | $19,354 | $18,916 | $17,209 | $15,859 | $15,409 |
| Date Payment Received | 08.02.23 | 07.11.23 | 06.09.23 | 05.09.23 | 04.07.23 | 03.07.23 | 02.07.23 | 01.06.23 | 12.07.22 |
| Scheduled Payment Amount | $546 | $525 | $493 | $473 | $379 | $345 | $318 | $309 | $298 |
| Actual Amount Paid | $1,400 | $1,100 | $493 | $480 | $379 | $345 | $318 | $309 | $298 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $24,000*

---

### US BANK Partial Acct # ██████████

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Oct 2024.

| | |
|---|---|
| **Date opened** Aug 2020 | **Terms** Not reported |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Credit Card | **Credit limit or original amount** $15,000 |
| **Responsibility** Individual | **High Balance** $16,587 |

**Recent Balance** $16,587 as of Oct 2024

This account is scheduled to continue on record until May 2030.

**Comment:** Account closed at credit grantor's request.

**Payment history: Aug 2020 - Oct 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**

Account closed at credit grantor's request.| Sep 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 07.24.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 | $387 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 | $371 |

| | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|
| Account Balance | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 | $10,587 |
| Date Payment Received | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 | 12.22.22 |
| Scheduled Payment Amount | $371 | $351 | $341 | $282 | $288 | $276 | $290 |
| Actual Amount Paid | $351 | $341 | $282 | $288 | $276 | $290 | $269 |

*Between Dec 2022 and Sep 2024, your credit limit/high balance was $15,000*

---

### USAA FEDERAL SAVINGS BK Partial Acct # ██████████

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $5,865 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Payment history: Aug 2021 - Nov 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $168 | $168 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $508 | No Data | No Data | $125 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,949 | $6,091 | $6,073 | $6,438 | $6,399 | $6,729 | $6,688 | $7,010 | $6,985 |
| Date Payment Received | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 | 04.10.23 | 02.07.23 | 02.07.23 | 12.27.22 | 12.27.22 |
| Scheduled Payment Amount | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 |
| Actual Amount Paid | $170 | No Data | $400 | No Data | $344 | No Data | $336 | No Data | $168 |

*The original amount of this account was $9,050*

---

### USAA FEDERAL SAVINGS BK Partial Acct # ▮▮▮▮▮
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Nov 2024.

**Date opened**
Oct 2021

**Address ID #**
0620859593

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,000

**High Balance**
Not reported

**Recent Balance**
$5,460 as of Nov 2024

This account is scheduled to continue on record until May 2030.

This item was updated from our processing of your dispute in Mar 2022.

**Payment history:** Oct 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | OK | OK | OK | |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $170 | $170 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $1,217 | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $6,119 | $6,432 | $6,392 | $6,720 | $6,678 | $7,013 | $7,157 | $7,105 | $7,429 |
| Date Payment Received | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 | 04.07.23 | 03.02.23 | 01.10.23 | 01.10.23 | 11.03.22 |
| Scheduled Payment Amount | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 |
| Actual Amount Paid | $340 | No Data | $340 | No Data | $348 | $170 | No Data | $340 | No Data |

*The original amount of this account was $9,000*

---

#  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

### AFFIRM INC Partial Acct # ▮▮▮▮
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (Feb 2023)** Paid, Closed/Never late.

**Type**
Unsecured

**Terms**
3 Months

**Date opened**
Nov 2022

**Monthly payment**
Not reported

**Address ID #**
0620859593

**High Balance**
Not reported

**Credit limit or original amount**
$522

**Recent Balance**
Not reported

**Responsibility**
Individual

This account is scheduled to continue on record until Feb 2033.

## Your Positive Account Activity (Continued)

|  | **Jan23** |
|---|---|
| Account Balance | $348 |
| Date Payment Received | 12.21.22 |
| Scheduled Payment Amount | $174 |
| Actual Amount Paid | $174 |

*The original amount of this account was $522*

---

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ███████████  **Status (Aug 2020)** Paid, Closed/Never late.

961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Auto Loan | Jul 2017 | 0620859593 | $13,950 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment:** | This account is scheduled |
| 67 Months | Not reported | Not reported | | Affected by natural or declared disaster. | to continue on record until Aug 2030. |

---

**CBNA** Partial Acct # ███████████  **Status (Sep 2022)** Open/Never late.

PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| Not reported | $338 | $15,089 | | | |

---

**NAVY FEDERAL CR UNION** Partial Acct # ███████████  **Status (Mar 2022)** Paid, Closed/Never late.

PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | | This account is scheduled |
| 37 Months | Not reported | Not reported | | | to continue on record until Mar 2032. |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Nov 12, 2023**
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Dec 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

>  Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

**Who Has Viewed Your Consumer Information** (Continued)

---

**BARCLAYS BANK DELAWARE** 100 SOUTH WEST AVE WILMINGTON DE 19801 (866) 283 6635 **INQUIRY DATES:** 01.10.2024 |

---

**CONSUMERINFO.COM** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 12.02.2024 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.09.2024 | 05.08.2024 | 05.06.2024 | 05.05.2024 | 05.01.2024 | 04.30.2024 | 04.25.2024 | 04.24.2024 | 04.21.2024 | 04.20.2024 | 04.18.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.03.2024 | 04.01.2024 | 03.30.2024 | 03.29.2024 | 03.24.2024 | 03.23.2024 | 03.19.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.03.2024 | 03.01.2024 | 02.28.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.18.2024 | 02.16.2024 | 02.14.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.04.2024 | 02.02.2024 | 02.01.2024 | 01.30.2024 | 01.29.2024 | 01.25.2024 | 01.24.2024 | 01.20.2024 | 01.18.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 | 05.29.2024 | 05.25.2024 | 05.22.2024 | 05.18.2024 | 05.15.2024 | 05.11.2024 | 05.08.2024 | 05.04.2024 | 05.01.2024 | 04.27.2024 | 04.24.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.10.2024 | 04.06.2024 | 04.03.2024 | 03.30.2024 | 03.27.2024 | 03.23.2024 | 03.20.2024 | 03.16.2024 | 03.13.2024 | 03.09.2024 | 03.06.2024 | 03.02.2024 | 02.28.2024 | 02.24.2024 | 02.21.2024 | 02.17.2024 | 02.14.2024 | 02.10.2024 | 02.07.2024 | 02.03.2024 | 01.31.2024 | 01.27.2024 | 01.24.2024 | 01.20.2024 | 01.17.2024 | 01.13.2024 | 01.10.2024 | 01.06.2024 | 01.03.2024 | 12.30.2023 | 12.27.2023 | 12.23.2023 | 12.20.2023 | 12.16.2023 | 12.13.2023 | 12.09.2023 |

---

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 12.30.2023 | 12.29.2023 |

---

**DISCOVER FINANCIAL SVCS** 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 11.06.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 | 05.09.2024 | 05.02.2024 | 04.25.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 | 02.22.2024 | 02.15.2024 | 02.08.2024 | 02.01.2024 | 01.25.2024 | 01.18.2024 | 01.11.2024 | 01.04.2024 | 12.28.2023 | 12.21.2023 | 12.14.2023 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 06.01.2024 | 05.17.2024 | 05.08.2024 | 04.24.2024 | 04.17.2024 | 04.13.2024 | 04.06.2024 | 03.20.2024 | 03.18.2024 | 03.13.2024 | 03.09.2024 | 03.08.2024 | 03.03.2024 | 02.27.2024 | 02.21.2024 | 02.17.2024 | 02.13.2024 | 02.10.2024 | 02.08.2024 | 01.29.2024 | 01.20.2024 | 01.19.2024 | 01.17.2024 | 01.13.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.04.2024 | 01.03.2024 | 12.28.2023 | 12.20.2023 | 12.19.2023 | 12.14.2023 | 12.12.2023 | 12.10.2023 |

---

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 11.07.2024 | 11.03.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 06.03.2024 | 06.02.2024 | 06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 | 05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 | 04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 | 04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 | 03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 | 03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.21.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 | 02.17.2024 | 02.16.2024 | 02.15.2024 | 02.14.2024 | 02.13.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.08.2024 | 02.07.2024 | 02.06.2024 | 02.05.2024 | 02.04.2024 | 02.03.2024 | 02.02.2024 | 02.01.2024 | 01.31.2024 | 01.30.2024 | 01.29.2024 | 01.28.2024 | 01.27.2024 | 01.26.2024 | 01.25.2024 | 01.24.2024 | 01.23.2024 | 01.22.2024 | 01.21.2024 | 01.20.2024 | 01.19.2024 | 01.18.2024 | 01.17.2024 | 01.16.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.08.2024 | 01.07.2024 | 01.06.2024 | 01.05.2024 | 01.04.2024 | 01.03.2024 | 01.02.2024 | 01.01.2024 | 12.31.2023 | 12.30.2023 | 12.29.2023 | 12.28.2023 | 12.27.2023 | 12.26.2023 | 12.25.2023 | 12.24.2023 | 12.23.2023 | 12.22.2023 | 12.21.2023 | 12.20.2023 | 12.19.2023 | 12.18.2023 | 12.17.2023 | 12.16.2023 | 12.15.2023 | 12.14.2023 | 12.13.2023 | 12.12.2023 | 12.11.2023 | 12.10.2023 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 | 05.23.2024 | 04.23.2024 | 03.23.2024 | 02.23.2024 | 01.23.2024 | 12.23.2023 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.28.2024 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.10.2024 |

PROGRESSIVE INSURANCE PO BOX 6807 CLEVELAND OH 44101 (800) 776 4737 **INQUIRY DATES:** 12.30.2023 | 12.29.2023 |

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 **INQUIRY DATES:** 10.09.2024 |

TRANSUNION INTERACTIVE I 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 **INQUIRY DATES:** 03.18.2024 |

TRANSWORLD SYSTEMS INC 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 **INQUIRY DATES:** 06.04.2024 |

US BANK - RECOVERY 9321 OLIVE BLVD SAINT LOUIS MO 63132 (314) 996 0560 **INQUIRY DATES:** 01.31.2024 |

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 11.01.2024 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GIL BRYAN | Name ID #:16484 |
| GIL BRYAN BRYAN | Name ID #:14741 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |
| GILBRYAN BRYAN | Name ID #:5998 |

**ADDRESSES**

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |

Case 5:25-cv-00055-D-RN   Document 25-2   Filed 02/24/26   Page 21 of 138

# Dispute Results (Continued)

## Your Personal Information (Continued)

| | |
|---|---|
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

## SOCIAL SECURITY NUMBER VARIATIONS

None

## YEAR OF BIRTH

1964

## SPOUSE OR CO-APPLICANT

ALICIA

## FORMER OR CURRENT EMPLOYERS

ASSET FINDER PROS LLC; SELF EMPLOYED

# EXHIBIT B

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0032-9597-78** for **Dec 13, 2024**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

JPMCB CARD

██████████████

PLEASE REFER TO YOUR CREDIT REPORT

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Still pending

| | |
|---|---|
| **BARCLAYS BANK DELAWARE** | Projected completion date: Jan 07, 2025 |
| **BARCLAYS BANK DELAWARE** | Projected completion date: Jan 07, 2025 |
| **BARCLAYS BANK DELAWARE** | Projected completion date: Jan 07, 2025 |
| **BARCLAYS BANK DELAWARE** | Projected completion date: Jan 07, 2025 |
| **BARCLAYS BANK DELAWARE** | Projected completion date: Jan 07, 2025 |

# Dispute Results (Continued)

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** Projected completion date: Jan 07, 2025

**BARCLAYS BANK DELAWARE** ██████████ Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER FINANCIAL SVCS** Projected completion date: Jan 07, 2025

**DISCOVER BANK** ██████████ Projected completion date: Jan 07, 2025

**JPMCB CARD** ██████████ Projected completion date: Jan 07, 2025

**NAVY FEDERAL CR UNION** ██████████ Projected completion date: Jan 07, 2025

**US BANK - RECOVERY** Projected completion date: Jan 07, 2025

**U.S. BANK** Projected completion date: Jan 07, 2025

**US BANK** ██████████ Projected completion date: Jan 07, 2025

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

**Dispute Results** (Continued)

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend



| | | | | | | |
|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

#  Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

**BARCLAYS BANK DELAWARE** Partial Acct # █████████

PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

**Status (May 2024)** Account charged off. $1,857 written off. $2,696 past due as of Dec 2024.

| | |
|---|---|
| **Date opened**<br>Jul 2021 | **Terms**<br>Not reported |
| **Address ID #**<br>0620859593 | **Monthly payment**<br>Not reported |
| **Type**<br>Credit Card | **Credit limit or original amount**<br>$2,000 |
| **Responsibility**<br>Individual | **High Balance**<br>$2,696 |

**Recent Balance**
$2,696 as of Dec 2024

This account is scheduled to continue on record until Aug 2030.

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Comment:**
Account closed at credit grantor's request.

**Payment history:** Aug 2021 - Dec 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Nov 2024 - Jul 2024
Completed investigation of FCRA dispute - consumer disagrees.| Nov 2024 - Jun 2024| Apr 2024

| | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,696 | $2,590 | $2,491 | $2,401 | $1,869 | $2,245 | $2,079 | $1,988 |
| Date Payment Received | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 08.13.23 | 12.13.23 | 08.13.23 | 10.13.23 | 09.13.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $124 | $114 | $124 | $72 | $117 | $111 | $70 | $70 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $429 | No Data | $70 | $70 |

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,007 | $1,924 | $1,946 | $2,027 | $2,008 | $1,990 | $2,055 | $1,628 | $767 |
| Date Payment Received | 08.13.23 | 07.13.23 | 06.13.23 | 05.13.23 | 04.13.23 | 03.13.23 | 02.13.23 | 01.13.23 | 12.16.22 |
| Scheduled Payment Amount | $67 | $70 | $109 | $70 | $65 | $66 | $60 | $49 | $27 |
| Actual Amount Paid | $67 | $70 | $132 | $136 | $65 | $133 | $60 | $99 | $311 |

*Between Dec 2022 and Nov 2024, your credit limit/high balance was $2,000*

---

**DISCOVER BANK** Partial Acct #  ▓▓▓▓▓▓▓▓▓▓
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off. $9,908 written off. $9,908 past due as of Nov 2024.

**Date opened**
Mar 2018

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$8,000

**High Balance**
$9,923

**Recent Balance**
$9,908 as of Nov 2024
This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

Payment history: Mar 2018 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | | | | | 2022 In Good Standing | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | | | | | 2020 In Good Standing | | | | | | | |
| 2019 | | | | | 2019 In Good Standing | | | | | | | |
| 2018 | | | | | OK | OK | OK | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 | $266 | $254 | $485 | $240 | $240 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,197 | $7,266 | $7,410 | $7,097 | $7,006 | $4,544 | $3,799 | $3,244 | $1,104 |
| Date Payment Received | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 | 04.11.23 | 03.12.23 | 02.12.23 | 01.11.23 | 12.11.22 |
| Scheduled Payment Amount | $241 | $213 | $218 | $209 | $206 | $134 | $112 | $96 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $8,000*

---

**JPMCB CARD** Partial Acct #  ▓▓▓▓▓▓▓▓▓
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Nov 2024.

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$16,600

**High Balance**
$19,847

**Recent Balance**
$19,847 as of Nov 2024
This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Nov 2024.

Payment history: Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | | | | | 2022 In Good Standing | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022



# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 | $643 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 | $16,464 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 | 12.23.22 |
| Scheduled Payment Amount | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 | $539 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $16,600*

---

### NAVY FEDERAL CR UNION Partial Acct # ▇▇▇▇▇▇▇

PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (Apr 2024)** Account charged off.
$25,495 written off. $25,495 past due as of
Nov 2024.

| **Date opened** | **Terms** | **Recent Balance** |
|---|---|---|
| Jul 2021 | Not reported | $25,495 as of Nov 2024 |

**Address ID #**
0055025770

**Monthly payment**
Not reported

**Type**
Credit card

**Credit limit or original amount**
$24,000

**Responsibility**
Individual

**High Balance**
$25,495

This account is scheduled
to continue on record until
Jul 2030.

**Comment:**
Account closed at credit
grantor's request.

Payment history: Sep 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024 - May 2024

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,495 | $25,475 | $25,095 | $24,715 | $24,335 |
| Date Payment Received | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 | 08.15.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $255 | $275 | $631 | $628 | $603 | $598 | $579 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $650 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $24,209 | $22,413 | $21,788 | $20,549 | $19,354 | $18,916 | $17,209 | $15,859 | $15,409 |
| Date Payment Received | 08.02.23 | 07.11.23 | 06.09.23 | 05.09.23 | 04.07.23 | 03.07.23 | 02.07.23 | 01.06.23 | 12.07.22 |
| Scheduled Payment Amount | $546 | $525 | $493 | $473 | $379 | $345 | $318 | $309 | $298 |
| Actual Amount Paid | $1,400 | $1,100 | $493 | $480 | $379 | $345 | $318 | $309 | $298 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $24,000*

---

### US BANK Partial Acct # ▇▇▇▇▇▇▇

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off.
$14,235 written off. $16,587 past due as of
Nov 2024.

**Date opened**
Aug 2020

**Terms**
Not reported

**Recent Balance**
$16,587 as of Nov 2024

**Address ID #**
0620859593

**Monthly payment**
Not reported

**Type**
Credit Card

**Credit limit or original amount**
$15,000

**Responsibility**
Individual

**High Balance**
$16,587

This account is scheduled
to continue on record until
May 2030.

**Comment:**
Account closed at credit
grantor's request.

Payment history: Aug 2020 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

**Your Potentially Negative Account Activity (Continued)**

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 | $10,587 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 | 12.22.22 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $282 | $288 | $276 | $290 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 | $269 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $15,000*

---

## USAA FEDERAL SAVINGS BK Partial Acct #  ▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Nov 2024.

**Date opened**
Aug 2021

**Address ID #**
0620859593

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,050

**High Balance**
Not reported

**Recent Balance**
$5,865 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Payment history: Aug 2021 - Nov 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,886 | $5,845 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $168 | $168 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $508 | No Data | No Data | $125 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,949 | $6,091 | $6,073 | $6,438 | $6,399 | $6,729 | $6,688 | $7,010 | $6,985 |
| Date Payment Received | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 | 04.10.23 | 02.07.23 | 02.07.23 | 12.27.22 | 12.27.22 |
| Scheduled Payment Amount | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 |
| Actual Amount Paid | $170 | No Data | $400 | No Data | $344 | No Data | $336 | No Data | $168 |

*The original amount of this account was $9,050*

---

## USAA FEDERAL SAVINGS BK Partial Acct #  ▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Nov 2024.

**Date opened**
Oct 2021

**Address ID #**
0620859593

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,000

**High Balance**
Not reported

**Recent Balance**
$5,460 as of Nov 2024

This account is scheduled to continue on record until May 2030.

This item was updated from our processing of your dispute in Mar 2022.

**Payment history: Oct 2021 - Nov 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $6,203 | $6,177 | $6,144 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $170 | $170 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $1,217 | No Data | No Data | No Data | No Data | No Data |

**Your Potentially Negative Account Activity (Continued)**

|  | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $6,119 | $6,432 | $6,392 | $6,720 | $6,678 | $7,013 | $7,157 | $7,105 | $7,429 |
| Date Payment Received | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 | 04.07.23 | 03.02.23 | 01.10.23 | 01.10.23 | 11.03.22 |
| Scheduled Payment Amount | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 |
| Actual Amount Paid | $340 | No Data | $340 | No Data | $348 | $170 | No Data | $340 | No Data |

*The original amount of this account was $9,000*

#  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # ▆▆▆▆▆▆                    **Status (Feb 2023)** Paid, Closed/Never late.
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

| Type | Date opened | Address ID # | Credit limit or original | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Unsecured | Nov 2022 | 0620859593 | amount | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | $522 | | This account is scheduled |
| 3 Months | Not reported | Not reported | | | to continue on record until |
| | | | | | Feb 2033. |

|  | Jan23 |
|---|---|
| Account Balance | $348 |
| Date Payment Received | 12.21.22 |
| Scheduled Payment Amount | $174 |
| Actual Amount Paid | $174 |

*The original amount of this account was $522*

---

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ▆▆▆▆▆▆▆▆       **Status (Aug 2020)** Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| Type | Date opened | Address ID # | Credit limit or original | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Jul 2017 | 0620859593 | amount | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | $13,950 | **Comment:** | This account is scheduled |
| 67 Months | Not reported | Not reported | | Affected by natural or | to continue on record until |
| | | | | declared disaster. | Aug 2030. |

---

**CBNA** Partial Acct # ▆▆▆▆▆▆▆                    **Status (Sep 2022)** Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | amount | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | $20,000 | | |
| Not reported | $338 | $15,089 | | | |

---

**NAVY FEDERAL CR UNION** Partial Acct # ▆▆▆▆▆▆▆        **Status (Mar 2022)** Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | amount | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | $8,026 | | This account is scheduled |
| 37 Months | Not reported | Not reported | | | to continue on record until |
| | | | | | Mar 2032. |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Nov 12, 2023**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Dec 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 INQUIRY DATES: 12.06.2024 |

BARCLAYS BANK DELAWARE 100 SOUTH WEST AVE WILMINGTON DE 19801 (866) 283 6635 INQUIRY DATES: 01.10.2024 |

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.12.2024 | 12.02.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 INQUIRY DATES: 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.09.2024 | 05.08.2024 | 05.06.2024 | 05.05.2024 | 05.01.2024 | 04.30.2024 | 04.25.2024 | 04.24.2024 | 04.21.2024 | 04.20.2024 | 04.18.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.03.2024 | 04.01.2024 | 03.30.2024 | 03.29.2024 | 03.24.2024 | 03.23.2024 | 03.19.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.03.2024 | 03.01.2024 | 02.28.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.18.2024 | 02.16.2024 | 02.14.2024 | 02.13.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.04.2024 | 02.02.2024 | 02.01.2024 | 01.30.2024 | 01.29.2024 | 01.25.2024 | 01.24.2024 | 01.20.2024 | 01.18.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 | 05.29.2024 | 05.25.2024 | 05.22.2024 | 05.18.2024 | 05.15.2024 | 05.11.2024 | 05.08.2024 | 05.04.2024 | 05.01.2024 | 04.27.2024 | 04.24.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.10.2024 | 04.06.2024 | 04.03.2024 | 03.30.2024 | 03.27.2024 | 03.23.2024 | 03.20.2024 | 03.16.2024 | 03.13.2024 | 03.09.2024 | 03.06.2024 | 03.02.2024 | 02.28.2024 | 02.24.2024 | 02.21.2024 | 02.17.2024 | 02.14.2024 | 02.10.2024 | 02.07.2024 | 02.03.2024 | 01.31.2024 | 01.27.2024 | 01.24.2024 | 01.20.2024 | 01.17.2024 | 01.13.2024 | 01.10.2024 | 01.06.2024 | 01.03.2024 | 12.30.2023 | 12.27.2023 | 12.23.2023 | 12.20.2023 | 12.16.2023 | 12.13.2023 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.30.2023 | 12.29.2023 |

DISCOVER FINANCIAL SVCS 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 INQUIRY DATES: 12.06.2024 |

## Dispute Results (Continued)

### Who Has Viewed Your Consumer Information (Continued)

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 | 05.09.2024 | 05.02.2024 | 04.25.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 | 02.22.2024 | 02.15.2024 | 02.08.2024 | 02.01.2024 | 01.25.2024 | 01.18.2024 | 01.11.2024 | 01.04.2024 | 12.28.2023 | 12.21.2023 | 12.14.2023 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 06.01.2024 | 05.17.2024 | 05.08.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.06.2024 | 03.20.2024 | 03.18.2024 | 03.13.2024 | 03.09.2024 | 03.08.2024 | 03.03.2024 | 02.27.2024 | 02.21.2024 | 02.17.2024 | 02.13.2024 | 02.10.2024 | 02.08.2024 | 01.29.2024 | 01.20.2024 | 01.19.2024 | 01.17.2024 | 01.13.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.04.2024 | 01.03.2024 | 12.28.2023 | 12.20.2023 | 12.19.2023 | 12.14.2023 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 11.07.2024 | 11.03.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 06.03.2024 | 06.02.2024 | 06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 | 05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 | 04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 | 04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 | 03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 | 03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 | 02.17.2024 | 02.16.2024 | 02.15.2024 | 02.14.2024 | 02.13.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.08.2024 | 02.07.2024 | 02.06.2024 | 02.05.2024 | 02.04.2024 | 02.03.2024 | 02.02.2024 | 02.01.2024 | 01.31.2024 | 01.30.2024 | 01.29.2024 | 01.28.2024 | 01.27.2024 | 01.26.2024 | 01.25.2024 | 01.24.2024 | 01.23.2024 | 01.22.2024 | 01.21.2024 | 01.20.2024 | 01.19.2024 | 01.18.2024 | 01.17.2024 | 01.16.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.08.2024 | 01.07.2024 | 01.06.2024 | 01.05.2024 | 01.04.2024 | 01.03.2024 | 01.02.2024 | 01.01.2024 | 12.31.2023 | 12.30.2023 | 12.29.2023 | 12.28.2023 | 12.27.2023 | 12.26.2023 | 12.25.2023 | 12.24.2023 | 12.23.2023 | 12.22.2023 | 12.21.2023 | 12.20.2023 | 12.19.2023 | 12.18.2023 | 12.17.2023 | 12.16.2023 | 12.15.2023 | 12.14.2023 | 12.13.2023 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 | 05.23.2024 | 04.23.2024 | 03.23.2024 | 02.23.2024 | 01.23.2024 | 12.23.2023 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.28.2024 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.10.2024 |

PROGRESSIVE INSURANCE PO BOX 6807 CLEVELAND OH 44101 (800) 776 4737 **INQUIRY DATES:** 12.30.2023 | 12.29.2023 |

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 **INQUIRY DATES:** 10.09.2024 |

TRANSUNION INTERACTIVE I 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 **INQUIRY DATES:** 03.18.2024 |

TRANSWORLD SYSTEMS INC 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 **INQUIRY DATES:** 06.04.2024 |

US BANK - RECOVERY 9321 OLIVE BLVD SAINT LOUIS MO 63132 (314) 996 0560 **INQUIRY DATES:** 01.31.2024 |

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 11.01.2024 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

## Dispute Results (Continued)

### Your Personal Information (Continued)

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GIL BRYAN | Name ID #:16484 |
| GIL BRYAN BRYAN | Name ID #:14741 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |
| GILBRYAN BRYAN | Name ID #:5998 |

**ADDRESSES**

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Multifamily |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1964

**SPOUSE OR CO-APPLICANT**

ALICIA

**FORMER OR CURRENT EMPLOYERS**

ASSET FINDER PROS LLC; SELF EMPLOYED

# EXHIBIT C

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0065-4062-32** for **Dec 30, 2024**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

### Credit items

**U S BANK** ⬛⬛⬛⬛⬛⬛⬛ **Outcome: Updated - Information on this item has been updated. Please review your report for the details.**

### Still pending

**JPMCB CARD** ⬛⬛⬛⬛⬛⬛ Projected completion date: Jan 07, 2025

**After Dispute**

## Dispute Results (Continued)

**US BANK** Partial Acct # ▓▓▓▓▓▓▓
PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Nov 2024.

**Date opened**
Aug 2020
**Address ID #**
0620859593
**Type**
Credit Card
**Responsibility**
Individual

**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$15,000
**High Balance**
$16,587

**Recent Balance**
$16,587 as of Nov 2024
This account is scheduled to continue on record until May 2030.
**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Dec 2024.

**Payment history:** Aug 2020 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 | $10,587 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 | 12.22.22 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $282 | $288 | $276 | $290 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 | $269 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $15,000*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current / Terms met | **150** | Past due 150 Days | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Past due 30 Days | **180** | Past due 180 Days | **R** | Repossession | **C** | Collection |
| **60** | Past due 60 Days | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Past due 120 Days | **F** | Foreclosure | **G** | Claim filed with government | **ND** | No data for this period |

 # Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

## JPMCB CARD Partial Acct #

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Nov 2024.

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$16,600

**High Balance**
$19,847

**Recent Balance**
$19,847 as of Nov 2024

This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Nov 2024.

**Payment history:** Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 | $643 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 | $16,464 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 | 12.23.22 |
| Scheduled Payment Amount | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 | $539 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Dec 2022 and Oct 2024, your credit limit/high balance was $16,600

## RESURGENT/LVNV FUNDING Partial Acct #

PO BOX 1269 GREENVILLE SC 29602; (866) 464 1183

**Status (Sep 2024)** Collection account. $6,512 past due as of Dec 2024.

**Date opened**
Sep 2024

**Address ID #**
0055025770

**Original Creditor**
NAVY FEDERAL CREDIT UNION

**Type**
Debt Buyer

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$6,512

**High Balance**
Not reported

**Recent Balance**
$6,512 as of Dec 2024

This account is scheduled to continue on record until Jul 2030.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Payment history:** Dec 2024 - Dec 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | | | | | | | | | | | | C |

## Dispute Results (Continued)

**Your Potentially Negative Account Activity (Continued)**

---

### RESURGENT/LVNV FUNDING Partial Acct #  ██████████

PO BOX 1269 GREENVILLE SC 29602; (866) 464 1183

**Status (Sep 2024)** Collection account.
$10,108 past due as of Dec 2024.

| | |
|---|---|
| **Date opened** Sep 2024 | **Terms** 1 Months |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Original Creditor** NAVY FEDERAL CREDIT UNION | **Credit limit or original amount** $10,108 |
| **Type** Debt Buyer | **High Balance** Not reported |
| **Responsibility** Individual | |

**Recent Balance**
$10,108 as of Dec 2024

This account is scheduled to continue on record until Jul 2030.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Payment history:** Dec 2024 - Dec 2024

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | | | | | | | | | | | C |

---

### US BANK Partial Acct #  ██████████

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off.
$14,235 written off. $16,587 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Aug 2020 | **Terms** Not reported |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Credit Card | **Credit limit or original amount** $15,000 |
| **Responsibility** Individual | **High Balance** $16,587 |

**Recent Balance**
$16,587 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Dec 2024.

**Payment history:** Aug 2020 - Nov 2024



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

### Comment History

Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 | $10,587 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 | 12.22.22 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $288 | $282 | $276 | $290 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 | $269 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $15,000*

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

---

**USAA FEDERAL SAVINGS BK** Partial Acct # ▮▮▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Nov 2024.

| | | | |
|---|---|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months | **Recent Balance** $5,865 as of Nov 2024 | |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2030. | |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 | | |
| **Responsibility** Individual | **High Balance** Not reported | | |

Payment history: Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| **2022** | | | | | 2022 In Good Standing | | | | | | | |
| **2021** | | | | | | | | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 |
| **Date Payment Received** | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $168 | $168 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $508 | No Data | No Data | $125 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $5,949 | $6,091 | $6,073 | $6,438 | $6,399 | $6,729 | $6,688 | $7,010 | $6,985 |
| **Date Payment Received** | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 | 04.10.23 | 02.07.23 | 02.07.23 | 12.27.22 | 12.27.22 |
| **Scheduled Payment Amount** | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 |
| **Actual Amount Paid** | $170 | No Data | $400 | No Data | $344 | No Data | $336 | No Data | $168 |

*The original amount of this account was $9,050*

---

**USAA FEDERAL SAVINGS BK** Partial Acct # ▮▮▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Nov 2024.

| | | | |
|---|---|---|---|
| **Date opened** Oct 2021 | **Terms** 60 Months | **Recent Balance** $5,460 as of Nov 2024 | |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2030. | |
| **Type** Auto Loan | **Credit limit or original amount** $9,000 | This item was updated from our processing of your dispute in Mar 2022. | |
| **Responsibility** Individual | **High Balance** Not reported | | |

Payment history: Oct 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| **2022** | | | | | 2022 In Good Standing | | | | | | | |
| **2021** | | | | | | | | | | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 |
| **Date Payment Received** | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $170 | $170 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $1,217 | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $6,119 | $6,432 | $6,392 | $6,720 | $6,678 | $7,013 | $7,157 | $7,105 | $7,429 |
| **Date Payment Received** | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 | 04.07.23 | 03.02.23 | 01.10.23 | 01.10.23 | 11.03.22 |
| **Scheduled Payment Amount** | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 |
| **Actual Amount Paid** | $340 | No Data | $340 | No Data | $348 | $170 | No Data | $340 | No Data |

*The original amount of this account was $9,000*

**Dispute Results** (Continued)

 # Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # ▓▓▓▓▓▓          Status (Feb 2023) Paid, Closed/Never late.
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Unsecured | Nov 2022 | 0620859593 | | Not reported | Individual |
| Terms | Monthly payment | High Balance | $522 | | This account is scheduled |
| 3 Months | Not reported | Not reported | | | to continue on record until |
| | | | | | Feb 2033. |

| | Jan23 |
|---|---|
| Account Balance | $348 |
| Date Payment Received | 12.21.22 |
| Scheduled Payment Amount | $174 |
| Actual Amount Paid | $174 |

*The original amount of this account was $522*

---

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ▓▓▓▓▓▓▓▓          Status (Aug 2020) Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Jul 2017 | 0620859593 | | Not reported | Individual |
| Terms | Monthly payment | High Balance | $13,950 | Comment: | This account is scheduled |
| 67 Months | Not reported | Not reported | | Affected by natural or | to continue on record until |
| | | | | declared disaster. | Aug 2030. |

---

**CBNA** Partial Acct # ▓▓▓▓▓▓          Status (Sep 2022) Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | | Not reported | Authorized user |
| Terms | Monthly payment | High Balance | $20,000 | | |
| Not reported | $338 | $15,089 | | | |

---

**NAVY FEDERAL CR UNION** Partial Acct # ▓▓▓▓▓▓          Status (Mar 2022) Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | | Not reported | Individual |
| Terms | Monthly payment | High Balance | $8,026 | | This account is scheduled |
| 37 Months | Not reported | Not reported | | | to continue on record until |
| | | | | | Mar 2032. |

---

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**Who Has Viewed Your Consumer Information** (Continued)

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110                                                    **Nov 12, 2023**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Dec 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 12.19.2024 |

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 12.12.2024 | 12.02.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.09.2024 | 05.08.2024 | 05.06.2024 | 05.05.2024 | 05.01.2024 | 04.30.2024 | 04.25.2024 | 04.24.2024 | 04.21.2024 | 04.20.2024 | 04.18.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.03.2024 | 04.01.2024 | 03.30.2024 | 03.29.2024 | 03.24.2024 | 03.23.2024 | 03.19.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.03.2024 | 03.01.2024 | 02.28.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.18.2024 | 02.16.2024 | 02.14.2024 | 02.13.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.04.2024 | 02.02.2024 | 02.01.2024 | 01.30.2024 | 01.29.2024 | 01.25.2024 | 01.24.2024 | 01.20.2024 | 01.18.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 | 05.29.2024 | 05.25.2024 | 05.22.2024 | 05.18.2024 | 05.15.2024 | 05.11.2024 | 05.08.2024 | 05.04.2024 | 05.01.2024 | 04.27.2024 | 04.24.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.10.2024 | 04.06.2024 | 04.03.2024 | 03.30.2024 | 03.27.2024 | 03.23.2024 | 03.20.2024 | 03.16.2024 | 03.13.2024 | 03.09.2024 | 03.06.2024 | 03.02.2024 | 02.28.2024 | 02.24.2024 | 02.21.2024 | 02.17.2024 | 02.14.2024 | 02.10.2024 | 02.07.2024 | 02.03.2024 | 01.31.2024 | 01.27.2024 | 01.24.2024 | 01.20.2024 | 01.17.2024 | 01.13.2024 | 01.10.2024 | 01.06.2024 | 01.03.2024 | 12.30.2023 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 12.30.2023 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 | 05.09.2024 | 05.02.2024 | 04.25.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 | 02.22.2024 | 02.15.2024 | 02.08.2024 | 02.01.2024 | 01.25.2024 | 01.18.2024 | 01.11.2024 | 01.04.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 06.01.2024 | 05.17.2024 | 05.08.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.06.2024 | 03.20.2024 | 03.18.2024 | 03.13.2024 | 03.09.2024 | 03.08.2024 | 03.03.2024 | 02.27.2024 | 02.21.2024 | 02.17.2024 | 02.13.2024 | 02.10.2024 | 02.08.2024 | 01.29.2024 | 01.20.2024 | 01.19.2024 | 01.17.2024 | 01.13.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.04.2024 | 01.03.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 11.07.2024 | 11.03.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

## Dispute Results (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 10.24.2024 |

---

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 06.03.2024 | 06.02.2024 | 06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 | 05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 | 04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 | 04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 | 03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 | 03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.21.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 | 02.17.2024 | 02.16.2024 | 02.15.2024 | 02.14.2024 | 02.13.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.08.2024 | 02.07.2024 | 02.06.2024 | 02.05.2024 | 02.04.2024 | 02.03.2024 | 02.02.2024 | 02.01.2024 | 01.31.2024 | 01.30.2024 | 01.29.2024 | 01.28.2024 | 01.27.2024 | 01.26.2024 | 01.25.2024 | 01.24.2024 | 01.23.2024 | 01.22.2024 | 01.21.2024 | 01.20.2024 | 01.19.2024 | 01.18.2024 | 01.17.2024 | 01.16.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.08.2024 | 01.07.2024 | 01.06.2024 | 01.05.2024 | 01.04.2024 | 01.03.2024 | 01.02.2024 | 01.01.2024 | 12.31.2023 | 12.30.2023 |

---

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 | 05.23.2024 | 04.23.2024 | 03.23.2024 | 02.23.2024 | 01.23.2024 |

---

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 INQUIRY DATES: 02.28.2024 |

---

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 INQUIRY DATES: 02.10.2024 |

---

**PROGRESSIVE INSURANCE** PO BOX 6807 CLEVELAND OH 44101 (800) 776 4737 INQUIRY DATES: 12.30.2023 |

---

**RESURGENT CAPITAL SERVIC** PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 INQUIRY DATES: 10.09.2024 |

---

**THE GOLDMAN SACHS GROUPI** 200 WEST ST NEW YORK NY 10282 **No phone # available** INQUIRY DATES: 12.18.2024 |

---

**TRANSUNION INTERACTIVE I** 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 INQUIRY DATES: 03.18.2024 |

---

**TRANSWORLD SYSTEMS INC** 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 INQUIRY DATES: 06.04.2024 |

---

**USAA FEDERAL SAVINGS BK** PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 INQUIRY DATES: 12.01.2024 |

---

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |
| GILBRYAN BRYAN | Name ID #:5998 |

**ADDRESSES**

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |



# Dispute Results (Continued)

## Your Personal Information (Continued)

| | |
|---|---|
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

## SOCIAL SECURITY NUMBER VARIATIONS

None

## YEAR OF BIRTH

1964

## SPOUSE OR CO-APPLICANT

ALICIA

## FORMER OR CURRENT EMPLOYERS

ASSET FINDER PROS LLC; SELF EMPLOYED

THIS PAGE INTENTIONALLY LEFT BLANK

# EXHIBIT D

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0032-9597-78** for **Jan 02, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

JPMCB CARD

██████████

IF ACCOUNT WAS OPENED AS A RESULT OF IDENTITY THEFT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU CONTACT THEM DIRECTLY

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

The items that you requested to be blocked as a result of identity theft have been blocked from your personal credit report. The credit grantor that supplied the information also has been notified.

If you believe you are a victim of fraud, you may want to contact your local law enforcement agency to make an identity theft report. The identity theft report should include as many of the following elements as possible: specific dates such as when the loss or theft of personal information occurred or when the fraud(s) occurred; how you discovered or learned of the theft; any known information about the perpetrator; the names of creditors and account numbers involved in the theft; name and/or badge number of the law enforcement personnel who processed the report; the filing date and case number. You may find the following suggestions helpful:

- **Protect Yourself** First, make sure an Initial Security Alert or Extended Fraud Victim Alert is on file with all nationwide consumer credit reporting agencies. If you request an alert with us, we will share your request with the other nationwide consumer credit reporting agencies, Equifax and TransUnion.

- **Inform the Sources** Contact each source of information, including creditors and public record offices, and inform them that the account is fraudulent.
- **Document all Contacts** Make notes of everyone you spoke with; ask for names, department names, phone extensions; record the date you spoke to them.

- **Understand the Process** Each creditor may have a different process for handling a fraud claim. Make sure you understand exactly what is expected from you, and then ask what you can expect from the creditor. **At the conclusion of a dispute, ask the creditor for a document that states you are not responsible for the debt** .

- **Follow Up** Make sure everything the creditor or credit reporting agency has requested is received. It is always a good idea to place a follow up call or send a letter for confirmation.

- **Review Reports Regularly** We suggest that you routinely request new copies of your personal credit report to review.

**Dispute Results** (Continued)

- **Don't Throw Away Files** Keep all notes and correspondence in an accessible file in case they are needed in the future.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Credit items

U S BANK [REDACTED] Outcome: Updated - Information on this item has been updated. Please review your report for the details.

BARCLAYS BANK DELAWARE [REDACTED] Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

JPMCB CARD [REDACTED] Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

NAVY FEDERAL CR UNION [REDACTED] Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

DISCOVER BANK [REDACTED] Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

## Record of requests for your credit history

DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
BARCLAYS BANK DELAWARE [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
BARCLAYS BANK DELAWARE [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
US BANK - RECOVERY [REDACTED] Outcome: Deleted
BARCLAYS BANK DELAWARE [REDACTED] Outcome: Deleted
U.S. BANK [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
DISCOVER FINANCIAL SVCS [REDACTED] Outcome: Deleted
BARCLAYS BANK DELAWARE [REDACTED] Outcome: Deleted

## Dispute Results (Continued)

DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
BARCLAYS BANK DELAWARE ███████ Outcome: Deleted
BARCLAYS BANK DELAWARE ███████ Outcome: Deleted
BARCLAYS BANK DELAWARE ███████ Outcome: Deleted
BARCLAYS BANK DELAWARE ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
BARCLAYS BANK DELAWARE ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
BARCLAYS BANK DELAWARE ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted
DISCOVER FINANCIAL SVCS ███████ Outcome: Deleted

## Personal information

**Name Updated Before Dispute** GIL BRYAN **After Dispute** GILBERT BRYAN
**Name Updated Before Dispute** GIL BRYAN **After Dispute** GILBERT BRYAN
**Social Security Number Updated After Dispute** ███████
**Name Updated Before Dispute** GIL BRYAN BRYAN **After Dispute** GILBERT BRYAN

## Before Dispute

| **US BANK** Partial Acct #  | **Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Nov 2024. |

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

| Date opened | Aug 2020 | Terms | Not reported | Recent Balance | $16,587 as of Nov 2024 |
|---|---|---|---|---|---|

**Date opened**
Aug 2020

**Address ID #**
0620859593

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$15,000

**High Balance**
$16,587

**Recent Balance**
$16,587 as of Nov 2024
This account is scheduled to continue on record until May 2030.

**Comment:**
Account closed at credit grantor's request.

**Payment history:** Aug 2020 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| **2022** | 2022 In Good Standing | | | | | | | | | | | |
| **2021** | 2021 In Good Standing | | | | | | | | | | | |
| **2020** | | | | | | | | OK | OK | OK | OK | OK |

### Comment History

Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

# Dispute Results (Continued)

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 | $10,587 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 | 12.22.22 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $282 | $288 | $276 | $290 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 | $269 |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $15,000*

## After Dispute

**US BANK** Partial Acct # ▮▮▮▮▮▮▮
PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Nov 2024.

**Date opened**
Aug 2020

**Address ID #**
0620859593

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$15,000

**High Balance**
$16,587

**Recent Balance**
$16,587 as of Nov 2024
This account is scheduled to continue on record until May 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Dec 2024.

**Payment history:** Aug 2020 - Nov 2024



### Comment History
Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $282 | $288 | $276 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 |

*Between Jan 2023 and Oct 2024, your credit limit/high balance was $15,000*

## Before Dispute

# Dispute Results (Continued)

## JPMCB CARD Partial Acct #  ██████████

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Jul 2021 | |
| **Address ID #** 0055025770 | |
| **Type** Credit Card | |
| **Responsibility** Individual | |

| | |
|---|---|
| **Terms** Not reported | |
| **Monthly payment** Not reported | |
| **Credit limit or original amount** $16,600 | |
| **High Balance** $19,847 | |

**Recent Balance**
$19,847 as of Nov 2024
This account is scheduled to continue on record until Apr 2030.
**Comment:**
**Account closed at credit grantor's request.**

This item was updated from our processing of your dispute in Nov 2024.

### Payment history: Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| **2022** | 2022 In Good Standing | | | | | | | | | | | |
| **2021** | | | | | | | | OK | OK | OK | OK | OK |

### Comment History

Account closed at credit grantor's request.| Oct 2024
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 | $643 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 | $16,464 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 | 12.23.22 |
| Scheduled Payment Amount | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 | $539 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2022 and Oct 2024, your credit limit/high balance was $16,600*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

Case 5:25-cv-00885-DNH Document 28-25 Filed 02/24/06 Page 56 of 118
Case 5:25-cv-00885-DNH Document 28-25 Filed 02/24/06 Page 56 of 118
0010762223
GILBERT BRYAN Report # 0032-9597-78 for 01/02/2025
page 5 of 10

# Dispute Results (Continued)

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# ⚠️ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**JPMCB CARD** Partial Acct # ███████████

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Nov 2024.

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$16,600

**High Balance**
$19,847

**Recent Balance**
$19,847 as of Nov 2024

This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item remained unchanged from our processing of your dispute in Jan 2025.

**Payment history:** Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

## Comment History

Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 | $643 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 |
| Scheduled Payment Amount | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jan 2023 and Oct 2024, your credit limit/high balance was $16,600*

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)



**US BANK** Partial Acct # ▮▮▮▮▮▮▮▮▮▮

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Nov 2024.

| | |
|---|---|
| **Date opened**<br>Aug 2020 | **Terms**<br>Not reported |
| **Address ID #**<br>0620859593 | **Monthly payment**<br>Not reported |
| **Type**<br>Credit Card | **Credit limit or original amount**<br>$15,000 |
| **Responsibility**<br>Individual | **High Balance**<br>$16,587 |

**Recent Balance**
$16,587 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Dec 2024.

**Payment history:** Aug 2020 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| **2022** | | | | | 2022 In Good Standing | | | | | | | |
| **2021** | | | | | 2021 In Good Standing | | | | | | | |
| **2020** | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|
| Account Balance | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 |
| Date Payment Received | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 |
| Scheduled Payment Amount | $387 | $371 | $351 | $341 | $282 | $288 | $276 |
| Actual Amount Paid | $371 | $351 | $341 | $282 | $288 | $276 | $290 |

*Between Jan 2023 and Oct 2024, your credit limit/high balance was $15,000*

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**BK OF AMER** PO BOX 982238 EL PASO TX 79998 (800) 421 2110      **Nov 12, 2023**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Dec 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

ⓘ Soft inquiries DO NOT impact your credit score.

**AFFIRM** 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

## Who Has Viewed Your Consumer Information (Continued)

---

**AMERICAN EXPRESS 2** PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 12.19.2024 |

---

**CONSUMERINFO.COM** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.12.2024 | 12.02.2024 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 |
12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 |
12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.14.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 |
11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 |
10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 |
09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 |
07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 | 05.18.2024 |
05.17.2024 | 05.16.2024 | 05.09.2024 | 05.08.2024 | 05.06.2024 | 05.05.2024 | 05.01.2024 | 04.30.2024 | 04.25.2024 | 04.24.2024 | 04.21.2024 | 04.20.2024 | 04.18.2024 | 04.14.2024 | 04.13.2024 |
04.12.2024 | 04.11.2024 | 04.10.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.03.2024 | 04.01.2024 | 03.30.2024 | 03.29.2024 | 03.24.2024 | 03.23.2024 | 03.19.2024 | 03.16.2024 | 03.15.2024 |
03.14.2024 | 03.13.2024 | 03.12.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.03.2024 | 03.01.2024 | 02.28.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.18.2024 | 02.16.2024 | 02.14.2024 |
02.13.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.04.2024 | 02.02.2024 | 02.01.2024 | 01.30.2024 | 01.29.2024 | 01.25.2024 | 01.24.2024 | 01.20.2024 | 01.18.2024 | 01.15.2024 | 01.14.2024 |
01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 12.14.2024 | 12.11.2024 | 12.07.2024 |
12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 |
10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 |
08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 |
06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 | 05.29.2024 | 05.25.2024 | 05.22.2024 | 05.18.2024 | 05.15.2024 | 05.11.2024 | 05.08.2024 | 05.04.2024 |
05.01.2024 | 04.27.2024 | 04.24.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.10.2024 | 04.06.2024 | 04.03.2024 | 03.30.2024 | 03.27.2024 | 03.23.2024 | 03.20.2024 | 03.16.2024 | 03.13.2024 |
03.09.2024 | 03.06.2024 | 03.02.2024 | 02.28.2024 | 02.24.2024 | 02.21.2024 | 02.17.2024 | 02.14.2024 | 02.10.2024 | 02.07.2024 | 02.03.2024 | 01.31.2024 | 01.27.2024 | 01.24.2024 | 01.20.2024 |
01.17.2024 | 01.13.2024 | 01.10.2024 | 01.06.2024 | 01.03.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 |
12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 |
09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 |
06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 | 05.09.2024 | 05.02.2024 | 04.25.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 |
02.22.2024 | 02.15.2024 | 02.08.2024 | 02.01.2024 | 01.25.2024 | 01.18.2024 | 01.11.2024 | 01.04.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 |
10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 06.01.2024 | 05.17.2024 | 05.08.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.06.2024 | 03.20.2024 |
03.18.2024 | 03.13.2024 | 03.09.2024 | 03.08.2024 | 03.03.2024 | 02.27.2024 | 02.21.2024 | 02.17.2024 | 02.13.2024 | 02.10.2024 | 02.08.2024 | 01.29.2024 | 01.20.2024 | 01.19.2024 | 01.17.2024 |
01.13.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.04.2024 | 01.03.2024 |

---

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 11.07.2024 | 11.03.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 06.03.2024 | 06.02.2024 |
06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 |
05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 |
05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 |
04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 |
04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 |
03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 |
03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.21.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 |
02.17.2024 | 02.16.2024 | 02.15.2024 | 02.14.2024 | 02.13.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.08.2024 | 02.07.2024 | 02.06.2024 | 02.05.2024 | 02.04.2024 | 02.03.2024 |
02.02.2024 | 02.01.2024 | 01.31.2024 | 01.30.2024 | 01.29.2024 | 01.28.2024 | 01.27.2024 | 01.26.2024 | 01.25.2024 | 01.24.2024 | 01.23.2024 | 01.22.2024 | 01.21.2024 | 01.20.2024 | 01.19.2024 |
01.18.2024 | 01.17.2024 | 01.16.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.08.2024 | 01.07.2024 | 01.06.2024 | 01.05.2024 | 01.04.2024 |
01.03.2024 | 01.02.2024 |

---

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.23.2024 | 11.23.2024 |
10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 | 05.23.2024 | 04.23.2024 | 03.23.2024 | 02.23.2024 | 01.23.2024 |

---

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.28.2024 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.10.2024 |

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 **INQUIRY DATES:** 10.09.2024 |

THE GOLDMAN SACHS GROUPI 200 WEST ST NEW YORK NY 10282 **No phone # available INQUIRY DATES:** 12.18.2024 |

TRANSUNION INTERACTIVE I 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 **INQUIRY DATES:** 03.18.2024 |

TRANSWORLD SYSTEMS INC 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 **INQUIRY DATES:** 06.04.2024 |

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 12.01.2024 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |
| GILBRYAN BRYAN | Name ID #:5998 |

**ADDRESSES**

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |

**Dispute Results** (Continued)

**Your Personal Information** (Continued)

| | |
|---|---|
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1964

**SPOUSE OR CO-APPLICANT**

ALICIA

**FORMER OR CURRENT EMPLOYERS**

ASSET FINDER PROS LLC; SELF EMPLOYED

# EXHIBIT E

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **2226-8401-48** for **Jan 06, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Credit items

**DISCOVER BANK** ███████████ **Outcome: Updated - Information on this item has been updated. Please review your report for the details.**

**After Dispute**



**DISCOVER BANK** Partial Acct # ▬▬▬▬▬▬

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off. $9,908 written off. $9,908 past due as of Nov 2024.

**Date opened**
Mar 2018

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$8,000

**High Balance**
$9,923

**Recent Balance**
$9,908 as of Nov 2024
This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in Jan 2025.

Payment history: Mar 2018 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | | | | 2022 In Good Standing | | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | | | | 2020 In Good Standing | | | | | | | | |
| 2019 | | | | 2019 In Good Standing | | | | | | | | |
| 2018 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 | $266 | $254 | $485 | $240 | $240 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,197 | $7,266 | $7,410 | $7,097 | $7,006 | $4,544 | $3,799 | $3,244 |
| Date Payment Received | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 | 04.11.23 | 03.12.23 | 02.12.23 | 01.11.23 |
| Scheduled Payment Amount | $241 | $213 | $218 | $209 | $206 | $134 | $112 | $96 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jan 2023 and Oct 2024, your credit limit/high balance was $8,000*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |





# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

## DISCOVER BANK Partial Acct #

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off. $9,908 written off. $9,908 past due as of Nov 2024.

**Date opened**
Mar 2018

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or
original amount**
$8,000

**High Balance**
$9,923

**Recent Balance**
$9,908 as of Nov 2024

This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in Jan 2025.

**Payment history:** Mar 2018 - Nov 2024



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | 2020 In Good Standing | | | | | | | | | | | |
| 2019 | 2019 In Good Standing | | | | | | | | | | | |
| 2018 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 | $266 | $254 | $485 | $240 | $240 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,197 | $7,266 | $7,410 | $7,097 | $7,006 | $4,544 | $3,799 | $3,244 |
| Date Payment Received | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 | 04.11.23 | 03.12.23 | 02.12.23 | 01.11.23 |
| Scheduled Payment Amount | $241 | $213 | $218 | $209 | $206 | $134 | $112 | $96 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jan 2023 and Oct 2024, your credit limit/high balance was $8,000*

---

## JPMCB CARD Partial Acct #

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Dec 2024.

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or
original amount**
$16,600

**High Balance**
$19,847

**Recent Balance**
$19,847 as of Dec 2024

This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item remained unchanged from our processing of your dispute in Jan 2025.

**Payment history:** Aug 2021 - Dec 2024



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| Nov 2024
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

## Your Potentially Negative Account Activity (Continued)

| | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $668 | $677 | $675 | $645 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Sep23 | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $17,945 | $17,481 | $16,933 | $16,380 | $16,349 | $16,502 | $16,398 | $16,483 | $16,479 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 | 04.23.23 | 03.23.23 | 02.23.23 | 01.23.23 |
| Scheduled Payment Amount | $643 | $627 | $580 | $557 | $545 | $555 | $515 | $552 | $549 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jan 2023 and Nov 2024, your credit limit/high balance was $16,600*

---

### RESURGENT/LVNV FUNDING Partial Acct #  ▮▮▮▮▮▮▮▮
PO BOX 1269 GREENVILLE SC 29602; (866) 464 1183

**Status (Sep 2024)** Collection account.
$6,512 past due as of Dec 2024.

| | |
|---|---|
| **Date opened** Sep 2024 | **Terms** 1 Months |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Original Creditor** NAVY FEDERAL CREDIT UNION | **Credit limit or original amount** $6,512 |
| **Type** Debt Buyer | **High Balance** Not reported |
| **Responsibility** Individual | |

**Recent Balance**
$6,512 as of Dec 2024

This account is scheduled to continue on record until Jul 2030.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Payment history: Dec 2024 - Dec 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | | | | | | | | | | | | C |

---

### RESURGENT/LVNV FUNDING Partial Acct #  ▮▮▮▮▮▮▮▮
PO BOX 1269 GREENVILLE SC 29602; (866) 464 1183

**Status (Sep 2024)** Collection account.
$10,108 past due as of Dec 2024.

| | |
|---|---|
| **Date opened** Sep 2024 | **Terms** 1 Months |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Original Creditor** NAVY FEDERAL CREDIT UNION | **Credit limit or original amount** $10,108 |
| **Type** Debt Buyer | **High Balance** Not reported |
| **Responsibility** Individual | |

**Recent Balance**
$10,108 as of Dec 2024

This account is scheduled to continue on record until Jul 2030.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Payment history: Dec 2024 - Dec 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | | | | | | | | | | | | C |

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

---

**US BANK** Partial Acct # ▓▓▓▓▓▓▓

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Aug 2020 | **Terms** Not reported |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Credit Card | **Credit limit or original amount** $15,000 |
| **Responsibility** Individual | **High Balance** $16,587 |

**Recent Balance** $16,587 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Comment:** Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Dec 2024.

**Payment history:** Aug 2020 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| **2022** | 2022 In Good Standing | | | | | | | | | | | |
| **2021** | 2021 In Good Standing | | | | | | | | | | | |
| **2020** | | | | | | | | OK | OK | OK | OK | OK |

#### Comment History
Account closed at credit grantor's request.| Oct 2024 - Feb 2024| Dec 2023 - Oct 2023

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 |
| **Date Payment Received** | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $471 | $483 | $460 | $460 | $400 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $387 |

| | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|
| **Account Balance** | $14,334 | $14,206 | $12,668 | $12,675 | $10,966 | $10,845 | $10,636 |
| **Date Payment Received** | 07.24.23 | 06.22.23 | 05.22.23 | 04.24.23 | 03.22.23 | 02.22.23 | 01.23.23 |
| **Scheduled Payment Amount** | $387 | $371 | $351 | $341 | $282 | $288 | $276 |
| **Actual Amount Paid** | $371 | $351 | $341 | $282 | $288 | $276 | $290 |

*Between Jan 2023 and Oct 2024, your credit limit/high balance was $15,000*

---

**USAA FEDERAL SAVINGS BK** Partial Acct # ▓▓▓▓▓▓

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Nov 2024.

| | |
|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $5,865 as of Nov 2024

This account is scheduled to continue on record until May 2030.

**Payment history:** Aug 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| **2023** | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| **2022** | 2022 In Good Standing | | | | | | | | | | | |
| **2021** | | | | | | | | OK | OK | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 |
| **Date Payment Received** | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $168 | $168 | |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $508 | No Data | No Data | $125 |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $5,949 | $6,091 | $6,073 | $6,438 | $6,399 | $6,729 | $6,688 | $7,010 |
| **Date Payment Received** | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 | 02.07.23 | 02.07.23 | 02.07.23 | 12.27.22 |
| **Scheduled Payment Amount** | $168 | $168 | $168 | $168 | $168 | $168 | $168 | $168 |
| **Actual Amount Paid** | $170 | No Data | $400 | No Data | $344 | No Data | $336 | No Data |

*The original amount of this account was $9,050*

**Dispute Results** (Continued)

**Your Potentially Negative Account Activity (Continued)**

---

### USAA FEDERAL SAVINGS BK Partial Acct # ▇▇▇▇▇

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Nov 2024.

| | | |
|---|---|---|
| **Date opened** Oct 2021 | **Terms** 60 Months | **Recent Balance** $5,460 as of Nov 2024 |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2030. |
| **Type** Auto Loan | **Credit limit or original amount** $9,000 | This item was updated from our processing of your dispute in Mar 2022. |
| **Responsibility** Individual | **High Balance** Not reported | |

Payment history: Oct 2021 - Nov 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | OK | OK | OK |

| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $170 | $170 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $1,217 | No Data | No Data | No Data | No Data |

| | Aug23 | Jul23 | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $6,119 | $6,432 | $6,392 | $6,720 | $6,678 | $7,013 | $7,157 | $7,105 |
| Date Payment Received | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 | 04.07.23 | 03.02.23 | 01.10.23 | 01.10.23 |
| Scheduled Payment Amount | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 |
| Actual Amount Paid | $340 | No Data | $340 | No Data | $348 | $170 | No Data | $340 |

*The original amount of this account was $9,000*

---

 # Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

### AFFIRM INC Partial Acct # ▇▇▇▇▇

650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (Feb 2023)** Paid, Closed/Never late.

| | | | |
|---|---|---|---|
| **Type** Unsecured | **Date opened** Nov 2022 | **Address ID #** 0620859593 | **Credit limit or original amount** $522 | **Recent Balance** Not reported | **Responsibility** Individual |
| **Terms** 3 Months | **Monthly payment** Not reported | **High Balance** Not reported | | | This account is scheduled to continue on record until Feb 2033. |

| | Jan23 |
|---|---|
| Account Balance | $348 |
| Date Payment Received | 12.21.22 |
| Scheduled Payment Amount | $174 |
| Actual Amount Paid | $174 |

*The original amount of this account was $522*

**Your Positive Account Activity (Continued)**

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ████████████      **Status (Aug 2020)** Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Jul 2017 | 0620859593 | $13,950 | Not reported | Individual |
| Terms | Monthly payment | High Balance | | Comment: | This account is scheduled |
| 67 Months | Not reported | Not reported | | Affected by natural or | to continue on record until |
| | | | | declared disaster. | Aug 2030. |

**CBNA** Partial Acct # ████████████      **Status (Sep 2022)** Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| Terms | Monthly payment | High Balance | | | |
| Not reported | $338 | $15,089 | | | |

**NAVY FEDERAL CR UNION** Partial Acct # ████████████      **Status (Mar 2022)** Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| Terms | Monthly payment | High Balance | Recent payment | Comment | This account is scheduled |
| 37 Months | Not reported | Not reported | $4,198 as of 03/01/2022 | Completed investigation of | to continue on record until |
| | | | | FCRA dispute - consumer | Mar 2032. |
| | | | | disagrees. | |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110      **Nov 12, 2023**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Dec 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 12.19.2024 |

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 12.12.2024 | 12.02.2024 |

# Dispute Results (Continued)

## Who Has Viewed Your Consumer Information (Continued)

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 01.06.2025 | 01.05.2025 | 01.04.2025 | 01.03.2025 | 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.09.2024 | 05.08.2024 | 05.06.2024 | 05.05.2024 | 05.01.2024 | 04.30.2024 | 04.25.2024 | 04.24.2024 | 04.21.2024 | 04.20.2024 | 04.18.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.03.2024 | 04.01.2024 | 03.30.2024 | 03.29.2024 | 03.24.2024 | 03.23.2024 | 03.19.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.03.2024 | 03.01.2024 | 02.28.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.18.2024 | 02.16.2024 | 02.14.2024 | 02.13.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.05.2024 | 02.02.2024 | 02.01.2024 | 01.30.2024 | 01.29.2024 | 01.25.2024 | 01.24.2024 | 01.20.2024 | 01.18.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 | 05.29.2024 | 05.25.2024 | 05.22.2024 | 05.18.2024 | 05.15.2024 | 05.11.2024 | 05.08.2024 | 05.04.2024 | 05.01.2024 | 04.27.2024 | 04.24.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.10.2024 | 04.06.2024 | 04.03.2024 | 03.30.2024 | 03.27.2024 | 03.23.2024 | 03.20.2024 | 03.16.2024 | 03.13.2024 | 03.09.2024 | 03.06.2024 | 03.02.2024 | 02.28.2024 | 02.24.2024 | 02.21.2024 | 02.17.2024 | 02.14.2024 | 02.10.2024 | 02.07.2024 | 02.03.2024 | 01.31.2024 | 01.27.2024 | 01.24.2024 | 01.20.2024 | 01.17.2024 | 01.13.2024 | 01.10.2024 | 01.06.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 | 05.09.2024 | 05.02.2024 | 04.25.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 | 02.22.2024 | 02.15.2024 | 02.08.2024 | 02.01.2024 | 01.25.2024 | 01.18.2024 | 01.11.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 05.17.2024 | 05.08.2024 | 04.20.2024 | 04.17.2024 | 04.13.2024 | 04.06.2024 | 03.20.2024 | 03.18.2024 | 03.13.2024 | 03.09.2024 | 03.08.2024 | 03.03.2024 | 02.27.2024 | 02.21.2024 | 02.17.2024 | 02.13.2024 | 02.10.2024 | 02.08.2024 | 01.29.2024 | 01.20.2024 | 01.19.2024 | 01.17.2024 | 01.13.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 11.07.2024 | 11.03.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 06.03.2024 | 06.02.2024 | 06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 | 05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 | 04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 | 04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 | 03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 | 03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.22.2024 | 02.21.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 | 02.17.2024 | 02.16.2024 | 02.15.2024 | 02.14.2024 | 02.13.2024 | 02.12.2024 | 02.11.2024 | 02.10.2024 | 02.09.2024 | 02.08.2024 | 02.07.2024 | 02.06.2024 | 02.05.2024 | 02.04.2024 | 02.03.2024 | 02.02.2024 | 02.01.2024 | 01.31.2024 | 01.30.2024 | 01.29.2024 | 01.28.2024 | 01.27.2024 | 01.26.2024 | 01.25.2024 | 01.24.2024 | 01.23.2024 | 01.22.2024 | 01.21.2024 | 01.20.2024 | 01.19.2024 | 01.18.2024 | 01.17.2024 | 01.16.2024 | 01.15.2024 | 01.14.2024 | 01.13.2024 | 01.12.2024 | 01.11.2024 | 01.10.2024 | 01.09.2024 | 01.08.2024 | 01.07.2024 | 01.06.2024 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 | 05.23.2024 | 04.23.2024 | 03.23.2024 | 02.23.2024 | 01.23.2024 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.28.2024 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 02.10.2024 |

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 **INQUIRY DATES:** 10.09.2024 |

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

THE GOLDMAN SACHS GROUP I 200 WEST ST NEW YORK NY 10282 **No phone # available** **INQUIRY DATES:** 12.18.2024 |

TRANSUNION INTERACTIVE I 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 **INQUIRY DATES:** 03.18.2024 |

TRANSWORLD SYSTEMS INC 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 **INQUIRY DATES:** 06.04.2024 |

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 12.01.2024 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |
| GILBRYAN BRYAN | Name ID #:5998 |

## ADDRESSES

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

**Dispute Results** (Continued)

**Your Personal Information** (Continued)

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1964

**SPOUSE OR CO-APPLICANT**

ALICIA

**FORMER OR CURRENT EMPLOYERS**

ASSET FINDER PROS LLC; SELF EMPLOYED

# EXHIBIT F

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **3742-0661-20** for **May 29, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

Any account included in a bankruptcy remains on the personal credit report for a maximum of seven years from the date the bankruptcy was either filed or discharged.

The bankruptcy itself, listed in the public record information section of the credit report, remains for seven years from the filing date if it was a Chapter 13, or 10 years from the filing date if it was a Chapter 7, 11 or 12.

As a national consumer credit reporting agency, we collect and store information from credit grantors and information available in public records, following the guidelines in the Fair Credit Reporting Act.

When you use credit, a record of your payment history is stored along with the respective account. The monthly payments leading up to a bankruptcy discharge tells that account's history. Unless the history is inaccurate, it cannot be deleted. Accounts included in a bankruptcy (other than those under Chapter 13) will no longer indicate that a balance is owed.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

Here are your results

Credit items

# Dispute Results (Continued)

**U S BANK** ▇▇▇▇ Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**USAA FEDERAL SAVINGS B** ▇▇▇▇ Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**USAA FEDERAL SAVINGS B** ▇▇▇▇ Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**DISCOVERC** ▇▇▇▇ Outcome: Verified and Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

## Before Dispute

**US BANK** Partial Acct # ▇▇▇▇

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** | Aug 2020 |
| **Address ID #** | 0620859593 |
| **Type** | Credit Card |
| **Responsibility** | Individual |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |
| **Credit limit or original amount** | $15,000 |
| **High Balance** | $16,587 |
| **Recent Balance** | $16,587 as of Apr 2025 This account is scheduled to continue on record until May 2030. |
| **Comment:** | Account closed at credit grantor's request. This item was updated from our processing of your dispute in Dec 2024. |

Payment history: Aug 2020 - Apr 2025



**Comment History**
Account closed at credit grantor's request.| Mar 2025 - Feb 2024| Dec 2023 - Oct 2023

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 | $14,206 | $12,668 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 07.24.23 | 06.22.23 | 05.22.23 |
| Scheduled Payment Amount | $471 | $483 | $460 | $400 | $387 | $371 | $351 | |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $387 | $371 | $351 | $341 |

*Between May 2023 and Mar 2025, your credit limit/high balance was $15,000*

## Before Dispute

# Dispute Results (Continued)

## USAA FEDERAL SAVINGS BK Partial Acct # ▉
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** Oct 2021 | |
| **Address ID #** 0620859593 | |
| **Type** Auto Loan | |
| **Responsibility** Individual | |

**Terms** 60 Months
**Monthly payment** Not reported
**Credit limit or original amount** $9,000
**High Balance** Not reported

**Recent Balance** $5,460 as of Apr 2025
This account is scheduled to continue on record until May 2030.

This item was updated from our processing of your dispute in Mar 2022.

**Payment history: Dec 2021 - Apr 2025**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | OK |

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 | $6,119 | $6,432 | $6,392 | $6,720 |
| Date Payment Received | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 |
| Scheduled Payment Amount | No Data | No Data | $170 | $170 | $170 | $170 | $170 | $170 | |
| Actual Amount Paid | $1,217 | No Data | No Data | No Data | No Data | $340 | No Data | $340 | No Data |

The original amount of this account was $9,000

## Before Dispute

## USAA FEDERAL SAVINGS BK Partial Acct # ▉
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Apr 2025.

**Date opened** Aug 2021
**Address ID #** 0620859593
**Type** Auto Loan
**Responsibility** Individual

**Terms** 60 Months
**Monthly payment** Not reported
**Credit limit or original amount** $9,050
**High Balance** Not reported

**Recent Balance** $5,865 as of Apr 2025
This account is scheduled to continue on record until May 2030.

**Payment history: Aug 2021 - Apr 2025**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | OK | OK | OK | OK | OK |

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 | $5,949 | $6,091 | $6,073 | $6,438 |
| Date Payment Received | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | $168 | $168 | $168 | $168 | $168 | |
| Actual Amount Paid | No Data | $508 | No Data | $125 | $170 | No Data | $400 | No Data | |

The original amount of this account was $9,050

## Before Dispute

0010762223    GILBERT BRYAN Report # 3742-0661-20 for 05/29/2025    page 3 of 12

## DISCOVER BANK Partial Acct #  ▮▮▮▮▮▮▮▮
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off.
$9,908 written off. $9,908 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** Mar 2018 | **Terms** Not reported |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $8,000 |
| **Responsibility** Individual | **High Balance** $9,923 |

**Recent Balance**
$9,908 as of Apr 2025
This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in Jan 2025.

**Payment history:** May 2018 - Apr 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | | | | | 2022 In Good Standing | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | | | | | 2020 In Good Standing | | | | | | | |
| 2019 | | | | | 2019 In Good Standing | | | | | | | |
| 2018 | | | | | | OK | OK | OK | OK | OK | OK | OK |

| | Feb25 | Jan25 | Jan25 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 | $8,882 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 | $266 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,631 | $8,393 | $8,165 | $8,192 | $8,197 | $7,266 | $7,410 | $7,097 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 |
| Scheduled Payment Amount | $254 | $485 | $240 | $240 | $241 | $213 | $218 | $209 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between May 2023 and Feb 2025, your credit limit/high balance was $8,000*

## After Dispute

## DISCOVER CARD Partial Acct #  ▮▮▮▮▮▮▮▮
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off.
$9,908 written off. $9,907 past due as of May 2025.

| | |
|---|---|
| **Date opened** Mar 2018 | **Terms** Not reported |
| **Address ID #** 0055025770 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $8,000 |
| **Responsibility** Individual | **High Balance** $9,923 |

**Recent Balance**
$9,907 as of May 2025
This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in May 2025.

**Payment history:** Jun 2018 - May 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | | | | | | | |
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | | | | | 2022 In Good Standing | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | | | | | 2020 In Good Standing | | | | | | | |
| 2019 | | | | | 2019 In Good Standing | | | | | | | |
| 2018 | | | | | | OK | OK | OK | OK | OK | OK | OK |

| | Apr25 | Feb25 | Jan25 | Jan25 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 | $8,197 | $7,266 | $7,410 | $7,097 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 |
| Scheduled Payment Amount | $266 | $254 | $485 | $240 | $240 | $241 | $213 | $218 | $209 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

**Dispute Results** (Continued)

*Between May 2023 and Apr 2025, your credit limit/high balance was $8,000*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend



| | | | |
|---|---|---|---|
| OK Current / Terms met | 150 Past due 150 Days | VS Voluntarily surrendered | D Defaulted on contract |
| 30 Past due 30 Days | 180 Past due 180 Days | R Repossession | C Collection |
| 60 Past due 60 Days | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| 90 Past due 90 Days | FS Foreclosure proceedings started | IC Insurance claim | CLS Closed |
| 120 Past due 120 Days | F Foreclosure | G Claim filed with government | ND No data for this period |

#  Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.



**DISCOVER CARD** Partial Acct # ▬▬▬▬▬▬

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status** (Jun 2024) Account charged off. $9,908 written off. $9,907 past due as of May 2025.

| **Date opened** | **Terms** | **Recent Balance** | Payment history: Jun 2018 - May 2025 |
|---|---|---|---|
| Mar 2018 | Not reported | $9,907 as of May 2025 | |

**Address ID #**
0055025770

**Monthly payment**
Not reported

This account is scheduled to continue on record until Aug 2030.

**Type**
Credit card

**Credit limit or original amount**
$8,000

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

**Responsibility**
Individual

**High Balance**
$9,923

This item was updated from our processing of your dispute in May 2025.

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | | | | | | | |
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | 2020 In Good Standing | | | | | | | | | | | |
| 2019 | 2019 In Good Standing | | | | | | | | | | | |
| 2018 | | | | | | OK | OK | OK | OK | OK | OK | OK |

## Your Potentially Negative Account Activity (Continued)

| | Apr25 | Feb25 | Jan25 | Jan25 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 | $8,197 | $7,266 | $7,410 | $7,097 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 | 08.22.23 | 08.11.23 | 07.11.23 | 06.11.23 | 05.11.23 |
| Scheduled Payment Amount | $266 | $254 | $485 | $240 | $240 | $241 | $213 | $218 | $209 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between May 2023 and Apr 2025, your credit limit/high balance was $8,000*

---

**JPMCB CARD** Partial Acct # ████████████

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of May 2025.

| | |
|---|---|
| **Date opened** | **Terms** | **Recent Balance** |
| Jul 2021 | Not reported | $19,847 as of May 2025 |

**Date opened**
Jul 2021

**Address ID #**
0055025770

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$16,600

**High Balance**
$19,847

**Recent Balance**
$19,847 as of May 2025

This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Mar 2025.

**Payment history:** Aug 2021 - May 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | | | | | | | |
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 | $16,380 | $16,349 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 05.23.23 |
| Scheduled Payment Amount | $668 | $677 | $675 | $645 | $643 | $627 | $580 | $557 | $545 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between May 2023 and Mar 2025, your credit limit/high balance was $16,600*

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

---

**RESURGENT/LVNV FUNDING** Partial Acct # █████████

**Status (Sep 2024)** Collection account.
$13,403 past due as of May 2025.

PO BOX 1269 GREENVILLE SC 29602; (866) 464 1183

| Date opened | Terms | Recent Balance |
|---|---|---|
| Sep 2024 | 1 Month | $13,403 as of May 2025 |
| **Address ID #** | **Monthly payment** | This account is scheduled |
| 0055025770 | Not reported | to continue on record until |
| **Original Creditor** | **Credit limit or** | Jun 2030. |
| NAVY FEDERAL | **original amount** | **Comment** |
| CREDIT UNION | $13,403 | Account information |
| **Type** | **High Balance** | disputed by consumer |
| Debt Buyer | Not reported | (Meets requirement of the |
| **Responsibility** | | Fair Credit Reporting Act). |
| Individual | | |

Payment history: Apr 2025 - May 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | C | C | | | | | | | |

| | Apr25 |
|---|---|
| Account Balance | $13,403 |
| Date Payment Received | No Data |
| Scheduled Payment Amount | No Data |
| Actual Amount Paid | No Data |

*The original amount of this account was $13,403*

---

**US BANK** Partial Acct # █████████

**Status (Feb 2024)** Account charged off.
$14,235 written off. $16,587 past due as of Apr 2025.

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

| Date opened | Terms | Recent Balance |
|---|---|---|
| Aug 2020 | Not reported | $16,587 as of Apr 2025 |
| **Address ID #** | **Monthly payment** | This account is scheduled |
| 0620859593 | Not reported | to continue on record until |
| **Type** | **Credit limit or** | May 2030. |
| Credit Card | **original amount** | **Comment:** |
| **Responsibility** | $15,000 | Account closed at credit |
| Individual | **High Balance** | grantor's request. |
| | $16,587 | This item remained |
| | | unchanged from our |
| | | processing of your |
| | | dispute in May 2025. |

Payment history: Aug 2020 - Apr 2025



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**

Account closed at credit grantor's request.| Mar 2025 - Feb 2024| Dec 2023 - Oct 2023

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 | $14,206 | $12,668 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 07.24.23 | 06.22.23 | 05.22.23 |
| Scheduled Payment Amount | $471 | $483 | $460 | $460 | $400 | $387 | $371 | $351 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $387 | $371 | $351 | $341 |

*Between May 2023 and Mar 2025, your credit limit/high balance was $15,000*

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

### USAA FEDERAL SAVINGS BK Partial Acct #
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $5,865 as of Apr 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history: Aug 2021 - Apr 2025**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,886 | $5,865 | $5,865 | $5,949 | $6,091 | $6,073 | $6,438 |
| Date Payment Received | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 | 08.08.23 | 06.25.23 | 06.25.23 | 04.10.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | $168 | $168 | $168 | $168 | $168 | $168 |
| Actual Amount Paid | No Data | $508 | No Data | No Data | $125 | $170 | No Data | $400 | No Data |

The original amount of this account was $9,050

### USAA FEDERAL SAVINGS BK Partial Acct #
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** Oct 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,000 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $5,460 as of Apr 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history: Dec 2021 - Apr 2025**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | OK |

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 | $6,119 | $6,432 | $6,392 | $6,720 |
| Date Payment Received | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 | 06.07.23 | 04.07.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | $170 | $170 | $170 | $170 | $170 | $170 |
| Actual Amount Paid | $1,217 | No Data | No Data | No Data | No Data | $340 | No Data | $340 | No Data |

The original amount of this account was $9,000

 # Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 ✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # ███████      **Status (Feb 2023)** Paid, Closed/Never late.
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Unsecured | Nov 2022 | 0620859593 | $522 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | | This account is scheduled to continue on record until Feb 2033. |
| 3 Months | Not reported | Not reported | | | |

---

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ███████      **Status (Aug 2020)** Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Jul 2017 | 0620859593 | $13,950 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment:** | This account is scheduled to continue on record until Aug 2030. |
| 67 Months | Not reported | Not reported | | Affected by natural or declared disaster. | |

---

**CBNA** Partial Acct # ███████      **Status (Sep 2022)** Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| Not reported | $338 | $15,089 | | | |

---

**NAVY FEDERAL CR UNION** Partial Acct # ███████      **Status (Mar 2022)** Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | This account is scheduled to continue on record until Mar 2032. |
| 37 Months | Not reported | Not reported | | Completed investigation of FCRA dispute - consumer disagrees. | |

# Who Has Viewed Your Consumer Information

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

**Soft inquiries** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 ℹ Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 04.11.2025 |

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

---

CAP ONE NA PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **INQUIRY DATES:** 05.15.2025 |

---

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 04.30.2025 | 03.23.2025 | 03.12.2025 | 02.22.2025 | 12.12.2024 | 12.02.2024 |

---

CREDIT CONTROL, LLC 5757 PHANTOM DR STE 330 HAZELWOOD MO 63042 (314) 442 7400 **INQUIRY DATES:** 05.27.2025 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 05.29.2025 | 05.28.2025 | 05.27.2025 | 05.25.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.17.2025 | 05.16.2025 | 05.15.2025 | 05.13.2025 | 05.09.2025 | 05.08.2025 | 05.07.2025 | 05.06.2025 | 05.02.2025 | 05.01.2025 | 04.29.2025 | 04.27.2025 | 04.25.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.19.2025 | 04.18.2025 | 04.17.2025 | 04.16.2025 | 04.15.2025 | 04.14.2025 | 04.11.2025 | 04.10.2025 | 04.09.2025 | 04.08.2025 | 04.06.2025 | 04.04.2025 | 04.01.2025 | 03.31.2025 | 03.30.2025 | 03.29.2025 | 03.26.2025 | 03.25.2025 | 03.24.2025 | 03.20.2025 | 03.17.2025 | 03.15.2025 | 03.14.2025 | 03.13.2025 | 03.11.2025 | 03.08.2025 | 03.07.2025 | 03.06.2025 | 03.05.2025 | 03.01.2025 | 02.25.2025 | 02.23.2025 | 02.22.2025 | 02.19.2025 | 02.09.2025 | 02.08.2025 | 02.07.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.25.2025 | 01.24.2025 | 01.23.2025 | 01.22.2025 | 01.19.2025 | 01.18.2025 | 01.10.2025 | 01.09.2025 | 01.08.2025 | 01.07.2025 | 01.06.2025 | 01.05.2025 | 01.04.2025 | 01.03.2025 | 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 | 06.13.2024 | 06.12.2024 | 06.11.2024 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.22.2025 | 03.19.2025 | 03.15.2025 | 03.12.2025 | 12.14.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 | 06.19.2024 | 06.15.2024 | 06.12.2024 | 06.08.2024 | 06.01.2024 |

---

DISCOVER 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 04.05.2025 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 05.29.2025 | 05.26.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.20.2025 | 05.15.2025 | 05.11.2025 | 05.08.2025 | 05.01.2025 | 04.30.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.17.2025 | 04.14.2025 | 04.10.2025 | 04.03.2025 | 03.30.2025 | 03.27.2025 | 03.23.2025 | 03.20.2025 | 03.16.2025 | 03.13.2025 | 03.06.2025 | 02.27.2025 | 02.22.2025 | 02.20.2025 | 02.13.2025 | 02.06.2025 | 01.30.2025 | 01.25.2025 | 01.16.2025 | 01.09.2025 | 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 05.22.2025 | 04.09.2025 | 01.07.2025 | 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 | 06.10.2024 | 06.03.2024 | 06.01.2024 |

---

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 04.14.2025 | 03.30.2025 | 03.16.2025 | 11.07.2024 | 11.03.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 06.03.2024 | 06.02.2024 | 06.01.2024 | 05.31.2024 | 05.30.2024 |

---

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 05.23.2025 | 04.23.2025 | 03.23.2025 | 02.23.2025 | 01.23.2025 | 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 |

---

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 **INQUIRY DATES:** 10.09.2024 |

---

THE GOLDMAN SACHS GROUP 200 WEST ST NEW YORK NY 10282 **No phone # available** **INQUIRY DATES:** 03.18.2025 |

---

TRANSWORLD SYSTEMS INC 1225 W WASHINGTON ST STE 301 TEMPE AZ 85288 (480) 586 3913 **INQUIRY DATES:** 06.04.2024 |

---

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 04.01.2025 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |

**ADDRESSES**

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1964

**SPOUSE OR CO-APPLICANT**

ALICIA

**FORMER OR CURRENT EMPLOYERS**

**Dispute Results** (Continued)

**Your Personal Information** (Continued)

ASSET FINDER PROS LLC; SELF EMPLOYED

**Notification of Rights for North Carolina Consumers**

You have a right to bring a civil action against someone who violates your rights under the credit reporting laws. The action can be brought against a consumer reporting agency or a user of your credit report.

# EXHIBIT G

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DRIVE
FAYETTEVOLLE NC 29303

# Your Dispute Results

Report # **1535-9660-28** for **Jun 20, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

We reviewed the documentation you provided with your dispute, but determined that it was not sufficient to make the changes or deletions you requested. We then forwarded your documentation to the furnisher of the information, along with a description of your dispute, and asked them to investigate your dispute. If the item you disputed was a public record, we contacted the vendor who collected the information from a public record source and asked them to verify the public record information. The results of our reinvestigation are included here.

This information is provided in response to your dispute(s) regarding inquiries shown on your personal credit report.

Experian is required by federal law to keep a record of all companies that have requested your credit information and to display the names of the requesting companies to you. Experian generates the information listed in the inquiry section from its own business records, which it has verified as accurate. The requesting companies do not place inquiries on consumers' credit reports. Some companies may be listed in the inquiry section under a parent, subsidiary, or other operating name that is different than the name you are familiar with.

Only companies who have certified to Experian that they have a permissible purpose under the Fair Credit Reporting Act may receive credit information about a consumer. Permissible purpose exists when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Other examples of permissible purpose include your current creditors monitoring your accounts; other creditors wanting to offer you preapproved credit; an employer who wishes to extend an offer of employment; a potential investor assessing the risk of a current credit obligation; an end user completing your mortgage loan application; and insurance underwriting (auto or home). Your explicit permission is not always necessary for the company to have a permissible purpose.

Inquiries displayed to you under the heading "Credit Applications/Hard Inquiries" may affect your credit score. The inquiries displayed to you under the heading "Consumer Report Views/Soft Inquiries" do not affect your credit score. Inquiries may remain on your credit report for up to 25 months.

If you believe certain inquiries on your credit report were generated as a result of identity theft, please contact Experian by phone at 800 583 4080 or in writing at Experian, PO Box 9701, Allen, Texas, 75103, and provide specific information about the identity theft as it relates to the disputed inquiries.

Each time a consumer credit reporting agency accesses your personal credit report to send you a copy or to process your disputes, the name of the consumer credit reporting agency will appear as an inquiry on your personal credit report. These requests may remain on file for at least one year, except for employment inquiries that may remain on your personal credit report for at least two years. They display only to you and not to credit grantors, potential credit grantors or employers who request your information.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | IC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

---

**DISCOVER CARD** Partial Acct # ▮▮▮▮▮▮▮▮▮▮

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jun 2024)** Account charged off. $9,908 written off. $9,907 past due as of May 2025.

| | |
|---|---|
| **Date opened** Mar 2018 | **Recent Balance** $9,907 as of May 2025 |
| **Address ID #** 0055025770 | This account is scheduled to continue on record until Aug 2030. |
| **Type** Credit card | **Comment** |
| **Responsibility** Individual | Account previously in dispute - investigation complete, reported by data furnisher |

**Terms** Not reported

**Monthly payment** Not reported

**Credit limit or original amount** $8,000

**High Balance** $9,923

This item was updated from our processing of your dispute in May 2025.



Payment history: Jun 2018 - May 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | | | | | | | |
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |
| 2020 | 2020 In Good Standing | | | | | | | | | | | |
| 2019 | 2019 In Good Standing | | | | | | | | | | | |
| 2018 | | | | | | OK | OK | OK | OK | OK | OK | OK |

| | Apr25 | Feb25 | Jan25 | Jan25 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 | $9,386 | $9,138 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284 | $275 | $272 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 | $8,197 | $7,266 | $7,410 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 | 08.11.23 | 07.11.23 | 06.11.23 |
| Scheduled Payment Amount | $266 | $254 | $485 | $240 | $240 | $241 | $213 | $218 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jun 2023 and Apr 2025, your credit limit/high balance was $8,000*

---

**JPMCB CARD** Partial Acct # ▮▮▮▮▮▮▮▮▮▮

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of May 2025.

| | |
|---|---|
| **Date opened** Jul 2021 | **Recent Balance** $19,847 as of May 2025 |
| **Address ID #** 0055025770 | This account is scheduled to continue on record until Apr 2030. |
| **Type** Credit Card | **Comment:** |
| **Responsibility** Individual | Account closed at credit grantor's request. |

**Terms** Not reported

**Monthly payment** Not reported

**Credit limit or original amount** $16,600

**High Balance** $19,847

This item was updated from our processing of your dispute in Mar 2025.



Payment history: Aug 2021 - May 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | | | | | | | |
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

### Comment History

Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 | $16,380 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | $668 | $677 | $675 | $645 | $643 | $627 | $580 | $557 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jun 2023 and Mar 2025, your credit limit/high balance was $16,600*

---

### RESURGENT/LVNV FUNDING Partial Acct #

PO BOX 1269 GREENVILLE SC 29602; (866) 464 1183

**Status (Sep 2024)** Collection account.
$13,403 past due as of Jun 2025.

**Date opened**
Sep 2024

**Address ID #**
0055025770

**Original Creditor**
NAVY FEDERAL
CREDIT UNION

**Type**
Debt Buyer

**Responsibility**
Individual

**Terms**
1 Month

**Monthly payment**
Not reported

**Credit limit or
original amount**
$13,403

**High Balance**
Not reported

**Recent Balance**
$13,403 as of Jun 2025

This account is scheduled
to continue on record until
Jun 2030.

**Comment**
Account information
disputed by consumer
(Meets requirement of the
Fair Credit Reporting Act).

**Payment history: Apr 2025 - Jun 2025**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | C | C | C | | | | | | |

| | May25 | Apr25 |
|---|---|---|
| Account Balance | $13,403 | $13,403 |
| Date Payment Received | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data |
| Actual Amount Paid | No Data | No Data |

*The original amount of this account was $13,403*

**Comment History**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| May 2025

---

### US BANK Partial Acct #

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off.
$14,235 written off. $16,587 past due as of
May 2025.

**Date opened**
Aug 2020

**Address ID #**
0620859593

**Type**
Credit Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or
original amount**
$15,000

**High Balance**
$16,587

**Recent Balance**
$16,587 as of May 2025

This account is scheduled
to continue on record until
May 2030.

**Comment:**
Account closed at credit
grantor's request.

This item remained
unchanged from our
processing of your
dispute in May 2025.

**Payment history: Aug 2020 - May 2025**



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | | | | | | | |
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | | | | 2022 In Good Standing | | | | | | | | |
| 2021 | | | | 2021 In Good Standing | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**

Account closed at credit grantor's request.| Apr 2025 - Feb 2024| Dec 2023 - Oct 2023

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 | $14,206 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 07.24.23 | 06.22.23 | |
| Scheduled Payment Amount | No Data | $471 | $483 | $460 | $460 | $400 | $387 | $371 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $387 | $371 | $351 | |

*Between Jun 2023 and Apr 2025, your credit limit/high balance was $15,000*

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

### USAA FEDERAL SAVINGS BK Partial Acct # ⬛⬛⬛.
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** Aug 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,050 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $5,865 as of Apr 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history:** Aug 2021 - Apr 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 | $5,949 | | $6,073 |
| Date Payment Received | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 | 08.08.23 | 06.25.23 | 06.25.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | $168 | $168 | $168 | $168 | $168 |
| Actual Amount Paid | No Data | $508 | No Data | No Data | $125 | $170 | No Data | $400 |

*The original amount of this account was $9,050*

---

### USAA FEDERAL SAVINGS BK Partial Acct # ⬛⬛⬛
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Apr 2025.

| | |
|---|---|
| **Date opened** Oct 2021 | **Terms** 60 Months |
| **Address ID #** 0620859593 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $9,000 |
| **Responsibility** Individual | **High Balance** Not reported |

**Recent Balance** $5,460 as of Apr 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history:** Dec 2021 - Apr 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | | | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | OK |

| | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 | $6,119 | $6,432 | $6,392 |
| Date Payment Received | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 | 06.07.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | $170 | $170 | $170 | $170 | $170 |
| Actual Amount Paid | $1,217 | No Data | No Data | No Data | No Data | $340 | No Data | $340 |

*The original amount of this account was $9,000*

#  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # ▉▉▉▉   **Status (Feb 2023)** Paid, Closed/Never late.
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|------|-------------|--------------|-------------------------------|----------------|----------------|
| Unsecured | Nov 2022 | 0620859593 | $522 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | | This account is scheduled |
| 3 Months | Not reported | Not reported | | | to continue on record until Feb 2033. |

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ▉▉▉▉▉▉   **Status (Aug 2020)** Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|------|-------------|--------------|-------------------------------|----------------|----------------|
| Auto Loan | Jul 2017 | 0620859593 | $13,950 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment:** | This account is scheduled |
| 67 Months | Not reported | Not reported | | Affected by natural or declared disaster. | to continue on record until Aug 2030. |

**CBNA** Partial Acct # ▉▉▉▉▉   **Status (Sep 2022)** Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|------|-------------|--------------|-------------------------------|----------------|----------------|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| Not reported | $338 | $15,089 | | | |

**NAVY FEDERAL CR UNION** Partial Acct # ▉▉▉▉▉   **Status (Mar 2022)** Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|------|-------------|--------------|-------------------------------|----------------|----------------|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | This account is scheduled |
| 37 Months | Not reported | Not reported | | Completed investigation of FCRA dispute - consumer disagrees. | to continue on record until Mar 2032. |

# Who Has Viewed Your Consumer Information

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

AMERICAN EXPRESS 2 PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 04.11.2025 |

**Who Has Viewed Your Consumer Information** (Continued)

---

CAP ONE NA PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 INQUIRY DATES: 05.15.2025 |

---

CONSUMERINFO.COM 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 04.30.2025 | 03.23.2025 | 03.12.2025 | 02.22.2025 | 12.12.2024 | 12.02.2024 |

---

CREDIT CONTROL, LLC 5757 PHANTOM DR STE 330 HAZELWOOD MO 63042 (314) 442 7400 INQUIRY DATES: 05.27.2025 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 INQUIRY DATES: 06.17.2025 | 06.16.2025 | 06.13.2025 | 06.12.2025 | 06.11.2025 | 06.10.2025 | 06.08.2025 | 06.07.2025 | 06.02.2025 | 06.01.2025 | 05.31.2025 | 05.30.2025 | 05.29.2025 | 05.28.2025 | 05.27.2025 | 05.25.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.21.2025 | 05.17.2025 | 05.16.2025 | 05.15.2025 | 05.12.2025 | 05.09.2025 | 05.08.2025 | 05.07.2025 | 05.06.2025 | 05.02.2025 | 05.01.2025 | 04.29.2025 | 04.27.2025 | 04.25.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.19.2025 | 04.18.2025 | 04.17.2025 | 04.16.2025 | 04.15.2025 | 04.14.2025 | 04.11.2025 | 04.10.2025 | 04.09.2025 | 04.08.2025 | 04.06.2025 | 04.04.2025 | 04.01.2025 | 03.31.2025 | 03.30.2025 | 03.29.2025 | 03.26.2025 | 03.25.2025 | 03.24.2025 | 03.20.2025 | 03.17.2025 | 03.15.2025 | 03.14.2025 | 03.13.2025 | 03.11.2025 | 03.08.2025 | 03.07.2025 | 03.06.2025 | 03.05.2025 | 03.01.2025 | 02.25.2025 | 02.24.2025 | 02.23.2025 | 02.22.2025 | 02.19.2025 | 02.09.2025 | 02.08.2025 | 02.07.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.25.2025 | 01.24.2025 | 01.23.2025 | 01.22.2025 | 01.19.2025 | 01.18.2025 | 01.10.2025 | 01.09.2025 | 01.08.2025 | 01.07.2025 | 01.06.2025 | 01.05.2025 | 01.04.2025 | 01.03.2025 | 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 | 07.09.2024 | 07.07.2024 | 07.04.2024 | 07.03.2024 | 07.02.2024 | 07.01.2024 | 06.25.2024 | 06.24.2024 | 06.23.2024 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.22.2025 | 03.19.2025 | 03.15.2025 | 03.12.2025 | 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 | 07.06.2024 | 07.03.2024 | 06.29.2024 | 06.26.2024 | 06.22.2024 |

---

DISCOVER 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 INQUIRY DATES: 04.05.2025 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 06.19.2025 | 06.16.2025 | 06.12.2025 | 06.05.2025 | 06.01.2025 | 05.29.2025 | 05.26.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.20.2025 | 05.15.2025 | 05.11.2025 | 05.08.2025 | 05.01.2025 | 04.30.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.17.2025 | 04.14.2025 | 04.10.2025 | 04.03.2025 | 03.30.2025 | 03.27.2025 | 03.23.2025 | 03.03.2025 | 03.13.2025 | 03.06.2025 | 02.27.2025 | 02.22.2025 | 02.20.2025 | 02.13.2025 | 02.06.2025 | 01.30.2025 | 01.23.2025 | 01.16.2025 | 01.09.2025 | 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.11.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 05.22.2025 | 04.09.2025 | 01.07.2025 | 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 | 07.11.2024 | 06.24.2024 |

---

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 INQUIRY DATES: 04.14.2025 | 03.30.2025 | 03.16.2025 | 11.07.2024 | 11.03.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 10.24.2024 |

---

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 INQUIRY DATES: 10.24.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 10.24.2024 |

---

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 05.23.2025 | 04.23.2025 | 03.23.2025 | 02.23.2025 | 01.23.2025 | 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 | 06.23.2024 |

---

RESURGENT CAPITAL SERVIC PO BOX 10497 GREENVILLE SC 29603 (866) 464 1183 INQUIRY DATES: 10.09.2024 |

---

THE GOLDMAN SACHS GROUP 200 WEST ST NEW YORK NY 10282 No phone # available INQUIRY DATES: 03.18.2025 |

---

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 INQUIRY DATES: 04.01.2025 |

---

**Dispute Results** (Continued)

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |

## ADDRESSES

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

## SOCIAL SECURITY NUMBER VARIATIONS

None

## YEAR OF BIRTH

1964

## SPOUSE OR CO-APPLICANT

ALICIA

## FORMER OR CURRENT EMPLOYERS

ASSET FINDER PROS LLC; SELF EMPLOYED

**Notification of Rights for North Carolina Consumers**

You have a right to bring a civil action against someone who violates your rights under the credit reporting laws. The action can be brought against a consumer reporting agency or a user of your credit report.

# EXHIBIT H

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DRIVE
FAYETTEVOLLE NC 29303

Pursuant to Section 611(a)(3)(A) of the Fair Credit Reporting Act, **we were unable to honor your request or a portion of it** based on the limited amount of information regarding your dispute. If you believe that an item on your personal credit report is inaccurate or incomplete, please provide specific information. Be sure to indicate the specific item you are disputing and explain why you believe the information is inaccurate, for example: "not mine," "paid in full," "never late," "included in bankruptcy," "incorrect name," etc.

If the status, a date, an amount, a balance, personal information such as name or address, or any other specific information is inaccurate you should also indicate what the correct information should be. Once we receive this information, we will process your dispute.

You may also log on to **experian.com/disputes**, or call us at 1 800 509 8495 for faster service.

The dispute process may take up to 30 days (or up to 45 days for a dispute of information in an annual free credit report). We will send you the results once completed. If you write to us, please provide the following:

- **One copy of a government issued identification card, such as a driver's license, state ID card, etc.**
- **One copy of a utility bill, bank or insurance statement, etc.**

Please also include the following identification information:

- Your full name including middle initial (and generation - JR, SR, II, III)
- Social Security number
- Date of birth
- Complete addresses for the past two years

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents.  You may also submit your request or documents supporting your claim electronically at experian.com/upload.

THIS PAGE INTENTIONALLY LEFT BLANK

0010762223          **GILBERT BRYAN**  Report # **1535-9660-28 for Jun 20, 2025**          page 2 of 2

# EXHIBIT I

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0123-4605-86** for **Jul 17, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

The items that you requested to be blocked as a result of identity theft have been blocked from your personal credit report. The credit grantor that supplied the information also has been notified.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Credit items

**LVNV FUNDING LLC** ▉▉▉▉▉▉▉▉ **Outcome: Deleted** - This item was removed from your credit report. Please review your report for the details.

## Record of requests for your credit history

**RESURGENT CAPITAL SERVIC** ▉▉▉▉▉▉ **Outcome: Deleted**

**Dispute Results** (Continued)

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **IC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

**DISCOVER CARD** Partial Acct # ▬▬▬▬▬
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (May 2024)** Account charged off.
$9,908 written off. $9,907 past due as of Jul 2025.

**Date opened**
Mar 2018

**Address ID #**
0055025770

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$8,000

**High Balance**
$9,923

**Recent Balance**
$9,907 as of Jul 2025

This account is scheduled to continue on record until Aug 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in May 2025.

**Payment history:** Aug 2018 - Jul 2025



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | | | | | 2022 In Good Standing | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND |
| 2020 | | | | | 2020 In Good Standing | | | | | | | |
| 2019 | | | | | 2019 In Good Standing | | | | | | | |
| 2018 | | | | | | | | OK | OK | OK | OK | OK |

| | Jun25 | May25 | Apr25 | Feb25 | Jan25 | Jan25 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,907 | $9,907 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

| | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 | $8,197 | $7,266 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 | 08.11.23 | 07.11.23 |
| Scheduled Payment Amount | $275 | $272 | $266 | $254 | $485 | $240 | $240 | $241 | $213 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2023 and Jun 2025, your credit limit/high balance was $8,000*

---

### JPMCB CARD Partial Acct # ▮▮▮▮▮▮

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Jun 2025.

| **Date opened** | **Terms** | **Recent Balance** |
|---|---|---|
| Jul 2021 | Not reported | $19,847 as of Jun 2025 |

**Address ID #** 0055025770
**Monthly payment** Not reported

This account is scheduled to continue on record until Apr 2030.

**Type** Credit Card
**Credit limit or original amount** $16,600

**Comment:** Account closed at credit grantor's request.

**Responsibility** Individual
**High Balance** $19,847

This item was updated from our processing of your dispute in Mar 2025.

**Payment history:** Aug 2021 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

#### Comment History

Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | May25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | |
| Scheduled Payment Amount | No Data | $668 | $677 | $675 | $645 | $643 | $627 | $580 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2023 and May 2025, your credit limit/high balance was $16,600*

---

### US BANK Partial Acct # ▮▮▮▮▮▮

PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

**Status (Feb 2024)** Account charged off. $14,235 written off. $16,587 past due as of Jun 2025.

| **Date opened** | **Terms** | **Recent Balance** |
|---|---|---|
| Aug 2020 | Not reported | $16,587 as of Jun 2025 |

**Address ID #** 0620859593
**Monthly payment** Not reported

This account is scheduled to continue on record until May 2030.

**Type** Credit Card
**Credit limit or original amount** $15,000

**Comment:** Account closed at credit grantor's request.

**Responsibility** Individual
**High Balance** $16,587

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history:** Aug 2020 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |



# Dispute Results (Continued)

## Your Potentially Negative Account Activity (Continued)

### Comment History
Account closed at credit grantor's request.| May 2025 - Feb 2024| Dec 2023 - Oct 2023

| | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 07.24.23 |
| Scheduled Payment Amount | No Data | No Data | $471 | $483 | $460 | $460 | $400 | $387 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | $387 | $371 |

*Between Jul 2023 and May 2025, your credit limit/high balance was $15,000*

---

### USAA FEDERAL SAVINGS BK Partial Acct # ███████
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off.
$6,374 written off. $5,865 past due as of Jun 2025.

**Date opened**
Aug 2021

**Address ID #**
0620859593

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,050

**High Balance**
Not reported

**Recent Balance**
$5,865 as of Jun 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history:** Aug 2021 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 | $5,949 | $6,091 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 | 08.08.23 | 06.25.23 |
| Scheduled Payment Amount | No Data | No Data | $508 | No Data | $168 | $168 | $168 | $168 |
| Actual Amount Paid | No Data | No Data | $508 | No Data | $168 | $125 | $168 | $170 |

*The original amount of this account was $9,050*

---

### USAA FEDERAL SAVINGS BK Partial Acct # ███████
PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off.
$6,677 written off. $5,460 past due as of Jun 2025.

**Date opened**
Oct 2021

**Address ID #**
0620859593

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,000

**High Balance**
Not reported

**Recent Balance**
$5,460 as of Jun 2025

This account is scheduled to continue on record until May 2030.

This item remained unchanged from our processing of your dispute in May 2025.

**Payment history:** Dec 2021 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | OK |

**Dispute Results** (Continued)

**Your Potentially Negative Account Activity (Continued)**

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 | $6,119 | $6,432 |
| Date Payment Received | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $170 | $170 | $170 | $170 |
| Actual Amount Paid | No Data | $1,217 | No Data | No Data | No Data | No Data | $340 | No Data |

The original amount of this account was $9,000

#  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # ▬▬▬        **Status (Feb 2023)** Paid, Closed/Never late.
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Unsecured | Nov 2022 | 0620859593 | $522 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | | This account is scheduled to continue on record until Feb 2033. |
| 3 Months | Not reported | Not reported | | | |

---

**AMERICAN CREDIT ACCEPTAN** Partial Acct # ▬▬▬        **Status (Aug 2020)** Paid, Closed/Never late.
961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Jul 2017 | 0620859593 | $13,950 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment:** | This account is scheduled to continue on record until Aug 2030. |
| 67 Months | Not reported | Not reported | | Affected by natural or declared disaster. | |

---

**CBNA** Partial Acct # ▬▬▬        **Status (Sep 2022)** Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| Not reported | $338 | $15,089 | | | |

---

**NAVY FEDERAL CR UNION** Partial Acct # ▬▬▬        **Status (Mar 2022)** Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | This account is scheduled to continue on record until Mar 2032. |
| 37 Months | Not reported | Not reported | | Completed investigation of FCRA dispute - consumer disagrees. | |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 ⚠️ Hard inquiries may stay on your report up to two years.

**700CR/RICK HENDRICK TOYO** 1969 SKIBO RD FAYETTEVILLE NC 28314 (910) 868 5071      **Jul 05, 2025**
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**ALLY FINANCIAL** 200 RENAISSANCE CTR DETROIT MI 48243 **No phone # available**      **Jul 05, 2025**
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**CONSUMER PORTFOLIO SERVICES** 19500 JAMBOREE RD # FLOORS IRVINE CA 92612 (888) 469 4520      **Jul 05, 2025**
**REASON:** Sales Contract.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**GLOBAL LENDING SERVICES** 3399 PEACHTREE RD NE STE 400 ATLANTA GA 30326 (866) 464 0269      **Jul 05, 2025**
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

**SANTANDER CONSUMER USA** 1601 ELM ST. SUITE 800 DALLAS TX 75201 (866) 222 4227      **Jul 05, 2025**
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 ℹ️ Soft inquiries DO NOT impact your credit score.

**AFFIRM** 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

**AMERICAN EXPRESS 2** PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 07.08.2025 |

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **INQUIRY DATES:** 05.15.2025 |

**CAPITAL ONE AUTO FINANCE** 7941 PRESTON RD PLANO TX 75024 **No phone # available** **INQUIRY DATES:** 07.05.2025 |

**CONSUMERINFO.COM** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 07.04.2025 | 04.30.2025 | 03.23.2025 | 03.12.2025 | 02.22.2025 | 12.12.2024 | 12.02.2024 |

**CREDIT CONTROL, LLC** 5757 PHANTOM DR STE 330 HAZELWOOD MO 63042 (314) 442 7400 **INQUIRY DATES:** 05.27.2025 |

## Who Has Viewed Your Consumer Information (Continued)

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 07.17.2025 | 07.15.2025 | 07.14.2025 | 07.10.2025 | 07.09.2025 | 07.08.2025 | 07.07.2025 | 07.06.2025 | 07.05.2025 | 07.04.2025 | 07.02.2025 | 07.01.2025 | 06.29.2025 | 06.28.2025 | 06.24.2025 | 06.22.2025 | 06.21.2025 | 06.17.2025 | 06.16.2025 | 06.13.2025 | 06.12.2025 | 06.11.2025 | 06.10.2025 | 06.08.2025 | 06.07.2025 | 06.03.2025 | 06.02.2025 | 06.01.2025 | 05.31.2025 | 05.30.2025 | 05.29.2025 | 05.28.2025 | 05.27.2025 | 05.25.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.21.2025 | 05.17.2025 | 05.16.2025 | 05.15.2025 | 05.12.2025 | 05.09.2025 | 05.08.2025 | 05.07.2025 | 05.06.2025 | 05.02.2025 | 05.01.2025 | 04.29.2025 | 04.27.2025 | 04.25.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.19.2025 | 04.18.2025 | 04.17.2025 | 04.16.2025 | 04.15.2025 | 04.14.2025 | 04.11.2025 | 04.10.2025 | 04.09.2025 | 04.08.2025 | 04.06.2025 | 04.04.2025 | 04.01.2025 | 03.31.2025 | 03.30.2025 | 03.29.2025 | 03.26.2025 | 03.25.2025 | 03.24.2025 | 03.20.2025 | 03.17.2025 | 03.15.2025 | 03.14.2025 | 03.13.2025 | 03.11.2025 | 03.08.2025 | 03.07.2025 | 03.06.2025 | 03.05.2025 | 03.01.2025 | 02.25.2025 | 02.24.2025 | 02.23.2025 | 02.22.2025 | 02.19.2025 | 02.09.2025 | 02.08.2025 | 02.07.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.25.2025 | 01.24.2025 | 01.23.2025 | 01.22.2025 | 01.19.2025 | 01.18.2025 | 01.10.2025 | 01.09.2025 | 01.08.2025 | 01.07.2025 | 01.06.2025 | 01.05.2025 | 01.04.2025 | 01.03.2025 | 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.06.2024 | 08.04.2024 | 08.01.2024 | 07.25.2024 | 07.24.2024 | 07.22.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 07.12.2025 | 07.09.2025 | 07.05.2025 | 07.02.2025 | 06.29.2025 | 06.25.2025 | 06.21.2025 | 06.18.2025 | 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.12.2025 | 03.15.2025 | 03.12.2025 | 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 07.05.2025 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 07.05.2025 |

DISCOVER 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 07.07.2025 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 07.16.2025 | 07.10.2025 | 07.05.2025 | 07.03.2025 | 06.26.2025 | 06.23.2025 | 06.20.2025 | 06.19.2025 | 06.16.2025 | 06.12.2025 | 06.05.2025 | 06.01.2025 | 05.29.2025 | 05.26.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.20.2025 | 05.15.2025 | 05.11.2025 | 05.08.2025 | 05.01.2025 | 04.30.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.17.2025 | 04.14.2025 | 04.10.2025 | 04.03.2025 | 03.30.2025 | 03.27.2025 | 03.23.2025 | 03.20.2025 | 03.16.2025 | 03.13.2025 | 03.06.2025 | 02.27.2025 | 02.22.2025 | 02.20.2025 | 02.13.2025 | 02.06.2025 | 01.30.2025 | 01.23.2025 | 01.16.2025 | 01.09.2025 | 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 07.05.2025 | 05.22.2025 | 04.09.2025 | 01.07.2025 | 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 07.03.2025 | 04.14.2025 | 03.30.2025 | 03.16.2025 | 11.07.2024 | 11.03.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 06.23.2025 | 05.23.2025 | 04.23.2025 | 03.23.2025 | 02.23.2025 | 01.23.2025 | 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 | 07.23.2024 |

ODE/700CREDIT LLC 26555 NORTHWESTERN HWY # 301 SOUTHFIELD MI 48033 **No phone # available INQUIRY DATES:** 07.05.2025 |

SANTANDER CONSUMER USA 1601 ELM ST. SUITE 800 DALLAS TX 75201 (866) 222 4227 **INQUIRY DATES:** 07.05.2025 |

THE GOLDMAN SACHS GROUPI 200 WEST ST NEW YORK NY 10282 **No phone # available INQUIRY DATES:** 03.18.2025 |

USAA FEDERAL SAVINGS BK PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 07.01.2025 |

**Dispute Results** (Continued)

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |

## ADDRESSES

| | |
|---|---|
| 5506 DODGE DR<br>FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560<br>Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105<br>FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560<br>Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV<br>FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560<br>Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC<br>GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520<br>Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN<br>COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520<br>Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347<br>CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY<br>CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520<br>Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204<br>RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR<br>RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640<br>Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C<br>GASTONIA NC 28054 | Geo Code: 0-00- 0-<br>Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD<br>GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520<br>Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321<br>ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520<br>Address ID #: 0804605369 Address Type: Multifamily |
| 863 FLAT SHOALS SE RD STEC<br>CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520<br>Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR<br>OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520<br>Address ID #: 0065814108 Address Type: Single family |
| 2921 CALLIOPE WAY<br>RALEIGH NC 27616-6051 | Geo Code: 0-5401010-183-6640<br>Address ID #: 0355860395 Address Type: Multifamily |

## SOCIAL SECURITY NUMBER VARIATIONS

None

## YEAR OF BIRTH

1964

## SPOUSE OR CO-APPLICANT

ALICIA

## FORMER OR CURRENT EMPLOYERS

ASSET FINDER PROS LLC; SELF EMPLOYED

**Notification of Rights for North Carolina Consumers**

You have a right to bring a civil action against someone who violates your rights under the credit reporting laws. The action can be brought against a consumer reporting agency or a user of your credit report.

# EXHIBIT J

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

# Your Dispute Results

Report # **0392-5481-94** for **Jul 25, 2025**



# Hi, Gilbert. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

This information is provided in response to your dispute(s) regarding inquiries shown on your personal credit report.

Experian is required by federal law to keep a record of all companies that have requested your credit information and to display the names of the requesting companies to you. Experian generates the information listed in the inquiry section from its own business records, which it has verified as accurate. The requesting companies do not place inquiries on consumers' credit reports. Some companies may be listed in the inquiry section under a parent, subsidiary, or other operating name that is different than the name you are familiar with.

Only companies who have certified to Experian that they have a permissible purpose under the Fair Credit Reporting Act may receive credit information about a consumer. Permissible purpose exists when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Other examples of permissible purpose include your current creditors monitoring your accounts; other creditors wanting to offer you preapproved credit; an employer who wishes to extend an offer of employment; a potential investor assessing the risk of a current credit obligation; an end user completing your mortgage loan application; and insurance underwriting (auto or home). Your explicit permission is not always necessary for the company to have a permissible purpose.

Inquiries displayed to you under the heading "Credit Applications/Hard Inquiries" may affect your credit score. The inquiries displayed to you under the heading "Consumer Report Views/Soft Inquiries" do not affect your credit score. Inquiries may remain on your credit report for up to 25 months.

If you believe certain inquiries on your credit report were generated as a result of identity theft, please contact Experian by phone at 800 583 4080 or in writing at Experian, PO Box 9701, Allen, Texas, 75103, and provide specific information about the identity theft as it relates to the disputed inquiries.

Each time a consumer credit reporting agency accesses your personal credit report to send you a copy or to process your disputes, the name of the consumer credit reporting agency will appear as an inquiry on your personal credit report. These requests may remain on file for at least one year, except for employment inquiries that may remain on your personal credit report for at least two years. They display only to you and not to credit grantors, potential credit grantors or employers who request your information.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

## Dispute Results (Continued)

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Credit items

**US BANK** ▇▇▇▇▇▇ Outcome: Processed - This item was either updated or deleted. Please review your report for the details.

**JPMCB CARD** ▇▇▇▇▇▇ Outcome: Remains - The company that reported the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**USAA FEDERAL SAVINGS B** ▇▇▇ Outcome: Remains - The company that reported the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**USAA FEDERAL SAVINGS B** ▇▇▇ Outcome: Updated - Information on this item has been updated. Please review your report for the details.

**DISCOVER CARD** ▇▇▇▇▇▇▇ Outcome: Processed - This item was either updated or deleted. Please review your report for the details.

## Before Dispute



| **US BANK** Partial Acct # ▇▇▇▇▇▇ | **Status (Feb 2024)** Account charged off. |
| --- | --- |
| PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750 | $14,235 written off. $16,587 past due as of Jun 2025. |

| | | | |
| --- | --- | --- | --- |
| **Date opened** Aug 2020 | **Terms** Not reported | **Recent Balance** $16,587 as of Jun 2025 | **Payment history:** Aug 2020 - Jun 2025 |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2030. | |
| **Type** Credit Card | **Credit limit or original amount** $15,000 | **Comment:** **Account closed at credit grantor's request.** | |
| **Responsibility** Individual | **High Balance** $16,587 | This item remained unchanged from our processing of your dispute in May 2025. | |

Payment history:

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 150 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | 2021 In Good Standing | | | | | | | | | | | |
| 2020 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**
Account closed at credit grantor's request.| May 2025 - Feb 2024| Dec 2023 - Oct 2023

| | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 | $16,587 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar24 | Feb24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $16,587 | $16,587 | $16,312 | $15,992 | $15,659 | $15,350 | $15,041 | $14,334 |
| Date Payment Received | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 08.22.23 | 07.24.23 |
| Scheduled Payment Amount | No Data | No Data | $471 | $483 | $460 | $460 | $400 | $387 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | $387 | $371 |

*Between Jul 2023 and May 2025, your credit limit/high balance was $15,000*

## Dispute Results (Continued)

### Before Dispute

| JPMCB CARD Partial Acct # ████████ | Status (Feb 2024) Account charged off. $19,847 written off. $19,847 past due as of Jun 2025. |
|---|---|

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

| Date opened | Terms | Recent Balance | Payment history: Aug 2021 - Jun 2025 |
|---|---|---|---|
| Jul 2021 | Not reported | $19,847 as of Jun 2025 | |
| **Address ID #** | **Monthly payment** | This account is scheduled | |
| 0055025770 | Not reported | to continue on record until | |
| **Type** | **Credit limit or** | Apr 2030. | |
| Credit Card | **original amount** | **Comment:** | |
| **Responsibility** | $16,600 | Account closed at | |
| Individual | **High Balance** | credit grantor's request. | |
| | $19,847 | This item was updated from our processing of your dispute in Mar 2025. | |

Payment history: Aug 2021 - Jun 2025

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 |
| 2022 | | | | 2022 In Good Standing | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

**Comment History**

Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

|  | May25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|  | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | $668 | $677 | $675 | $645 | $643 | $627 | $580 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2023 and May 2025, your credit limit/high balance was $16,600*

### Before Dispute

| USAA FEDERAL SAVINGS BK Partial Acct # ████████ | Status (Dec 2023) Account charged off. $6,677 written off. $5,460 past due as of Jun 2025. |
|---|---|

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

| Date opened | Terms | Recent Balance |
|---|---|---|
| Oct 2021 | 60 Months | $5,460 as of Jun 2025 |
| **Address ID #** | **Monthly payment** | This account is scheduled |
| 0620859593 | Not reported | to continue on record until |
| **Type** | **Credit limit or** | May 2030. |
| Auto Loan | **original amount** | This item remained |
| **Responsibility** | $9,000 | unchanged from our |
| Individual | **High Balance** | processing of your |
| | Not reported | dispute in May 2025. |

Payment history: Dec 2021 - Jun 2025

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | | | | 2022 In Good Standing | | | | | | | | |
| 2021 | | | | | | | | | | | | OK |

|  | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|  | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 | $6,119 | $6,432 |
| Date Payment Received | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $170 | $170 | $170 | No Data |
| Actual Amount Paid | No Data | $1,217 | No Data | No Data | No Data | No Data | $340 | No Data |

*The original amount of this account was $9,000*

## Before Dispute

| **USAA FEDERAL SAVINGS BK** Partial Acct # ████████ | **Status (Dec 2023)** Account charged off. $6,374 written off. $5,865 past due as of Jun 2025. |
| --- | --- |
| PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722 | |

| Date opened | Terms | Recent Balance | Payment history: Aug 2021 - Jun 2025 |
| --- | --- | --- | --- |
| Aug 2021 | 60 Months | $5,865 as of Jun 2025 | |
| **Address ID #** | **Monthly payment** | This account is scheduled | |
| 0620859593 | Not reported | to continue on record until | |
| **Type** | **Credit limit or** | May 2030. | |
| Auto Loan | **original amount** | This item remained | |
| **Responsibility** | $9,050 | unchanged from our | |
| Individual | **High Balance** | processing of your | |
| | Not reported | dispute in May 2025. | |

Payment history: Aug 2021 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | | | | | | | | OK | OK | OK | OK | OK |

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 | $5,865 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 | 12.19.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $5,865 | $5,865 | $5,865 | $5,886 | $5,865 | $5,845 | $5,949 | $6,091 |
| Date Payment Received | 12.19.23 | 12.19.23 | 12.19.23 | 09.05.23 | 09.05.23 | 09.05.23 | 08.02.23 | 06.25.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $168 | No Data | $168 | $168 |
| Actual Amount Paid | No Data | No Data | $508 | No Data | No Data | $125 | $170 | No Data |

*The original amount of this account was $9,050*

## After Dispute

| **USAA FEDERAL SAVINGS BK** Partial Acct # ████████ | **Status (Aug 2021)** Repossession. $6,374 written off. $5,865 past due as of Aug 2021. |
| --- | --- |
| PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722 | |

| Date opened | Terms | Recent Balance |
| --- | --- | --- |
| Aug 2021 | 60 Months | $0 as of Aug 2021 |
| **Address ID #** | **Monthly payment** | This account is scheduled |
| 0620859593 | Not reported | to continue on record until |
| **Type** | **Credit limit or** | Jun 2026. |
| Auto Loan | **original amount** | This item was updated |
| **Responsibility** | $9,050 | from our processing of |
| Individual | **High Balance** | your dispute in Jul 2025. |
| | Not reported | |

Payment history: Jul 2018 - Aug 2021

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2021 | CO | CO | CO | CO | CO | CO | CO | R | | | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R |
| 2018 | | | | | | | OK | OK | OK | OK | OK | OK |

## Before Dispute



## DISCOVER CARD Partial Acct #

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (May 2024)** Account charged off.
$9,908 written off. $9,907 past due as of Jul 2025.

**Date opened**
Mar 2018
**Address ID #**
0055025770
**Type**
Credit card
**Responsibility**
Individual

**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$8,000
**High Balance**
$9,923

**Recent Balance**
$9,907 as of Jul 2025
This account is scheduled to continue on record until Aug 2030.
**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in May 2025.

**Payment history:** Aug 2018 - Jul 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| 2022 | 2022 In Good Standing | | | | | | | | | | | |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND |
| 2020 | 2020 In Good Standing | | | | | | | | | | | |
| 2019 | 2019 In Good Standing | | | | | | | | | | | |
| 2018 | | | | | | | | OK | OK | OK | OK | OK |

| | Jun25 | May25 | Apr25 | Feb25 | Jan25 | Jan25 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,907 | $9,907 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,908 | $9,655 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $284 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,386 | $9,138 | $8,882 | $8,631 | $8,393 | $8,165 | $8,192 | $8,197 | $7,266 |
| Date Payment Received | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.11.23 | 08.22.23 | 08.11.23 | 07.11.23 |
| Scheduled Payment Amount | $275 | $272 | $266 | $254 | $485 | $240 | $240 | $241 | $213 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2023 and Jun 2025, your credit limit/high balance was $8,000*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **IC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |



# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

## JPMCB CARD Partial Acct #

PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2024)** Account charged off. $19,847 written off. $19,847 past due as of Jun 2025.

| | |
|---|---|
| **Date opened** | Jul 2021 |
| **Address ID #** | 0055025770 |
| **Type** | Credit Card |
| **Responsibility** | Individual |

| | |
|---|---|
| **Terms** | Not reported |
| **Monthly payment** | Not reported |
| **Credit limit or original amount** | $16,600 |
| **High Balance** | $19,847 |

**Recent Balance**
$19,847 as of Jun 2025

This account is scheduled to continue on record until Apr 2030.

**Comment:**
Account closed at credit grantor's request.

This item remained unchanged from our processing of your dispute in Jul 2025.

Payment history: Aug 2021 - Jun 2025



**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2022

| | May25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 | $19,847 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $19,847 | $19,847 | $19,376 | $18,893 | $18,406 | $17,945 | $17,481 | $16,933 |
| Date Payment Received | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 | 06.23.23 |
| Scheduled Payment Amount | No Data | $668 | $677 | $675 | $645 | $643 | $627 | $580 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Jul 2023 and May 2025, your credit limit/high balance was $16,600

---

## USAA FEDERAL SAVINGS BK Partial Acct #

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Aug 2021)** Repossession. $6,374 written off. $5,865 past due as of Aug 2021.

| | |
|---|---|
| **Date opened** | Aug 2021 |
| **Address ID #** | 0620859593 |
| **Type** | Auto Loan |
| **Responsibility** | Individual |

| | |
|---|---|
| **Terms** | 60 Months |
| **Monthly payment** | Not reported |
| **Credit limit or original amount** | $9,050 |
| **High Balance** | Not reported |

**Recent Balance**
$0 as of Aug 2021

This account is scheduled to continue on record until Jun 2026.

This item was updated from our processing of your dispute in Jul 2025.

Payment history: Jul 2018 - Aug 2021



**Your Potentially Negative Account Activity (Continued)**

### USAA FEDERAL SAVINGS BK Partial Acct # ▮▮▮▮▮▮

PO BOX 33009 SAN ANTONIO TX 78265; (800) 531 8722

**Status (Dec 2023)** Account charged off. $6,677 written off. $5,460 past due as of Jun 2025.

| | | |
|---|---|---|
| **Date opened** Oct 2021 | **Terms** 60 Months | **Recent Balance** $5,460 as of Jun 2025 |
| **Address ID #** 0620859593 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2030. |
| **Type** Auto Loan | **Credit limit or original amount** $9,000 | This item remained unchanged from our processing of your dispute in Jul 2025. |
| **Responsibility** Individual | **High Balance** Not reported | |

Payment history: Dec 2021 - Jun 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | R | CO |
| 2022 | | | | 2022 In Good Standing | | | | | | | | |
| 2021 | | | | | | | | | | | | OK |

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 | $5,460 |
| Date Payment Received | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 | 01.02.24 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,460 | $5,460 | $6,677 | $6,203 | $6,177 | $6,144 | $6,119 | $6,432 |
| Date Payment Received | 01.02.24 | 01.02.24 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 08.30.23 | 06.07.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $170 | $170 | $170 | $170 |
| Actual Amount Paid | No Data | $1,217 | No Data | No Data | No Data | No Data | $340 | No Data |

The original amount of this account was $9,000

##  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✅ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

### AFFIRM INC Partial Acct # ▮▮▮▮

650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (Feb 2023)** Paid, Closed/Never late.

| | | | | |
|---|---|---|---|---|
| **Type** Unsecured | **Date opened** Nov 2022 | **Address ID #** 0620859593 | **Credit limit or original amount** $522 | **Responsibility** Individual |
| **Terms** 3 Months | **Monthly payment** Not reported | **High Balance** Not reported | **Recent Balance** Not reported | This account is scheduled to continue on record until Feb 2033. |

### AMERICAN CREDIT ACCEPTAN Partial Acct # ▮▮▮▮▮▮

961 E MAIN ST SPARTANBURG SC 29302; (866) 441 0251

**Status (Aug 2020)** Paid, Closed/Never late.

| | | | | |
|---|---|---|---|---|
| **Type** Auto Loan | **Date opened** Jul 2017 | **Address ID #** 0620859593 | **Credit limit or original amount** $13,950 | **Responsibility** Individual |
| **Terms** 67 Months | **Monthly payment** Not reported | **High Balance** Not reported | **Recent Balance** Not reported | This account is scheduled to continue on record until Aug 2030. |
| | | | | **Comment:** Affected by natural or declared disaster. | |

**Your Positive Account Activity (Continued)**

| **CBNA** Partial Acct # █████████ | | | | **Status (Sep 2022)** Open/Never late. | |
|---|---|---|---|---|---|
| PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289 | | | | | |

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2012 | 0804605369 | $20,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| Not reported | $338 | $15,089 | | | |

| **NAVY FEDERAL CR UNION** Partial Acct # █████████ | | | | **Status (Mar 2022)** Paid, Closed/Never late. | |
|---|---|---|---|---|---|
| PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328 | | | | | |

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Aug 2020 | 0620859593 | $8,026 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | This account is scheduled to continue on record until Mar 2032. |
| 37 Months | Not reported | Not reported | | Completed investigation of FCRA dispute - consumer disagrees. | |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

700CR/RICK HENDRICK TOYO 1969 SKIBO RD FAYETTEVILLE NC 28314 (910) 868 5071 **Jul 05, 2025**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

ALLY FINANCIAL 200 RENAISSANCE CTR DETROIT MI 48243 **No phone # available** **Jul 05, 2025**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

CONSUMER PORTFOLIO SERVICES 19500 JAMBOREE RD # FLOORS IRVINE CA 92612 (888) 469 4520 **Jul 05, 2025**

**REASON:** Sales Contract.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

GLOBAL LENDING SERVICES 3399 PEACHTREE RD NE STE 400 ATLANTA GA 30326 (866) 464 0269 **Jul 05, 2025**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

SANTANDER CONSUMER USA 1601 ELM ST. SUITE 800 DALLAS TX 75201 (866) 222 4227 **Jul 05, 2025**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

## Who Has Viewed Your Consumer Information (Continued)

**AFFIRM** 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 12.02.2024 |

---

**AMERICAN EXPRESS 2** PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **INQUIRY DATES:** 07.08.2025 |

---

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **INQUIRY DATES:** 05.15.2025 |

---

**CAPITAL ONE AUTO FINANCE** 7941 PRESTON RD PLANO TX 75024 **No phone # available INQUIRY DATES:** 07.05.2025 |

---

**CONSUMERINFO.COM** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 07.04.2025 | 04.30.2025 | 03.23.2025 | 03.12.2025 | 02.02.2025 | 12.12.2024 | 12.02.2024 |

---

**CREDIT CONTROL, LLC** 5757 PHANTOM DR STE 330 HAZELWOOD MO 63042 (314) 442 7400 **INQUIRY DATES:** 05.27.2025 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 07.25.2025 | 07.24.2025 | 07.23.2025 | 07.22.2025 | 07.21.2025 | 07.19.2025 | 07.18.2025 | 07.17.2025 | 07.15.2025 | 07.14.2025 | 07.10.2025 | 07.09.2025 | 07.08.2025 | 07.07.2025 | 07.06.2025 | 07.05.2025 | 07.04.2025 | 07.02.2025 | 07.01.2025 | 06.29.2025 | 06.28.2025 | 06.24.2025 | 06.22.2025 | 06.21.2025 | 06.17.2025 | 06.16.2025 | 06.13.2025 | 06.12.2025 | 06.11.2025 | 06.10.2025 | 06.08.2025 | 06.07.2025 | 06.03.2025 | 06.02.2025 | 06.01.2025 | 05.31.2025 | 05.30.2025 | 05.29.2025 | 05.28.2025 | 05.27.2025 | 05.25.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.21.2025 | 05.17.2025 | 05.16.2025 | 05.15.2025 | 05.12.2025 | 05.09.2025 | 05.08.2025 | 05.07.2025 | 05.06.2025 | 05.02.2025 | 05.01.2025 | 04.29.2025 | 04.27.2025 | 04.25.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.19.2025 | 04.18.2025 | 04.17.2025 | 04.16.2025 | 04.15.2025 | 04.14.2025 | 04.11.2025 | 04.10.2025 | 04.09.2025 | 04.08.2025 | 04.06.2025 | 04.05.2025 | 04.01.2025 | 03.31.2025 | 03.30.2025 | 03.29.2025 | 03.26.2025 | 03.25.2025 | 03.24.2025 | 03.20.2025 | 03.17.2025 | 03.15.2025 | 03.14.2025 | 03.13.2025 | 03.11.2025 | 03.08.2025 | 03.07.2025 | 03.06.2025 | 03.05.2025 | 03.01.2025 | 02.25.2025 | 02.24.2025 | 02.23.2025 | 02.22.2025 | 02.19.2025 | 02.09.2025 | 02.08.2025 | 02.07.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.25.2025 | 01.24.2025 | 01.23.2025 | 01.22.2025 | 01.19.2025 | 01.18.2025 | 01.10.2025 | 01.09.2025 | 01.08.2025 | 01.07.2025 | 01.06.2025 | 01.05.2025 | 01.04.2025 | 01.03.2025 | 01.02.2025 | 01.01.2025 | 12.31.2024 | 12.29.2024 | 12.28.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.21.2024 | 12.20.2024 | 12.19.2024 | 12.18.2024 | 12.17.2024 | 12.16.2024 | 12.15.2024 | 12.14.2024 | 12.13.2024 | 12.12.2024 | 12.10.2024 | 12.09.2024 | 12.08.2024 | 12.07.2024 | 12.06.2024 | 12.05.2024 | 12.03.2024 | 12.01.2024 | 11.28.2024 | 11.26.2024 | 11.24.2024 | 11.23.2024 | 11.14.2024 | 11.13.2024 | 11.12.2024 | 11.09.2024 | 11.08.2024 | 11.07.2024 | 11.04.2024 | 11.03.2024 | 11.02.2024 | 11.01.2024 | 10.30.2024 | 10.25.2024 | 10.24.2024 | 10.23.2024 | 10.16.2024 | 10.15.2024 | 10.10.2024 | 10.08.2024 | 10.06.2024 | 10.05.2024 | 10.04.2024 | 10.01.2024 | 09.29.2024 | 09.26.2024 | 09.24.2024 | 09.23.2024 | 09.21.2024 | 09.18.2024 | 09.17.2024 | 09.13.2024 | 09.12.2024 | 09.11.2024 | 09.10.2024 | 09.08.2024 | 09.07.2024 | 09.06.2024 | 09.01.2024 | 08.29.2024 | 08.24.2024 | 08.23.2024 | 08.19.2024 | 08.18.2024 | 08.15.2024 | 08.13.2024 | 08.09.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 07.16.2025 | 07.12.2025 | 07.09.2025 | 07.05.2025 | 07.02.2025 | 06.29.2025 | 06.25.2025 | 06.21.2025 | 06.18.2025 | 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.22.2025 | 03.19.2025 | 03.15.2025 | 03.12.2025 | 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 07.05.2025 |

---

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 07.05.2025 |

---

**DISCOVER** 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 07.07.2025 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 07.25.2025 | 07.24.2025 | 07.17.2025 | 07.16.2025 | 07.10.2025 | 07.05.2025 | 07.03.2025 | 06.26.2025 | 06.23.2025 | 06.20.2025 | 06.19.2025 | 06.16.2025 | 06.12.2025 | 06.05.2025 | 06.01.2025 | 05.29.2025 | 05.26.2025 | 05.24.2025 | 05.23.2025 | 05.22.2025 | 05.20.2025 | 05.15.2025 | 05.11.2025 | 05.08.2025 | 05.01.2025 | 04.30.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.17.2025 | 04.14.2025 | 04.10.2025 | 04.03.2025 | 03.30.2025 | 03.27.2025 | 03.23.2025 | 03.20.2025 | 03.16.2025 | 03.13.2025 | 03.06.2025 | 02.27.2025 | 02.22.2025 | 02.20.2025 | 02.13.2025 | 02.06.2025 | 01.30.2025 | 01.23.2025 | 01.16.2025 | 01.09.2025 | 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.17.2024 | 12.12.2024 | 12.09.2024 | 12.05.2024 | 12.02.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 11.05.2024 | 11.03.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 07.05.2025 | 05.22.2025 | 04.09.2025 | 01.07.2025 | 12.31.2024 | 12.19.2024 | 12.17.2024 | 11.12.2024 | 11.06.2024 | 10.14.2024 | 09.17.2024 | 08.12.2024 |

---

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 07.03.2025 | 04.14.2025 | 03.30.2025 | 03.16.2025 | 11.07.2024 | 11.03.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 10.24.2024 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 10.24.2024 |

---

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 07.23.2025 | 06.23.2025 | 05.23.2025 | 04.23.2025 | 03.23.2025 | 02.23.2025 | 01.23.2025 | 12.23.2024 | 11.23.2024 | 10.23.2024 | 09.23.2024 | 08.23.2024 |

**ODE/700CREDIT LLC** 26555 NORTHWESTERN HWY # 301 SOUTHFIELD MI 48033 **No phone # available** **INQUIRY DATES:** 07.05.2025 |

**SANTANDER CONSUMER USA** 1601 ELM ST. SUITE 800 DALLAS TX 75201 (866) 222 4227 **INQUIRY DATES:** 07.05.2025 |

**THE GOLDMAN SACHS GROUPI** 200 WEST ST NEW YORK NY 10282 **No phone # available** **INQUIRY DATES:** 03.18.2025 |

**USAA FEDERAL SAVINGS BK** PO BOX 33009 SAN ANTONIO TX 78265 (800) 531 8722 **INQUIRY DATES:** 07.01.2025 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| GILBERT BRYAN | Name ID #:29459 |
| GILBERT BRYAN GILBERT BRYAN | Name ID #:19003 |

**ADDRESSES**

| | |
|---|---|
| 5506 DODGE DR FAYETTEVILLE NC 28303-2714 | Geo Code: 0-330440-51-2560 Address ID #: 0055025770 Address Type: Single family |
| 1046 WINDWARD CV APT105 FAYETTEVILLE NC 28314-5896 | Geo Code: 0-330700-51-2560 Address ID #: 0620859593 Address Type: Apartment complex |
| 1046 WINDWARD CV FAYETTEVILLE NC 28314-5895 | Geo Code: 0-330700-51-2560 Address ID #: 0617237665 Address Type: Multifamily |
| 1950 ROBINWOOD RD APTC GASTONIA NC 28054-1645 | Geo Code: 0-3250310-71-1520 Address ID #: 0054050854 Address Type: Apartment complex |
| 100 HALLMARK LN COVINGTON GA 30014-7058 | Geo Code: 0-10030010-217-0520 Address ID #: 0510258595 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC-347 CONYERS GA 30094-6633 | Geo Code: 0-6040400-247-0520 Address ID #: 0797243783 Address Type: Multifamily |
| 2504 PLYMOUTH WAY CONYERS GA 30013-6398 | Geo Code: 0-6030710-247-0520 Address ID #: 0545921212 Address Type: Single family |
| 2920 CALLIOPE WAY APT204 RALEIGH NC 27616-6078 | Geo Code: 0-5401010-183-6640 Address ID #: 0401184169 Address Type: Apartment complex |
| 7609 THEBES DR RALEIGH NC 27616-6477 | Geo Code: 0-5400920-183-6640 Address ID #: 0052918995 Address Type: Single family |
| 1950 ROBIN WO OD ROAD C GASTONIA NC 28054 | Geo Code: 0-00- 0- Address ID #: 0852456853 Address Type: Single family |
| 1264 E HUDSON BLVD APTR GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520 Address ID #: 0308347733 Address Type: Apartment complex |
| 1264 E HUDSON BLVD GASTONIA NC 28054-6111 | Geo Code: 0-3270210-71-1520 Address ID #: 0622365536 Address Type: Multifamily |
| 231 18TH NW ST APT7321 ATLANTA GA 30363-1160 | Geo Code: 0-720000-121-0520 Address ID #: 0804605369 Address Type: Single family |
| 863 FLAT SHOALS SE RD STEC CONYERS GA 30094-6649 | Geo Code: 0-6040400-247-0520 Address ID #: 0813254394 Address Type: Multifamily |
| 15 TABOR FOREST DR OXFORD GA 30054-4102 | Geo Code: 0-10010010-217-0520 Address ID #: 0065814108 Address Type: Single family |

**Your Personal Information** (Continued)

2921 CALLIOPE WAY
RALEIGH NC 27616-6051

Geo Code: 0-5401010-183-6640
Address ID #: 0355860395 Address Type: Multifamily

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1964

**SPOUSE OR CO-APPLICANT**

ALICIA

**FORMER OR CURRENT EMPLOYERS**

ASSET FINDER PROS LLC; SELF EMPLOYED

**Notification of Rights for North Carolina Consumers**

You have a right to bring a civil action against someone who violates your rights under the credit reporting laws. The action can be brought against a consumer reporting agency or a user of your credit report.

THIS PAGE INTENTIONALLY LEFT BLANK

# EXHIBIT K

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. **For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

• Experian: 1 888 397 3742; www.experian.com
• Equifax: 1 800 525 6285; www.equifax.com
• TransUnion: 1 800 680 7289; www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7. CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

The items that you requested to be blocked as a result of identity theft have been blocked from your personal credit report. The credit grantor that supplied the information also has been notified.

We are responding to your request that information in your personal credit report be blocked due to identity theft. Based on our review of your request and the information available to us, we have determined that either:

- your request to block was made in error,
-  or, your request to block information was based on a material misrepresentation
- or, you knowingly obtained or should have known that you obtained possession of goods, services, or moneys as a result of one or more of the transactions that you are seeking to block.

Therefore, we are declining your request to block one or more of the items of information. If you have additional relevant information that indicates that the disputed item(s) resulted from identity theft, please contact us again and provide this information.

If you still believe the disputed item(s) is inaccurate, then we will add a statement of continued dispute to the credit report at your request.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. **For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

• Experian: 1 888 397 3742; www.experian.com
• Equifax: 1 800 525 6285; www.equifax.com
• TransUnion: 1 800 680 7289; www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7. CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

The items that you requested to be blocked as a result of identity theft have been blocked from your personal credit report. The credit grantor that supplied the information also has been notified.

We are responding to your request that an address(es) in your personal credit report be blocked due to identity theft. Based on our review of your request, the address(es) that you requested to be blocked are associated with at least one account that you did not identify as fraudulent nor was the account included on an identity theft report.

Because the address is associated with a legitimate account, we are declining your request to block the address(es). If you believe all accounts associated with the address are fraudulent, please submit a valid identity theft report as to those accounts. A valid identity theft report is defined as an official report filed with an appropriate federal, state, or local law enforcement agency, including the Federal Trade Commission or the U.S. Postal Inspection Service.

The identity theft report should include as many of the following elements as possible:

- Specific dates such as when the loss or theft of personal information occurred or when the fraud occurred,
- How you discovered or learned of the theft/fraud,
- Any known information about the perpetrator,
- The names of creditors and account numbers involved in the theft/fraud,
- Name and/or badge number of the law enforcement personnel who processed the report,
- The filing date and case number.

If you still believe the disputed address(es) is inaccurate, you have the right to add a statement of continued dispute to the credit report at your request.

In addition, please enclose one copy of the below information along with your identity theft report:

- Your full name including middle initial (and generation - JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- One copy of a government issued identification card, such as a drivers license or state ID card
- One copy of a current utility bill, bank, or insurance statement

Make sure that each copy is legible and displays your name and current mailing address and the date of issue is recent. We are unable to accept voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents.

You may submit supporting documentation electronically at www.experian.com/upload. We can only accept PDF or TIFF format for upload. You can also mail us at Experian PO BOX 9554, Allen, Texas 75013. You may access a more detailed statement of your rights online at www.experian.com/fraudrights or by calling 1 877 534 7030.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. **For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

• Experian: 1 888 397 3742; www.experian.com
• Equifax: 1 800 525 6285; www.equifax.com
• TransUnion: 1 800 680 7289; www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7. CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

The items that you requested to be blocked as a result of identity theft have been blocked from your personal credit report. The credit grantor that supplied the information also has been notified.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

**GILBERT BRYAN**
Important Information

Report # **0157-0078-68** for **12/09/24**

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. **For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

• Experian: 1 888 397 3742; www.experian.com
• Equifax: 1 800 525 6285; www.equifax.com
• TransUnion: 1 800 680 7289; www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7. CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

# EXHIBIT L

| PROGRAM: | CAPRESPA | EXPERIAN–CONSUMER ASSISTANCE – CAPS | PAGE: 1 | 0032959778039 |
|---|---|---|---|---|
| RUN DATE: | 12/18/2024 | ACDV Response: | DOCUMENT VIEWED: Y | |
| RUN TIME: | 15:57:10 | Auto Response: | | |
| SUBCODE: | 3182310 | ACCOUNT# SUBSCRIBER: JPMorgan Chase | | |

| DISPUTE REASON: | 103 – Consumer claims true identity fraud account fraudulently opened. Provide complete ID. CFPB COMPLAINT RCVD | Office: | 1 |
|---|---|---|---|
| | | Date Sent: | 12/13/2024 |
| | | Date Due: | 01/02/2025 |
| REMARKS: | | Resp Date: | 12/18/2024 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 01/02/2025 | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | GILBERT BRYAN | GILBERT BRYAN | Name Flag: | S | U | S | U |
| SSN: | DOB: ____-2328 ____1964 | 2328  05/15/1964 | Second Name: | U | U | U |
| Curr Address: | 5506 DODGE DR | 5506 DODGE DR | Curr Addr Flag: | Same |
| | FAYETTEVILLE NC | FAYETTEVILLE NC | Prev Addr Flag: | Unknown |
| ZIP: | 28303 | 28303 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | E541474 Abbas Sayed |
| Account Name: | | | Phone: | (226) 125-8498 |
| RESPONSE: | 01 – Account information accurate as of date reported. No changes. | | DF Contact Phone #: | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Cumm Status: | | CHARGE OFF/ DEL 180 | | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: | ECOA: | 1 | 1 | |
| Balance: | Balance Date: | 19,847 | 11/26/2024 | |
| Amt Past Due: | | 19,847 | | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | 16,600 | | |
| High Credit Balance: | | 19,847 | | |
| Charge Off Amt: | | 19,847 | | |
| Sch Monthly Pay: | Act Pay: | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | 06/23/2023 | | |
| Open Date: | Closed Date: | 07/21/2021 | | |
| Spec Comm Code: | | M | | |
| Cons Compl Code: | | | | |
| Type: | Terms: | Freq: | 0G  000  M | |
| Original Creditor: | | | | |
| Special Payment/Date/Amt: | | | | |

| Response History Grid: | | | | | | | | | | | | | | On File History Grid: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2024 | | | | | | | | | | | | | 2024 | L | L | L | L | L | L | L | L | L | L | 6 |
| 2023 | | | | | | | | | | | | | 2023 | 5 | 4 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | | | | | | | | | | | | | 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | | | | | | | | | | | | | 2021 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 2020 | | | | | | | | | | | | | 2020 | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | 2019 | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | |

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE – CAPS | PAGE: 1 | | 3745188014001 |
|---|---|---|---|---|---|
| RUN DATE: | 08/28/2025 | ACDV Response: | DOCUMENT VIEWED: | Y | |
| RUN TIME: | 06:22:57 | Auto Response: | | | |
| SUBCODE: | 3182310 | ACCOUNT# | | | |
| | | SUBSCRIBER: JPMorgan Chase | | | |

| | | | |
|---|---|---|---|
| DISPUTE REASON: | 037 - Account included in bankruptcy. Verify Consumer Information Indicator, Account Status, History and amounts. IT SHOULD NOT BE COLLECTED OR REPORTED IF IT WAS INCLUDED IN BANKRUPTCY PLEASE REMOVE | Office: | 1 |
| | | Date Sent: | 03/24/2025 |
| | | Date Due: | 04/11/2025 |
| REMARKS: | | Resp Date: | 03/28/2025 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 04/11/2025 |
|---|---|---|---|---|
| Name: | GILBERT BRYAN | GILBERT BRYAN | Name Flag: | S U S U |
| SSN: | DOB: ▇-2328 ▇1964 | ▇2328 ▇1964 | Second Name: | U U U |
| Curr Address: | 5506 DODGE DR | 5506 DODGE DR | Curr Addr Flag: | Same |
| | FAYETTEVILLE NC | FAYETTEVILLE NC | Prev Addr Flag: | Unknown |
| ZIP: | 28303 | 28303 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | James Alexis Jawod |
| Account Name: | | | Phone: | |
| RESPONSE: | 23 - Disputed information accurate. Updated account information unrelated to the dispute. | | DF Contact Phone #: | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | CHARGE OFF/ DEL 180 | | |
| Act Status/Rating: | 97 | | | | |
| Payment Rating: | | | | | |
| CII: | ECOA: | 1 | 1 | | |
| Balance: | Balance Date: 19,847 | 03/26/2025 | 19,847 | 02/26/2025 | |
| Amt Past Due: | 19,847 | | 19,847 | | |
| Orig Delinq Date: | 08/25/2023 | | | | |
| Credit Limit/Orig Amt: | 16,600 | | 16,600 | | |
| High Credit Balance: | 19,847 | | 19,847 | | |
| Charge Off Amt: | 19,847 | | 19,847 | | |
| Sch Monthly Pay: | Act Pay: 0 | | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | 06/23/2023 | | 06/23/2023 | | |
| Open Date: | Closed Date: 07/21/2021 | 10/27/2023 | 07/21/2021 | | |
| Spec Comm Code: | M | | M | | |
| Cons Compl Code: | | | | | |
| Type: | Terms: Freq: 0G | REV | M | 0G 000 M | |
| Original Creditor: | | | | | |
| Special Payment/Date/Amt: | | | | | |

Response History Grid:

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | L | L |
| 2024 | L | L | L | L | L | L | L | L | L | L | L | 6 |
| 2023 | 5 | 4 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | 0 | 0 | 0 | 0 | 0 | B | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

On File History Grid:

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | |
| 2024 | L | L | L | L | L | L | L | L | L | L | L | L |
| 2023 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

Case 5:25-cv-00555-D-RN Document 22-13 Filed 06/24/26 Page 126 of 138

file:///C:/Users/thompssd/Documents/ECF - Downloads/Gilbert/Ex. L - JMPC - 32425-32825 - ACDVLT_3745188014_001_04112025_001_True.html    1/1

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | | 0392548194005 |
|---|---|---|---|---|---|---|
| RUN DATE: | 08/21/2025 | ACDV Response: | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 16:15:31 | Auto Response: | | | | |
| SUBCODE: | 3182310 | ACCOUNT# ▮▮▮▮▮▮ SUBSCRIBER: JPMORGAN CHASE BANK N.A. | | | | |

| | | | Office: | 1 |
|---|---|---|---|---|
| DISPUTE REASON: | 001 - Not his/hers. Provide complete ID. THIS DEBT HAS BEEN CANCELLED | | Date Sent: | 07/17/2025 |
| | | | Date Due: | 08/06/2025 |
| REMARKS: | | | Resp Date: | 07/25/2025 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 08/06/2025 | | | |
|---|---|---|---|---|---|---|---|
| Name: | GILBERT BRYAN | GILBERT BRYAN | Name Flag: | S | U | S | U |
| SSN: ▮▮▮ DOB: | ▮▮▮-2328 ▮▮▮▮1964 | 2328 ▮▮▮▮1964 | Second Name: | U | U | U | |
| Curr Address: | 5506 DODGE DR | 5506 DODGE DR | Curr Addr Flag: | Same | | | |
| | FAYETTEVILLE NC | FAYETTEVILLE NC | Prev Addr Flag: | Unknown | | | |
| ZIP: | 28303 | 28303 | SSN Flag: | Same | | | |
| Prev Addr 1: | | | DOB Flag: | Same | | | |
| Prev Addr 2: | | | Authorized Verifier: | Mario Moraes | | | |
| Account Name: | | | Phone: | (614) 422-5106 | | | |
| RESPONSE: | 01 - Account information accurate as of date reported. No changes. | | DF Contact Phone #: | | | | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Cumm Status: | | CHARGE OFF/ DEL 180 | | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: | ECOA: 1 | | 1 | |
| Balance: | Balance Date: | 19,847 | 06/26/2025 | |
| Amt Past Due: | | 19,847 | | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | 16,600 | | |
| High Credit Balance: | | 19,847 | | |
| Charge Off Amt: | | 19,847 | | |
| Sch Monthly Pay: Act Pay: | | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | 06/23/2023 | | |
| Open Date: | Closed Date: | 07/21/2021 | | |
| Spec Comm Code: | | M | | |
| Cons Compl Code: | | | | |
| Type: Terms: Freq: | | 0G | 000 M | |
| Original Creditor: | | | | |
| Special Payment/Date/Amt: | | | | |

| Response History Grid: | | | | | | | | | | | | | On File History Grid: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2025 | | | | | | | | | | | | | 2025 | | | | | | | | | L | L | L | L |
| 2024 | | | | | | | | | | | | | 2024 | L | L | L | L | L | L | L | L | L | L | L | L |
| 2023 | | | | | | | | | | | | | 2023 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | | | | | | | | | | | | | 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | | | | | | | | | | | | | 2021 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 2020 | | | | | | | | | | | | | 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |

file:///C:/Users/thompssd/Documents/ECF - Downloads/Gilbert/Ex. L - Chase 71725 - 72525 ACDVLT_0392548194_005_08062025_001_True.html     1/1

# EXHIBIT M

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: 1 | | |
|---|---|---|---|---|---|
| RUN DATE: | 08/28/2025 | ACDV Response: | DOCUMENT VIEWED: | Y | 3742066120003 |
| RUN TIME: | 06:22:57 | Auto Response: | | | |
| SUBCODE: | 3153084 | ACCOUNT# ▮▮▮▮▮▮ SUBSCRIBER: USAA Federal Savings Bank | | | |

| | | Office: | 1 |
|---|---|---|---|
| DISPUTE REASON: | 106 – Disputes present/previous Account Status, History. Verify accordingly. CFPB COMPLAINT RCVD | Date Sent: | 05/20/2025 |
| | | Date Due: | 06/05/2025 |
| REMARKS: | | Resp Date: | 05/23/2025 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 06/05/2025 |
|---|---|---|---|---|
| Name: | GILBERT BRYAN | | Name Flag: | |
| SSN: | DOB: ▮▮▮-2328 ▮▮▮ 1964 | | Second Name: | |
| Curr Address: | 5506 DODGE DR | | Curr Addr Flag: | |
| | FAYETTEVILLE NC | | Prev Addr Flag: | |
| ZIP: | 28303 | | SSN Flag: | |
| Prev Addr 1: | | | DOB Flag: | |
| Prev Addr 2: | | | Authorized Verifier: | Chad Hamilton |
| Account Name: | | | Phone: | |
| RESPONSE: | **01 – Account information accurate as of date reported. No changes.** | | DF Contact Phone #: | (800) 531-8722 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | CHARGE OFF/ REPO | | | |
| Act Status/Rating: | | | | | | |
| Payment Rating: | | | | | | |
| CII: | ECOA: | | | 1 | | |
| Balance: | Balance Date: | | 5,865 | 04/30/2025 | | |
| Amt Past Due: | | | 5,865 | | | |
| Orig Delinq Date: | | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | | | 9,050 | | | |
| Charge Off Amt: | | | 6,374 | | | |
| Sch Monthly Pay: | Act Pay: | | | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | | | 12/19/2023 | | | |
| Open Date: | Closed Date: | | 08/23/2021 | | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | | | | | | |
| Type: | Terms: | Freq: | | 00 | 060 | M |
| Original Creditor: | | | | | | |
| Special Payment/Date/Amt: | | | | | | |

| Response History Grid: | | | | | | | | | | | | | | On File History Grid: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2025 | | | | | | | | | | | | | 2025 | | | | | | | | | | | L | L |
| 2024 | | | | | | | | | | | | | 2024 | L | L | L | L | L | L | L | L | L | L | L |
| 2023 | | | | | | | | | | | | | 2023 | L | L | K | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | | | | | | | | | | | | | 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | | | | | | | | | | | | | 2021 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| 2020 | | | | | | | | | | | | | 2020 | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | 2019 | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | |

# EXHIBIT N

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: 1 | 3742066120004 |
|---|---|---|---|---|
| RUN DATE: | 08/28/2025 | ACDV Response: | DOCUMENT VIEWED: Y | |
| RUN TIME: | 06:22:57 | Auto Response: | | |
| SUBCODE: | 3153084 | ACCOUNT# ▓▓▓▓▓▓ <br> SUBSCRIBER: USAA Federal Savings Bank | | |

| | | | |
|---|---|---|---|
| DISPUTE REASON: | 106 – Disputes present/previous Account Status, History. Verify accordingly. CFPB COMPLAINT RCVD | Office: | 1 |
| | | Date Sent: | 05/20/2025 |
| | | Date Due: | 06/05/2025 |
| REMARKS: | | Resp Date: | 05/23/2025 |

| CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | | |
|---|---|---|---|---|
| Name: | GILBERT BRYAN | | DNR Date: | 06/05/2025 |
| SSN: ▓▓▓-2328 | DOB: ▓▓ 1964 | | Name Flag: | |
| Curr Address: | 5506 DODGE DR | | Second Name: | |
| | FAYETTEVILLE NC | | Curr Addr Flag: | |
| | | | Prev Addr Flag: | |
| ZIP: | 28303 | | SSN Flag: | |
| Prev Addr 1: | | | DOB Flag: | |
| Prev Addr 2: | | | Authorized Verifier: | Mercedes Carvajal |
| Account Name: | | | Phone: | |
| RESPONSE: | **01 – Account information accurate as of date reported. No changes.** | | DF Contact Phone #: | (800) 531-8722 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Cumm Status: | | CHARGE OFF/ REPO | | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: | ECOA: | | 1 | |
| Balance: | Balance Date: | 5,460 | 04/30/2025 | |
| Amt Past Due: | | 5,460 | | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | | | |
| High Credit Balance: | | 9,000 | | |
| Charge Off Amt: | | 6,677 | | |
| Sch Monthly Pay: | Act Pay: | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | 01/02/2024 | | |
| Open Date: | Closed Date: | 10/26/2021 | | |
| Spec Comm Code: | | | | |
| Cons Compl Code: | | | | |
| Type: | Terms: Freq: | 00 | 060 M | |
| Original Creditor: | | | | |
| Special Payment/Date/Amt: | | | | |

**Response History Grid:**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | L | L |
| 2024 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

**On File History Grid:**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | L | L |
| 2024 | L | L | L | L | L | L | L | L | L | L | L | L |
| 2023 | L | L | K | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | 0 | 0 | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

# EXHIBIT O

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute.  When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

THIS PAGE INTENTIONALLY LEFT BLANK

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

THIS PAGE INTENTIONALLY LEFT BLANK

PO Box 9701
Allen, TX 75013



GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE NC 28303

**GILBERT BRYAN**
*Important Information*
Report # **0392-5481-94** for **07/17/25**

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

THIS PAGE INTENTIONALLY LEFT BLANK