## EXHIBIT LIST

**Exhibit 1** – Plaintiff's First Set of Interrogatories to Defendant Experian Information Solutions, Inc., served October 29, 2025.

**Exhibit 2** – Defendant Experian Information Solutions, Inc.'s Responses to Plaintiff's First Set of Interrogatories, served November 26, 2025.

**Exhibit 3** – Plaintiff's December 31, 2025 Meet-and-Confer Letter Regarding Deficient Interrogatory Responses.

**Exhibit 4** – January 12, 2026 first-page instruction showing copying and mailing of 909-page "Exp_Bryan_Gilbert_000001-000909.pdf" to Plaintiff's address.

**Exhibit 5** – Plaintiff's July 5, 2025 Method of Verification Letter and USPS Tracking Confirming Delivery in Allen, Texas on July 10, 2025, with related Experian dispute result notices and counsel email.

**Exhibit 6** – Plaintiff's Affidavit of Identity (re-attached for convenience)

12