# EXHIBIT
# 4

From: "Thompson, Sonya D." <Sonya.Thompson@troutman.com>
Sent: Monday, January 12, 2026, 5:38 PM
To: Epiq Copy RIC <EpiqCopyRIC@troutman.com>; RIC Mail Room <RIC.MailRoom@troutman.com>
Cc: "Thompson, Sonya D." <Sonya.Thompson@troutman.com>; "Sonnenfeld, Gary D."
<Gary.Sonnenfeld@troutman.com>
Subject: Copy and Mail Job for Gilbert Bryan Case
Attachments: Exp_Bryan_Gilbert_000001-000909.pdf

Hello,

Would you please make a double-sided copy of the attached document and have it mailed to:

**Gilbert Bryan**
4868 Hwy 85
Suite 100
Forest Park, GA 30297

If charges apply, please charge to 230077.002052

Thank you 😊

## Sonya D. Thompson
**Paralegal**
Direct: 804.697.2256
sonya.thompson@troutman.com
Pronouns: she, her, hers

---

**troutman pepper locke**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
troutman.com



quadient

PRIORITY MAIL
IMI

$016.00 º
01/13/2026 ZIP 23219
043M31244946

US POSTAGE

quadient

FIRST-CLASS MAIL
IMI

$001.90 º
01/13/2026 ZIP 23219
043M31244946

US POSTAGE

troutman
pepper locke

Troutman Pepper Locke LLP
Troutman Pepper Locke Building
1001 Haxall Point
Richmond, VA 23219

Gilbert Bryan
4868 Hwy 85
Suite 100
Forest Park, GA 30297