# EXHIBIT
# 5

July 5, 2025

GILBERT BRYAN
5506 DODGE DRIVE
FAYETTEVILLE, NC 28303

Experian
P.O. Box 4500
Allen, TX 75013

Subject: Method of Verification
Re: Experian File #3742-0661-20
Re: CFPB.gov File #250512-20730825

Dear Sir/Madam,

I am writing to request the method of verification for the following items that still appear on my credit report and the reinvestigation of the accounts listed below per 15 U.S. Code § 1681i(a)(1)(A). I submitted these items via the CFPB.gov on May 12, 2025.

| | Account Name | Account Number |
|---|---|---|
| 1. | Discover Bank | 6011006783543979 |
| 2. | U.S. Bank | 4094510001207254 |
| 3. | USAA Federal Savings BK | 1131964916 |
| 4. | USAA Federal Savings BK | 1133900710 |
| 5. | JP MORGAN CHASE | 4147202043595485 |

I would like copies of Experian's Power of Attorney giving Experian permission to communicate/discuss my accounts with the above corporations without my permission. Communicating/discussing my account with anyone else that's not the account holder could be evidence of Identity Theft.

I would like to know the specific documents or information that Experian used to verify these items. Please provide details on how the verification was conducted, including any correspondence, documents, or data sources used.

Additionally, I have previously submitted a 1099-C debt cancellation form for each of the above-mentioned accounts [see attached documents], indicating that these debts have been

1

canceled or forgiven. I have also referenced the following legal statutes in my previous correspondence:

- 11 U.S.C. § 525(a): This section protects individuals from discrimination due to bankruptcy and ensures that they are not denied employment, licenses, or other benefits based on their bankruptcy filing.
- 11 U.S.C. § 524(a)(2): This section provides that a creditor may not collect a discharged debt as a personal liability of the debtor.
- 15 U.S.C. § 1681n: This section outlines the procedures for disputing inaccurate information on a credit report and the obligations of credit bureaus to investigate and resolve such disputes.

Thank you for your attention to this matter. I look forward to your prompt response.


Enclosed:

1. 1099-C for each account
2. Certificate of Discharge for each account
3. Proof of my identity

Thank you for your attention to this matter. I look forward to your prompt response.

GILBERT BRYAN

*Gilbert Bry*

2

# USPS Tracking®

**Remove ✕**

**Tracking Number:**

## 70201810000091309500

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 4:11 pm on July 10, 2025 in ALLEN, TX 75013.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
ALLEN, TX 75013
July 10, 2025, 4:11 pm

● **Arrived at Post Office**
ALLEN, TX 75013
July 10, 2025, 2:30 pm

● **Arrived at USPS Regional Destination Facility**
COPPELL TX DISTRIBUTION CENTER
July 9, 2025, 12:54 pm

● **In Transit to Next Facility**
July 8, 2025

● **Arrived at USPS Regional Origin Facility**
GREENSBORO NC DISTRIBUTION CENTER
July 7, 2025, 4:03 pm

● **Departed Post Office**

Feedback

FAYETTEVILLE, NC 28303
July 5, 2025, 4:49 pm

**USPS in possession of item**
FAYETTEVILLE, NC 28303
July 5, 2025, 11:32 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**