# EXHIBIT
# 6

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

# NORTH CAROLINA

## AFFIDAVIT OF IDENTITY

I, GILBERT BRYAN (hereinafter, 'Affiant'), being of sound mind and legal capacity, do hereby solemnly affirm under penalty of perjury that the following statements are true, correct, and made of my own free will without coercion or duress. To clarify any confusion: the Affiant's residential address is at 5506 Dodge Drive, Fayetteville, North Carolina 28303, as clearly stated in all formal filings and official identification documents. The Affiant's Forest Park, Georgia mailing address is at 4868 HWY 85, Suite 100, Forest Park, GA 30297. This mailing address is exclusively used for mail forwarding and receipt of legal correspondence. This is standard practice for personal security and reliable delivery, and does not affect the Affiant's residency for purposes of jurisdiction, venue, or any allegations related to identity theft.

The Affiant has repeatedly used and identified the Fayetteville, NC residence as his home, and has provided consistent, corroborating documentation to EXPERIAN INFORMATION SOLUTIONS, INC. and the Court. Any implication that Affiant is not a resident of Fayetteville, NC is incorrect, and the mailing address in Georgia is not evidence to the contrary.

## 1. PURPOSE OF THIS AFFIDAVIT

1.1. This Affidavit of Identity is executed to formally assert the Affiant's rightful identity, challenge the validity of certain financial liabilities fraudulently reported under the Affiant's name, and demand a comprehensive investigation of EXPERIAN INFORMATION SOLUTIONS, INC in accordance with the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

1.2. The Affiant has been made aware that his Social Security Number (SSN) has been unlawfully or fraudulently utilized by certain corporations and financial institutions without the Affiant's express knowledge, consent, or authorization. Specifically, entities have used the Affiant's identity to create financial instruments, trusts, and/or special purpose vehicles (SPVs), under the guise of establishing liabilities in the Affiant's name while obscuring the true nature of the transactions.

1.3. Furthermore, the Affiant has reason to believe that these entities misrepresent themselves as creditors while, in fact, they have borrowed against the Affiant's personal information for financial gain; manipulation of assets and liabilities to their benefit. This practice constitutes a violation of consumer protection laws, fraud, and misrepresentation.

1.4. Pursuant to the Affiant's rights under 15 U.S.C. § 1681i(a)(1), the Affiant formally disputes the fraudulent liabilities reported against the Affiant and demands a full and proper investigation into the nature, origin, and validity of any such reported debts.

## 2. DEMAND FOR VERIFICATION OF LIABILITY REPORTING

2.1. The Affiant hereby demands that EXPERIAN INFORMATION SOLUTIONS, INC, any data furnisher, or corporation that has reported any liability in the Affiant's name be required to produce verifiable proof that the Affiant lawfully consented to and executed any financial obligation being attributed to the Affiant.

2.2. As part of this verification process, the Affiant requires that the reporting entity provide the nine-digit control number found on the reverse side of the Affiant's Social Security card as evidence of its lawful authority to use the Affiant's Social Security Number (SSN) in any financial transaction or credit reporting matter.

2.3. Failure to produce this legally recognized identifier shall constitute prima facie evidence that:

a) The reported liability is fraudulent, unauthorized, or misrepresented;

b) The reporting entity is in violation of the Fair Credit Reporting Act (FCRA), the Fair Debt Collection Practices Act (FDCPA), and applicable consumer protection laws;

c) The reported liability must be immediately deleted from the Affiant's credit file and all records maintained by the credit reporting agencies; and

d) The reporting entity and EXPERIAN INFORMATION SOLUTIONS, INC may be subject to legal action for failure to comply with applicable verification requirements.

2.4. Under the provisions of 15 U.S.C. § 1681s-2(b), credit reporting agencies are legally obligated to conduct a reasonable reinvestigation into disputed information and correct or remove any unverified or inaccurate data. Any failure to conduct such an investigation constitutes negligent or willful noncompliance, subjecting the violators to civil liability, statutory damages, and punitive measures under federal law.

## 3. LEGAL JUSTIFICATION & FRAUD PREVENTION MEASURES

3.1. The request for control number verification is founded upon sound legal principles and

serves to prevent fraudulent, unauthorized, or deceptive financial activities. The nine-digit control number is a unique identifier that is not publicly available, making it an effective means of authentication to determine whether an entity has lawfully obtained and used the Affiant's Social Security Number.

3.2. The Affiant asserts that:

a) The fraudulent use of the Affiant's personal information, including the Affiant's SSN, without the Affiant's consent constitutes identity theft under 18 U.S.C. § 1028;

b) Any attempt to falsely report liabilities without proper verification may violate 15 U.S.C. § 1692e, which prohibits false, deceptive, or misleading representations in connection with debt collection;

c) Any refusal by a credit reporting agency or data furnisher to remove fraudulent liabilities from the Affiant's credit report following a proper dispute is a direct violation of the FCRA, subjecting them to civil penalties and legal claims;

d) Under 15 U.S.C. § 1681n and § 1681o, the Affiant may pursue monetary damages against any entity that engages in willful or negligent noncompliance with credit reporting laws.

3.3. By implementing enhanced identity verification measures, including requiring the nine-digit control number from the back of the Affiant's Social Security card, credit bureaus and financial institutions can:

• Prevent unauthorized transactions and reduce identity theft cases;

• Ensure strict adherence to federal laws governing consumer credit reporting;

• Maintain the integrity and accuracy of consumer credit reports;

• Protect consumers from fraudulent liabilities and deceptive financial practices.

## 4. AFFIRMATION & EXECUTION

I, the Affiant, declare under penalty of perjury, under the laws of the United States of America and the State of North Carolina, that the statements made in this affidavit are true, accurate, and based on my personal knowledge and understanding of the facts.

Executed this  2 9  day of  September , 2025, in Fayetteville, North Carolina

Affiant's Full Legal Name:  Gilbert Bryan

Affiant's Signature:  _Bavbut B_

## 5. NOTARIZATION

STATE OF  NC

COUNTY OF  Cumberland

On this 29th day of  September , 2025, before me, the undersigned Notary Public, personally appeared GILBERT BRYAN, known to me or satisfactorily proven to be the individual whose name is subscribed hereto, and acknowledged that they executed this Affidavit for the purposes set forth herein.

Notary Public Signature:  Margaret E Carter

Notary Public Name: Margaret E Carter

My Commission Expires:  June 17 2030

MARGARET E. CARTER
NOTARY PUBLIC
CUMBERLAND COUNTY, NC