5506 Dodge Dr.
Fay. NC 28303

Retail

27611

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
FAYETTEVILLE, NC 28303
FEB 23, 2026

$4.44

S2324E501276-7

RECEIVED

FEB 26 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Attn: Clerk of Court
P.O. Box 25670
Raleigh. NC 27611

Case 5:25-cv-00585-BO-RN     Document 29-8     Filed 02/26/26     Page 1 of 2

