# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

GILBERT BRYAN,

      **Plaintiff,**

**v.**

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      **Defendant.**

**Civil Action No. 5:25-cv-585-D**

## EXPERIAN INFORMATION SOLUTIONS, INC.'S STATEMENT OF MATERIAL FACTS IN OPPOSITION TO PLAINTIFF'S ADDITIONAL MATERIAL FACTS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), Defendant Experian Information Solutions, Inc. ("Experian"), by its undersigned counsel, respectfully submits the following statement of material facts in response to Plaintiff's Statement of Facts in Opposition to Experian's Motion for Summary Judgment:

I.    **Dispute Initiation and Supporting Documentation**

1.    It is undisputed that Plaintiff has had various disputes and disclosures with Experian from two years prior to the filing of the complaint through the date of the complaint.

2.    It is disputed that Plaintiff's alleged bankruptcy-related materials are authentic and conform to any actual bankruptcy. Dkt. 24 ¶¶ 20-24.

3.    It is disputed that Plaintiff's alleged 1099-C forms are authentic. Id. ¶ 26.

4.    It is disputed that Plaintiff's Affidavit of Identity asserts that accounts were not properly attributable to him. Dkt. 33-6. Plaintiff does not support this statement in the document referenced.

II.    **Escalation of Dispute and Continued Notice**

5. It is undisputed that Plaintiff has had various disputes and disclosures with Experian from two years prior to the filing of the complaint through the date of the complaint.

6. It is undisputed that Plaintiff has had various disputes and disclosures with Experian from two years prior to the filing of the complaint through the date of the complaint.

**III. Method of Verification Request and Follow-Up**

7. It is undisputed that Plaintiff has had various disputes and disclosures with Experian from two years prior to the filing of the complaint through the date of the complaint.

8. It is undisputed that Plaintiff has had various disputes and disclosures with Experian from two years prior to the filing of the complaint through the date of the complaint.

**IV. Experian's Response and Ongoing Dispute**

9. It is undisputed that Experian provided Plaintiff dispute-related communications and results. It is disputed that the responses were not sufficient under the Fair Credit Reporting Act.

10. It is undisputed that Plaintiff contends that Experian failed to identify sources of information relied upon in verifying the disputed tradelines.

**V. Failure to Conduct a Reasonable Reinvestigation**

11. Disputed. Experian conducted a reasonable reinvestigation of the disputed accounts. Dkt. 24 ¶¶ 13, 14, 20, 28-31.

12. Disputed. Experian's reinvestigation is compliant with the FCRA. *Id.*

**VI. Materiality of Disputed Facts**

13. Disputed. The record is clear that Experian's reinvestigation, the sufficiency of its method of verification responses, and the accuracy of the reported accounts has been demonstrated by Experian. Dkts. 22-25.

2

14. Disputed. Summary judgment should be granted as argued in Experian's Motion for Summary Judgment and supporting documents and Experian's Reply in Support of its Motion for Summary Judgment. *Id.*

Dated: May 4, 2026

Respectfully Submitted,

*/s/ R. Kyle Driggers*
R. Kyle Driggers (N.C. Bar No. 62334)
TROUTMAN PEPPER LOCKE LLP
305 Church at N. Hills St., #1200
Raleigh, NC 27609
Telephone: 919-835-4145
Email: kyle.driggers@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc*

3

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on May 4, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via regular mail upon:

Gilbert Bryan
5506 Dodge Drive
Fayetteville, NC 28303
*Pro Se Plaintiff*

*/s/ R. Kyle Driggers*
R. Kyle Driggers

4