5506 Dodge Dr
Fay NC 28305

GREENSBORO NC 270
PIEDMONT TRIAD AREA
22 MAY 2026 PM 4 L



**RECEIVED**

MAY 26 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Attn: Clerk of Court
P.O. Box 25670
Raleigh, NC 27611

27611-567070

