# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

GILBERT BRYAN,

    Plaintiff,

v.

                               Civil Action No. 5:25-cv-00585-BO-RN

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court upon the motion of R. Kyle Driggers to withdraw as counsel

of record for Defendants Experian Information Solutions, Inc. in this action. Good cause therefore

having been shown, and with the consent of all parties, the Motion is GRANTED, and it is hereby

ORDERED that R. Kyle Driggers is hereby withdrawn as counsel of record in this action.


IT IS SO ORDERED.

Dated: 6·24·26

_____
United States District Court Judge